**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> FIRESTAR DIAMOND, INC., *et al.* <br><br> Debtors. | Chapter 11 <br><br> No. 18-10509 (SHL) <br><br> (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of THE ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, <br><br> Defendants. | Adv. Proc. No. 20-1054 |

## **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, Angela M. Allen, request admission, *pro hac vice*, before the Honorable Sean H. Lane, to represent Richard Levin, not in his individual capacity but solely as the chapter 11 trustee of the Debtors in the above-captioned adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Illinois and the bar of the U.S. District Court for the Northern District of Illinois.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 28, 2020

>*/s/ Angela M. Allen*
>Angela M. Allen
>353 N. Clark Street
>Chicago IL 60654
>Telephone: 312-222-9350
>aallen@jenner.com