**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 (SHL) |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of THE ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

**ORDER (I) DIRECTING ISSUANCE OF AN ADDITIONAL
SUMMONS; (II) SETTING FOREIGN DEFENDANTS'
TIME TO RESPOND TO THE COMPLAINT; (III) ADJOURNING
THE PRETRIAL CONFERENCE; AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of Richard Levin, not individually but solely in his capacity as chapter 11 trustee (the "**Trustee**") for Firestar Diamond, Inc. ("**Firestar**") for an order (i) directing the Clerk of Court to issue an additional summons under Bankruptcy Rule 7004(e), (ii) authorizing service of the Complaint [Dkt. 1] on the UAE Defendants by international registered mail under Civil Rule 4(f)(3), made applicable in this adversary proceeding by Bankruptcy Rule 7004(a), (iii) setting each Foreign Defendant's deadline to respond to the Complaint to 45 days from the date the Trustee effects service on each respective Defendant under Bankruptcy Rule 7012(a), (iv) adjourning *sine die* the initial pretrial conference, and (v) granting related relief; and the Court having conducted a hearing on the Motion on April 7, 2020 (the "**Hearing**"); and the Court having considered the Motion, all responses filed thereto, if any, as well as any evidence presented at the hearing; and the Court having jurisdiction to consider and determine the Motion in accordance with 28 U.S.C. §§ 157 and 1334; and appropriate notice under the circumstances of the Motion having been provided, and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor; and recognizing that service may be substantially delayed on account of the COVID-19 pandemic,

IT IS ORDERED:

1.  The Clerk of Court shall issue an additional summons in accordance with Bankruptcy Rule 7004(e).

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

2

2. The deadline for the Foreign Defendants to file with the clerk of the bankruptcy court a response to the Complaint is 60 days after the Trustee effects service of the Complaint and Summons.

3. The Pretrial Conference in this adversary proceeding, currently scheduled for April 30, 2020 at 10:00 a.m., is adjourned *sine die*.

4. A hearing on the portion of the Motion requesting authority to serve the Complaint and Summons on the UAE Defendants is adjourned to April 30, 2020.

Dated: April 10, 2020                                          */s/ Sean H. Lane*
                                                               The Honorable Sean H. Lane
                                                               United States Bankruptcy Judge