**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             :
In re:                                                       :      Chapter 11
                                                             :
FIRESTAR DIAMOND, INC. *et al*.,                             :      Case No. 18-10509 (SHL)
                                                             :
                      Debtors. [1]                           :      (Jointly Administered)
                                                             :
------------------------------------------------------------ x
                                                             :
RICHARD LEVIN, Chapter 11 Trustee of                         :
FIRESTAR DIAMOND, INC.,                                      :
                                                             :      Adv. Proc. No. 20-01054 (SHL)
                      Plaintiff,                             :
         v.                                                  :
                                                             :
AMI JAVERI (A/K/A AMI MODI); PURVI                           :
MEHTA (A/K/A PURVI MODI); NEHAL                              :
MODI; NEESHAL MODI; CENTRAL PARK                             :
REAL ESTATE, LLC; CENTRAL PARK SOUTH                         :
50 PROPERTIES, LLC; TRIDENT TRUST                            :
COMPANY (SOUTH DAKOTA) INC., solely as
Trustee of the ITHACA TRUST; TWIN FIELDS
INVESTMENTS LTD.; AURAGEM COMPANY
LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL
DIAMONDS CORPORATION LTD.; FANCY
CREATIONS COMPANY LTD.; HAMILTON
PRECIOUS TRADERS LTD.; SINO TRADERS
LTD.; SUNSHINE GEMS LTD.; UNIQUE
DIAMOND AND JEWELLERY FZC; WORLD
DIAMOND DISTRIBUTION FZE; VISTA
JEWELRY FZE; EMPIRE GEMS FZE;
UNIVERSAL FINE JEWELRY FZE; DIAGEMS
FZC; TRI COLOR GEMS FZE; PACIFIC
DIAMONDS FZE; HIMALAYAN TRADERS
FZE; UNITY TRADING FZE; FINE CLASSIC
FZE; DG BROTHERS FZE,

                      Defendants.
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on April 23, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

---

[1] The Debtors in these jointly administered chapter 11 cases, along with each Debtor's respective chapter 11 case number and the last four digits of each Debtor's federal tax identification number are: (i) Firestar Diamond, Inc. (Case No. 18-10509) (2729); (ii) A. Jaffe, Inc. (Case No. 18-10510) (4756); and (iii) Fantasy, Inc. (Case No. 18-10511) (1673).

- **Complaint to Avoid and Recover Actual Fraudulent Transfers and for Damages for Conspiracy to Violate the Racketeering Influenced Corrupt Organizations Act [Adv. Docket No. 1].**
- **Second Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 9].**

Dated: April 24, 2020

Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300

{State of California         }
{                            } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 24th day of April _____, 20 20, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# EXHIBIT A

AMI JAVERI
160 CENTRAL PARK SOUTH
SUITE 3601
NEW YORK, NY 10019

AMI JAVERI
50 CENTRAL PARK SOUTH, UNIT 33,
NEW YORK, NY 10019

CENTRAL PARK REAL ESTATE LLC
160 CENTRAL PARK SOUTH
SUITE 3601
NEW YORK, NY 10019

CENTRAL PARK REAL ESTATE LLC
C/O CORPORATE SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

CENTRAL PARK SOUTH 50 PROPERTIES LLC
ATTN: OFFICER OR GENERAL/MANAGING AGENT
50 CENTRAL PARK SOUTH, UNIT 33
NEW YORK, NY 10019

CENTRAL PARK SOUTH 50 PROPERTIES LLC
C/O DAY PITNEY LLP
7 TIMES SQUARE, 20TH FLOOR
NEW YORK, NY 10036

NEHAL MODI
5 GEORGE LANGELOH COURT,
RYE, NY 10580

NEHAL MODI
7702 SANDIA LOOP
AUSTIN, TX 78735

TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC.,
ATTN: ALICE ROKAHR, PRESIDENT
200 NORTH PHILIPS AVENUE
SIOUX FALLS, SD 57104

TWIN FIELDS INVESTMENTS LTD.
ATTN: OFFICER OR GENERAL/MANAGING AGENT
40 E. DIVISION STREET, APARTMENT #A,
DOVER, DELAWARE 19901

Parties Served: 10

Page 1 of 1