UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE,<br><br>Defendants. | Adv. Proc. No. 20-1054 |

# CERTIFICATE OF SERVICE

I, Ho Kin Yiu, caused the *Complaint* [Adv. Dkt. 1], *Second Summons* [Adv. Dkt. 9], and *Order Setting Foreign Defendants' Time to Respond to Complaint* [Adv. Dkt. 8] to be served on Eternal Diamonds Corporation Limited via hand delivery on May 12, 2020 at the following address:

ETERNAL DIAMONDS CORPORATION LIMITED
UNITS 1405-1406, DOMINION CENTRE
43-59 QUEEN'S ROAD EAST
WAN CHAI, HONG KONG
HONG KONG, SAR

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 12, 2020, Hong Kong, China.

By: /s/
Ho Kin Yiu

2