UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

FIRESTAR DIAMOND, INC., *et al.*,

                        Debtors.

Chapter 11

No. 18-10509 (SHL)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

RICHARD LEVIN, Chapter 11 Trustee of
FIRESTAR DIAMOND, INC., FANTASY, INC.,
and OLD AJ, INC. f/k/a A. JAFFE, INC.,

                        Plaintiff,

   -against-

AMI JAVERI (A/K/A AMI MODI), *et al.*,

                        Defendants.

CORPORATE OWNERSHIP
STATEMENT

Adv. Proc. No. 20-01054 (SHL)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      Defendant Trident Trust Company (South Dakota) Inc., solely as Trustee of the Ithaca Trust, by its attorneys, Lynch Rowin LLP, for its corporate ownership statement pursuant to Federal Rule of Bankruptcy Procedure 7007.1, states as follows:

      Trident Trust Company (South Dakota) Inc. is wholly owned by T T Group Holdings Limited, which is wholly owned by TEOT Limited as Trustee of The Trident Enterprise Ownership Trust.  None of these entities is publicly owned.

Dated:  White Plains, New York
        May 20, 2020

LYNCH ROWIN LLP

By: /s/Marc Rowin
Marc Rowin
50 Main Street
Suite 1000
White Plains, New York 10606
(212) 682-4001
mrowin@lynchrowin.com
Attorneys for Defendant Trident Trust Company (South Dakota) Inc., solely as Trustee of the Ithaca Trust

TO: JENNER & BLOCK LLP
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
Counsel for the Chapter 11 Trustee