# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Firestar Diamond, Inc. and Fantasy, Inc.

Bankruptcy Case No.:
18–10509–shl

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.

Plaintiff(s),

–against–

Adversary Proceeding No.
20–01054–shl

Ami JaveriA/K/A Ami Modi
Purvi MehtaA/K/A Purvi Modi
Nehal Modi
Neeshal Modi
Central Park Real Estate, LLC
Central Park South 50 Properties, LLC
Trident Trust Company (South Dakota) Inc.solely as Trustee of the Ithaca Trust
Twin Fields Investments Ltd.
Auragem Company Ltd.
Brilliant Diamonds Ltd.
Eternal Diamonds Corporation Ltd.
Fancy Creations Company Ltd.
Hamilton Precious Traders Ltd.
Sino Traders Ltd.
Sunshine Gems Ltd.
Unique Diamond and Jewellery FZC
World Diamond Distribution FZE
Vista Jewelry FZE
Empire Gems FZE
Universal Fine Jewelry FZE
Diagems FZC
Tri Color Gems FZE
Pacific Diamonds FZE
Himalayan Traders FZE
Unity Trading FZE
Fine Classic FZE
DG Brothers FZE

Defendant(s)

# THIRD
# SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
# IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days, to:

| Address of Clerk: | |
| --- | --- |
| | **Clerk of the Court** |
| | **United States Bankruptcy Court** |
| | **Southern District of New York** |
| | **One Bowling Green** |
| | **New York, NY 10004–1408** |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | |
| --- | --- |
| | **Carl N Wedoff** |
| | **Jenner & Block LLP** |
| | **919 Third Avenue** |
| | **New York, NY 10022** |

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| | |
|---|---|
| United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004−1408 | Room: Courtroom 701, One Bowling Green, New York, NY 10004−1408<br><br>Date and Time: 7/13/20 at 10:00 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: 5/22/20

Vito Genna
_____

*Clerk of the Court*

By: /s/  Carmen Ortiz
_____

*Deputy Clerk*