**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>AMI JAVERI a/k/a AMI MODI, PURVI MEHTA a/k/a PURVI MODI, NEHAL MODI, CENTRAL PARK REAL ESTATE, LLC, CENTRAL PARK SOUTH 50 PROPERTIES, LLC, TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC. solely as TRUSTEE OF THE ITHACA TRUST, TWIN FIELDS INVESTMENTS LTD., AURAGEM COMPANY LTD., BRILLIAN DIAMONDS LTD., ETERNAL DIAMONDS CORPORATION LTD., FANCY CREATIONS COMPANY LTD., HAMILTON PRECIOUS TRADERS LTD., SINO TRADERS LTD., UNIQUE DIAMOND AND JEWELLERY FZC, WORLD DIAMOND DISTRIBUTION FZE, VISTA JEWELRY FZE, EMPIRE GEMS FZE, UNIVERSAL FINE JEWELRY FZE, DIAGEMS FZC, TRI COLOR GEMS FZE, PACIFIC DIAMONDS FZE, HIMALAYAN TRADERS FZE, UNITY TRADING FZE, FINE CLASSIC FZE, DG BROTHERS FZE,<br><br>                Defendants. | Adv. Proc. No. 20-01054 (SHL) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on May 22, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Third Summons and Notice of Pretrial Conference in an Adversary Proceeding [Adv. Docket No. 20].**

Dated: May 26, 2020

Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 26th day of May, 2020, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# **EXHIBIT A**

| CENTRAL PARK REAL ESTATE, LLC | CENTRAL PARK REAL ESTATE, LLC | CENTRAL PARK REAL ESTATE, LLC |
|---|---|---|
| ATTN: OFFICER OR GENERAL/MANAGING AGENT | ATTN: OFFICER OR GENERAL/MANAGING AGENT | C/O JEFFREY BULLOCK, DELAWARE SECRETARY O |
| 160 CENTRAL PARK SOUTH, SUITE 3601 | 592 FIFTH AVENUE, 3RD FLOOR, | 401 FEDERAL STREET |
| NEW YORK, NY 10019 | NEW YORK, NY 10036 | DOVER, DE 19901 |

Parties Served: 3