**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.,*<br><br>                Debtors. | Chapter 11<br><br>Case No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>AMI JAVERI a/k/a AMI MODI, PURVI MEHTA a/k/a PURVI MODI, NEHAL MODI, CENTRAL PARK REAL ESTATE, LLC, CENTRAL PARK SOUTH 50 PROPERTIES, LLC, TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC. solely as TRUSTEE OF THE ITHACA TRUST, TWIN FIELDS INVESTMENTS LTD., AURAGEM COMPANY LTD., BRILLIAN DIAMONDS LTD., ETERNAL DIAMONDS CORPORATION LTD., FANCY CREATIONS COMPANY LTD., HAMILTON PRECIOUS TRADERS LTD., SINO TRADERS LTD., UNIQUE DIAMOND AND JEWELLERY FZC, WORLD DIAMOND DISTRIBUTION FZE, VISTA JEWELRY FZE, EMPIRE GEMS FZE, UNIVERSAL FINE JEWELRY FZE, DIAGEMS FZC, TRI COLOR GEMS FZE, PACIFIC DIAMONDS FZE, HIMALAYAN TRADERS FZE, UNITY TRADING FZE, FINE CLASSIC FZE, DG BROTHERS FZE,<br><br>                Defendants. | Adv. Proc. No. 20-1054 (SHL) |

## AFFIDAVIT OF SERVICE

I, Colin Linebaugh, am employed in the county of Los Angeles, State of California. I hereby certify that on May 22, 2020, at my direction and under my supervision, employees of Omni Management Group caused true and correct copies of the following document to be served via first-class mail, postage pre-paid, to the parties listed in **Exhibit A** attached hereto:

- **Notice of Adjournment of Pretrial Conference [Adv. Docket No. 21].**

Dated: May 26, 2020

_____
Colin Linebaugh
Omni Management Group
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
(818) 906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 26th day of May, 20 20, by Colin Linebaugh, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public – California
Los Angeles County
Commission # 2230950
My Comm. Expires Feb 11, 2022

# EXHIBIT A

**Firestar Diamond, Inc., et al. - U.S. Mail**                                                                                                                  Served 5/22/20

| | | |
|---|---|---|
| AMI JAVERI<br>160 CENTRAL PARK SOUTH<br>SUITE 3601<br>NEW YORK, NY 10019 | AMI JAVERI<br>50 CENTRAL PARK SOUTH UNIT 33<br>NEW YORK, NY 10019 | AURAGEM COMPANY LTD.<br>FLAT D2, 12/F, BLOCK 2<br>HANG,FUNG INDUSTRIAL BLDG, 2G HOK,YUEN ST<br>HUNG HOM, KLN, KOWLOON,<br>HK,852-2333-4656 |
| BRILLIANT DIAMONDS LTD.<br>C/O CINDY YT CHEUNG<br>ERNST & YOUNG TRANSACTIONS LIMITED<br>22/F, CITIC TOWER, 1 TIM MEI AVE<br>CENTRAL, HONG KONG, CHINA | BRILLIANT DIAMONDS LTD.<br>RM 87/F,FU HANG INDUSTRIAL BLD<br>1 HOK YUEK ST EAST HUNG HOM<br>KL HONG KONG, HK | CENTRAL PARK REAL ESTATE LLC<br>ATTN: OFFICER OR GENERAL/MANAGING AGENT<br>160 CENTRAL PARK SOUTH<br>SUITE 3601<br>NEW YORK, NY 10019 |
| CENTRAL PARK REAL ESTATE LLC<br>ATTN: OFFICER OR GENERAL/MANAGING AGENT<br>592 FIFTH AVENUE, 3RD FL<br>NEW YORK, NY 10046 | CENTRAL PARK REAL ESTATE LLC<br>C/O JEFFREY BULLOCK, DELAWARE SECRETARY OF S<br>401 FEDERAL ST<br>DOVER, DE 19901 | CENTRAL PARK SOUTH 50 PROPERTIES LLC<br>C/O DAY PITNEY LLP<br>7 TIMES SQUARE, 20TH FL<br>NEW YORK, NY 10036 |
| DG BROTHERS FZE<br>P.O. BOX 40310<br>AJMAN FREE ZONE, AJMAN, UAE | DIAGEMS FZE<br>OFFICE E-499-26 HAMRIYAH FREE ZONE<br>PO BOX 49920, SHARJAH, UAE | EMPIRE GEMS FZE<br>EMPIR GEMSSUIT, Q1-05-010/B, P.O. B<br>SHARJAH AIRPORT INTN'L FREE ZONE<br>SHARJAH<br>UNITED ARAB EMERATES |
| ETERNAL DIAMONDS CORPORATION LTD.<br>UNIT 202A, FOCAL INDUSTRIAL<br>CENTER BLOCK A, HUNG HOM<br>KOWLOON, HONG KONG, HK | ETERNAL DIAMONDS CORPORATION LTD.<br>XIU PING COMMERCIAL BLDG, 1ST FL<br>104 JERVOIS ST<br>SHEUNG WAN, HONG KONG<br>CHINA | FANCY CREATIONS COMPANY LTD.<br>UNIT B03, 2/F, SUMMIT BUILDING<br>30 MAN YUE ST<br>HUNGHOM, KOWLOON<br>HONG KONG<br>CHINA |
| FINE CLASSIC FZE<br>OFFICE M-10, BLDG 2W<br>PO BOX 371809<br>DUBAI AIRPORT FREE ZONE, DUBAI, UAE | HAMILTON PRECIOUS TRADERS LTD.<br>OFFICE #111, BLDG # 6WA<br>DUBAI AIRPORT FREE ZONE<br>DUBAI, 371708 UAE | HIMALAYAN TRADERS FZE<br>BLDG B1, 4TH FLOOR, OFFICE 471<br>PO BOX 54285<br>AJMAN FREE ZONE, AJMAN, UAE |
| NEESHAL MODI<br>44  EEKHOORN LAAN<br>2610 WILRIJK, BELGIUM, EUROPE | NEHAL MODI<br>5 GEORGE LANGELOH COURT<br>RYE, NY 10580 | NEHAL MODI<br>7702 SANDIA LOOP<br>AUSTIN, TX 78735 |
| PACIFIC DIAMONDS FZE<br>BUILDING B1, OFFICE 608A<br>P.O. BOX 40359<br>AJMAN FREE ZONE, AJMAN<br>DUBAI<br>UNITED ARAB EMERATES | PURVI MEHTA<br>55, GARDEN ROAD<br>ESTORIL COURT, BLOCK 1, 7A<br>HONG KONG, SAR | SINO TRADERS LTD.<br>13 B WORLD TRUST TOWER,<br>50 STANLEY ST.<br>CENTRAL, HONG KONG, HK |
| SUNSHINE GEMS LTD.<br>306-A208, 3/F HARBOUR CENTRE TWR<br>1 HOK CHEUNG ST, HUNGHOM<br>KOWLOON, HONG KONG | TRI COLOR GEMS FZE<br>TRI COLOR GEMSE-LOB OFFICE NO. E-86G-32<br>HAMRIYAH FREE ZONE, P.O. 51425<br>SHARJAH<br>UNITED ARAB EMIRATES | TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC<br>ATTN: ALICE ROKAHR, PRESIDENT<br>200 NORTH PHILIPS AVE<br>SIOUX FALLS, SD 57104 |
| TWIN FIELD INVESTMENTS LTD.<br>40 E. DIVISION STREET, APT #A<br>DOVER, DELAWARE 19901 | UNIQUE DIAMOND AND JEWELLERY FZC<br>SUITE 98, 4TH FLOOR, ZONE IV,<br>NEW GOLD CENTRE, PO BOX 34735,<br>DUBAI | UNITY TRADING FZE<br>G15-6WA, PO BOX 371741,<br>DUBAI AIRPORT FREE ZONE, DUBAI, UAE |

**Firestar Diamond, Inc., et al. - U.S. Mail**                                                                                         **Served 5/22/20**

| | | |
|---|---|---|
| UNIVERSAL FINE JEWELRY FZE<br>SUITE Q1-05-068/A<br>P.O. BOX 9032<br>INTERNATIONAL FREE ZONE<br>SHARJAH AIRPORT<br>UNITED ARAB EMERATES | VISTA JEWELRY FZE<br>PO BOX 5232<br>FUJAIRAH, UAE 971 55 5834284 | WORLD DIAMOND DISTRIBUTION FZE<br>OFFICE, D-3, PHASE-II, BOX, 50<br>FUJAIRAH FREE ZONE, FUJAIRAH<br>UNITED ARAB EMIRATES |

**Parties Served: 33**