**Exhibit B**
**Proposed Order Issuing Letter Rogatory**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors.[1] | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**[PROPOSED] ORDER ISSUING REQUEST FOR JUDICIAL ASSISTANCE**
<u>**IN SERVICE OF PROCESS (LETTER ROGATORY)**</u>

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Firestar Diamond, Inc. (2729), Fantasy, Inc. (1673), and Old AJ, Inc. f/k/a A. Jaffe, Inc. (4756).

Upon the Application (the "**Application**"), dated May 29, 2020, brought by Richard Levin, not individually but solely as chapter 11 trustee (the "**Trustee**") for the above-captioned Debtors, for the issuance of a Letter Rogatory, in the form attached as Exhibit A to the Application, to be transmitted, via the appropriate channels, to the appropriate judicial authority in the United Arab Emirates, and it appearing that due and sufficient notice of the Application has been given under the circumstances, and it further appearing that the relief sought in the Application is appropriate based upon the information provided in the Application and in the record; and it further appearing that this Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 1334(b) and 157(a); and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Letter Rogatory, in the form submitted with the Application, shall be signed and sealed by the Court for transmission to appropriate judicial authority in the United Arab Emirates through the United States Department of State.

Dated: June __, 2020
New York, New York

                                                                     _____
THE HONORABLE SEAN H. LANE
United States Bankruptcy Judge