UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |

___

| | |
|---|---|
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| v. | |
| AMI JAVERI (A/K/A AMI MODI), et al., | |
| Defendants. | |

-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that Schoeman Updike Kaufman & Gerber LLP, by Beth L. Kaufman, hereby appears as counsel for Defendants Central Park Real Estate, LLC and Central Park South 50 Properties, LLC.

Dated: New York, New York
      June 11, 2020

                                      SCHOEMAN UPDIKE KAUFMAN &
                                        GERBER LLP

                                    By: _____
                                         Beth L. Kaufman
                                   551 Fifth Avenue
                                   New York, New York 10176
                                   Telephone: (212) 661-5030
                                   Email: bkaufman@schoeman.com
                                   *Attorneys for Defendants Central Park Real Estate,*
                                   *LLC and Central Park South 50 Properties, LLC*