UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:                                                                  Chapter 11

FIRESTAR DIAMOND, Inc., et al.,                           No. 18-10509(SHL)

        Debtors,                                        (Jointly Administered)

---

Richard Levin, Chapter 11 Trustee of
FIRESTAR DIAMOND, INC., FANTASY, INC.,           Adv. Proc. No. 20-01054(SHL)
and OLD AJ, INC., f/k/a A. JAFFE, INC.,

        Plaintiff,                                      **NOTICE OF APPEARANCE**

   v.

AMI JAVERI (A/K/A AMI MODI), et al.,

        Defendants.

------------------------------------------------------------------X

        PLEASE TAKE NOTICE that Schoeman Updike Kaufman & Gerber LLP, by Patricia O'Prey, hereby appears as counsel for Defendants Central Park Real Estate, LLC and Central Park South 50 Properties, LLC.

Dated: New York, New York
       June 11, 2020

                      SCHOEMAN UPDIKE KAUFMAN &
                        GERBER LLP

                      By: _____
                         Patricia O'Prey
                      551 Fifth Avenue
                      New York, New York 10176
                      Telephone: (212) 661-5030
                      Email: poprey@schoeman.com
                      *Attorneys for Defendants Central Park Real Estate,*
                      *LLC and Central Park South 50 Properties, LLC*