UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                          Chapter 11

FIRESTAR DIAMOND, Inc., et al.,                                 No. 18-10509(SHL)

        Debtors,                                                (Jointly Administered)

---

Richard Levin, Chapter 11 Trustee of
FIRESTAR DIAMOND, INC., FANTASY, INC.,                          Adv. Proc. No. 20-01054(SHL)
and OLD AJ, INC., f/k/a A. JAFFE, INC.,

        Plaintiff,                                              **STIPULATION AND ORDER
                                                                EXTENDING TIME TO RESPOND
   v.                                                           TO COMPLAINT**

AMI JAVERI (A/K/A AMI MODI), et al.,

        Defendants.

------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for plaintiff, Richard Levin, Chapter 11 Trustee of Firestar Diamond, Inc. Fantasy, Inc., and Old AJ, Inc., f/k/a A. Jaffe, Inc., and for defendants Central Park Real Estate, LLC and Central Park South 50 Properties, LLC, that the time for defendants Central Park Real Estate, LLC and Central Park South 50 Properties, LLC to answer, move, or otherwise respond to the complaint may be extended to and including July 15, 2020.

      No provision of this Stipulation and Order shall be construed as a waiver of, and defendants Central Park Real Estate, LLC and Central Park South 50 Properties, LLC expressly reserve, any and all defenses.

      There has been no previous request for extension of time in connection with this matter.

Dated: New York, New York
June 11, 2020

| | |
|---|---|
| JENNER & BLOCK LLP | SCHOEMAN UPDIKE KAUFMAN & GERBER LLP |
| By: /s/ Vincent E. Lazar<br>Vincent E. Lazar<br>Angela M. Allen (admitted pro hac vice)<br>William A. Williams (admitted pro hac vice)<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>vlazar@jenner.com<br>aallen@jenner.com<br><br>Carl N. Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>(212) 891-1600<br>cwedoff@jenner.com<br><br>*Counsel for the Chapter 11 Trustee* | By: [signature] Beth L. Kaufman<br>Beth L. Kaufman<br>Patricia O'Prey<br>551 Fifth Avenue<br>New York, New York 10176<br>(212) 661-5030<br>bkaufman@schoeman.com<br>poprey@schoeman.com<br><br>*Attorneys for Defendants Central Park Real Estate, LLC and Central Park South 50 Properties, LLC* |

SO ORDERED:

_____
United States Bankruptcy Judge
Sean H. Lane