

| | Ernst & Young Transactions Limited | 安永企業財務服務有限公司 | Tel 電話: +852 2846 9888 |
|---|---|---|---|
| | 22/F, CITIC Tower | 香港中環添美道1號 | Fax 傳真: +852 2827 0715 |
| | 1 Tim Mei Avenue | 中信大廈22樓 | ey.com |
| | Central, Hong Kong | | |

Our Ref: MN/FL/20837723/L76406



26 May 2020

Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**BRILLIANT DIAMONDS LIMITED**
(In Creditors' Voluntary Liquidation) ("the Company")
Re: Firestar Diamond, Inc. and Fantasy, Inc. and Old AJ, Inc. f/k/a A.Jaffe, Inc.

Dear Sir,

I refer to your summons filed on 22 April 2020 which received by me on 12 May 2020.

Pursuant to the resolutions of the members passed on 24 May 2018, the Company was placed into voluntary liquidation. Mr John Robert Lees and I were appointed Joint and Several Liquidators for the purposes of the winding up on the same day. I enclose copies of Notice of Special Resolution and Notification of Appointment of Liquidator (CR Form NW3) filed with the Registrar of Companies as confirmation.

As part of the winding-up procedures under the Companies (Winding Up and Miscellaneous Provisions) Ordinance, any creditor who has a claim against the Company could file a Claim Form to the Liquidators and provide the relevant supporting documents. If the Company has sufficient assets recovery, the dividend will be distributed to the Company's creditor who has a valid claim.

In view of the above, the Liquidators will not engage an attorney in the United States to defend the respective proceedings. As such, the Liquidators will not make submission in this proceeding and intend to ask for the Court's excuse for not attending the hearing scheduled on 23 June 2020 at 10:00 a.m.

Should you have any questions, please contact Ms Cindy Cheung or Mr Fredric Leung of this office on +852 3471 2652 (cindy.yt.cheung@hk.ey.com) and +852 3471 2639 (Fredric.Leung@hk.ey.com) respectively.

Yours faithfully,
For and on behalf of
Brilliant Diamonds Limited
(In Creditors' Voluntary Liquidation)

Mat Ng
Joint and Several Liquidator

MN/FL/CYC (BDL) – J

Copy to : Vincent Edward Lazar
         Jenner & Block LLP
         353 N. Clark Street
         Chicago, IL 60654

A member firm of Ernst & Young Global Limited



公司註冊處
Companies Registry

委任清盤人或臨時清盤人通知書
**Notice of Appointment of
Liquidator or Provisional Liquidator**



表格 **NW3**
Form

公司編號 Company Number
826413

註 Note

1 公司名稱 Company Name

**BRILLIANT DIAMONDS LIMITED**

(清盤在進行中 In Liquidation)

2 清盤方式 Mode of Winding Up

請在適用的空格內加上 ✓ 號　Please tick the relevant box

☐ 由法院作出清盤 Winding Up by Court

☐ 成員自動清盤 Members' Voluntary Winding Up

☑ 債權人自動清盤 Creditors' Voluntary Winding Up

☐ 其他清盤方式（請註明）Others (Please specify)

---

❹ 提交人資料 Presentor's Reference
姓名 Name:
JLA Asia
地址 Address:
20/F Henley Building
5 Queen's Road Central
Hong Kong

電話 Tel:2526 0550　　傳真 Fax:2526 0771
電郵 Email :
檔號 Reference: KAM/BDL001KAM (0108)

請勿填寫本欄 For Official Use

[Stamp: CR 收件日期 RECEIVED 25 MAY 2018 文件管理組 Document Management Section]

指明編號 1/2017 (2017 年 2 月) Specification No. 1/2017 (February 2017)

表格 Form **NW3**

公司編號 Company Number: 826413

## 3 委任詳情 Details of Appointment(s)

請在適用的空格內加上 ✓ 號 Please tick the relevant box(es)

**1 身分 Capacity**: ☑ 清盤人 Liquidator  ☐ 臨時清盤人 Provisional Liquidator

**類別 Status**: ☐ 唯一 Sole  ☐ 共同 Joint  ☑ 共同及各別 Joint & Several

**委任方式 Mode of Appointment**: ☐ 公司決議 Resolution of Company  ☑ 債權人決議 Resolution of Creditors  ☐ 董事決議 Resolution of Directors  ☐ 法院命令 Court Order  ☐ 破產管理署署長委任 by the Official Receiver

中文姓名 Name in Chinese:

英文姓名 Name in English
- 姓氏 Surname: Lees
- 名字 Other Names: John Robert

地址 Address:
- 20/F Henley Building
- 5 Queen's Road Central
- Hong Kong

國家／地區 Country／Region: 香港／HONG KONG

(本處不接收郵政信箱號碼 Post office box numbers are not acceptable)

**7** 電郵地址 Email Address:

**8** 身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number: K 6 4 0 3 7 7 ( 8 )

(b) 護照 Passport:

簽發國家 Issuing Country:

號碼 Number:

委任日期 Date of Appointment: 24 / 05 / 2018 (DD/MM/YYYY)

第二頁 Page 2

指明編號 1/2017 (2017 年 2 月) Specification No. 1/2017 (February 2017)

表格 Form **NW3**

公司編號 Company Number: 826413

**3  委任詳情 Details of Appointment(s)** (續上頁 cont'd)

請在適用的空格內加上 ✓ 號  Please tick the relevant box(es)

2  身分 Capacity: ✓ 清盤人 Liquidator   ☐ 臨時清盤人 Provisional Liquidator

類別 Status: ☐ 唯一 Sole   ☐ 共同 Joint   ✓ 共同及各別 Joint & Several

委任方式 Mode of Appointment: ☐ 公司決議 Resolution of Company   ✓ 債權人決議 Resolution of Creditors   ☐ 董事決議 Resolution of Directors   ☐ 法院命令 Court Order   ☐ 破產管理署署長委任 by the Official Receiver

中文姓名 Name in Chinese: 吳宓

英文姓名 Name in English:
- 姓氏 Surname: Ng
- 名字 Other Names: Mat

地址 Address:
- 20/F Henley Building
- 5 Queen's Road Central
- Hong Kong

國家／地區 Country / Region: 香港／HONG KONG

(本處不接納郵政信箱號碼 Post office box numbers are not acceptable)

7  電郵地址 Email Address: 

8  身分證明 Identification
(a) 香港身分證號碼 Hong Kong Identity Card Number: H 3 1 0 3 3 0 (9)

(b) 護照 Passport: 
簽發國家 Issuing Country: 
號碼 Number: 

委任日期 Date of Appointment: 24 / 05 / 2018 (日 DD / 月 MM / 年 YYYY)

6  簽署 Signed: [signature]
姓名 Name: John Robert Lees
清盤人／~~臨時清盤人~~* Liquidator／~~Provisional Liquidator~~*
日期 Date: 24 / 05 / 2018

簽署 Signed: [signature]
姓名 Name: Mat Ng
清盤人／~~臨時清盤人~~* Liquidator／~~Provisional Liquidator~~*
日期 Date: 24 / 05 / 2018

*請刪去不適用者  Delete whichever does not apply

指明編號 1/2017 (2017 年 2 月) Specification No. 1/2017 (February 2017)

第三頁 Page 3

COPY

Company Number: 826413

# THE COMPANIES ORDINANCE
## (CHAPTER 622)

### SPECIAL RESOLUTION
### PURSUANT TO SECTION 622

### BRILLIANT DIAMONDS LIMITED
### (IN CREDITORS' VOLUNTARY LIQUIDATION)

To: The Registrar of Companies

At an Extraordinary General Meeting of the Company held on 24 May 2018 at 20/F, Henley Building, 5 Queen's Road Central, Hong Kong, the following Special Resolution was passed:

"That the Company be wound up voluntarily."

Dated this 24th day of May 2018

For and on behalf of
Pacific Regent Trading Limited

*[signature]*

Authorised signatory
Name: Bhavik Jayesh Shah
Shareholder

Presented for filing by

JLA Asia Limited
20/F Henley Building
5 Queen's Road Central
Hong Kong
Tel.: 2526 0550
Fax: 2526 0771

[CR]
收件日期 RECEIVED
2 5 MAY 2018
文件管理組
Document Management Section