**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING SCHEDULING OF BRIEFING**

Richard Levin, not individually but solely as chapter 11 trustee for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, and Purvi Mehta, each through their undersigned counsel, hereby agree and stipulate that Ms. Mehta's time to answer,

move to dismiss, or otherwise respond to the Complaint [Adv. Dkt. 1] is extended to September 15, 2020.

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| Dated: Chicago, Illinois,<br>June 24, 2020 | RICHARD LEVIN,<br>Not Individually But Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.<br><br>By His Counsel,<br>JENNER & BLOCK LLP<br>By:<br><br>*/s/ Vincent E. Lazar*<br>Vincent E. Lazar<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>(312) 222-9350<br>vlazar@jenner.com |
| Dated: New York, New York,<br>June 24, 2020 | PURVI MEHTA<br><br>By Her Counsel,<br>DUANE MORRIS LLP<br><br>By:<br><br>*/s/ Frederick D. Hyman*<br>Frederick D. Hyman<br>1540 Broadway<br>New York, NY 10036-4086<br>(212) 692-1063<br>rhyman@duanemorris.com |

IT IS SO ORDERED.

Dated: July 1, 2020
New York, New York

*/s/ Sean H. Lane*
The Honorable Sean H. Lane
United States Bankruptcy Judge.