UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |

| | |
|---|---|
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| Plaintiff, | **SECOND STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| AMI JAVERI (A/K/A AMI MODI), et al., | |
| Defendants. | |

------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff, Richard Levin, Chapter 11 Trustee of Firestar Diamond, Inc. Fantasy, Inc., and Old AJ, Inc., f/k/a A. Jaffe, Inc. (the "Trustee"), and for defendants Central Park Real Estate, LLC ("CPRE") and Central Park South 50 Properties, LLC ("CPS50"), that the time for defendants CPRE and CPS50 to answer, move, or otherwise respond to the complaint may be extended to and including September 15, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and defendants CPRE and CPS50 expressly reserve, any and all defenses.

The parties previously submitted a request for an extension of time until July 15, 2020, which has not yet been so ordered by the Court.

Dated:   June 30, 2020

| | |
|---|---|
| JENNER & BLOCK LLP | SCHOEMAN UPDIKE KAUFMAN & GERBER LLP |
| | |
| By:   /s/ Vincent E. Lazar | By: /s/ Beth L. Kaufman |
|        Vincent E. Lazar |        Beth L. Kaufman |
| Angela M. Allen (admitted pro hac vice) | Patricia O'Prey |
| William A. Williams (admitted pro hac vice) | 551 Fifth Avenue |
| 353 North Clark Street | New York, New York 10176 |
| Chicago, Illinois 60654 | (212) 661-5030 |
| (312) 222-9350 | bkaufman@schoeman.com |
| vlazar@jenner.com | poprey@schoeman.com |
| aallen@jenner.com | |
| | *Attorneys for Defendants Central Park Real Estate, LLC and Central Park South 50 Properties, LLC* |
| Carl N. Wedoff | |
| 919 Third Avenue | |
| New York, New York 10022 | |
| (212) 891-1600 | |
| cwedoff@jenner.com | |
| | |
| *Counsel for the Chapter 11 Trustee* | |

SO ORDERED:

Dated: July 2, 2020

*/s/ Sean H. Lane*
United States Bankruptcy Judge

- 2 -