UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |
| _____ | |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| *Plaintiff*, v. | **NOTICE OF APPEARANCE** |
| AMI JAVERI (A/K/A AMI MODI), *et al*., | |
| *Defendants*. | |

------------------------------------------------------------------X

PLEASE TAKE NOTICE that Roger J. Bernstein hereby appears as counsel for defendants Ami Javeri and Nehal Modi.

Dated: New York, New York
     July 9, 2020

                        ROGER BERNSTEIN LAW FIRM

                        By:  *s/ Roger J. Bernstein*
                            Roger J. Bernstein
                        535 Fifth Avenue, 23rd Floor
                        New York, New York 10017
                        (o) (212) 748-4800
                        (m)(917)-566-5246
                        rbernstein@rjblaw.com

                        *Attorney for Defendants Ami Javeri and Nehal Modi*