UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X

In re:                                                                  Chapter 11

FIRESTAR DIAMOND, Inc., et al.,                      No. 18-10509(SHL)

                            Debtors,                           (Jointly Administered)

_____

Richard Levin, Chapter 11 Trustee of FIRESTAR
DIAMOND, INC., FANTASY, INC., and OLD AJ,         Adv. Proc. No. 20-01054(SHL)
INC., f/k/a A. JAFFE, INC.,

                            *Plaintiff*,                          **STIPULATION AND ORDER
                                                                       EXTENDING TIME TO
                                                                    RESPOND TO COMPLAINT**
        vs.

AMI JAVERI (A/K/A AMI MODI), et al.,

                            *Defendants*.

--------------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the

undersigned attorneys for plaintiff, Richard Levin, Chapter 11 Trustee of Firestar

Diamond, Inc. Fantasy, Inc., and Old AJ, Inc., f/k/a A. Jaffe, Inc. (the "Trustee"), and for

defendants Ami Javeri ("Javeri") and Nehal Modi ("Nehal Modi"), that the time for

defendants Javeri and Nehal Modi to answer, move, or otherwise respond to the

complaint may be extended to and including September 15, 2020.

        No provision of this Stipulation and Order shall be construed as a waiver of,

and defendants Javeri and Nehal Modi expressly reserve, any and all defenses.

*[continued on following page]*

1

July 2, 2020

JENNER & BLOCK LLP                    ROGER BERNSTEIN LAW FIRM


By: ___/s/ Vincent E. Lazar_____       By: _s/ Roger J. Bernstein_
      Vincent E. Lazar                              Roger J. Bernstein
Angela M. Allen (admitted pro hac vice)       535 Fifth Avenue, 23rd Floor
William A. Williams (admitted pro hac         New York, New York 10017
vice)                                         (o) (212) 748-4800
353 North Clark Street                        (m)(917)-566-5246
Chicago, Illinois 60654                       rbernstein@rjblaw.com
(312) 222-9350
vlazar@jenner.com
aallen@jenner.com                             *Attorney for Defendants Ami Javeri and
                                              Nehal Modi*

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
cwedoff@jenner.com

*Counsel for the Chapter 11 Trustee*


SO ORDERED:
Dated: July 14, 2020


*/s/ Sean H. Lane*
_____
United States Bankruptcy Judge