**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-1054 |
| Plaintiff, | |
| v. | |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

On July 2, 2020, I, Liedekerke Wolters Waelbroeck Kirkpatrick cvba, hereto represented by Mr. Roel Fransis, attorney admitted to the Dutch language Bar of Brussels, caused the *Complaint* [Adv. Dkt. 1], *Second Summons* [Adv. Dkt. 9], and *Order Setting Foreign Defendants' Time to Respond to Complaint* [Adv. Dkt. 8] to be served on Neeshal Modi (born in Antwerp, Belgium, on 28 January 1984) via delivery by bailiff R. De Ceuster with offices at 2018 Antwerp (Belgium), Diercxsensstraat 9, of a copy in a closed envelope at the following address:

**Pourbusstraat 25/6, 2000 Antwerp, Belgium**

Attached as Exhibit A to this certificate of service is a writ of service executed by said bailiff.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August, 4, 2020, Brussels, Belgium.

By:

For and on behalf of Liedekerke Wolters Waelbroeck Kirkpatrick cvba,
Mr. Roel Fransis

# Marc SACRE - Stefan SACRE - Piet DE SMET
*Gerechtsdeurwaarders*

## Miet DEMEESTERE – Claire VAN ACKER – Ben VAN SCHEL – Pierre SACRE
*Kandidaat-Gerechtsdeurwaarders*

Jettelaan 32 - 1081 BRUSSEL (Koekelberg)

*ORIGINEEL*

Tel : 02/425.08.94 – Fax : 02/425.55.78
Email : gdw@sacrems.be

Kantooruren van 9 tot 12u

BE44-7341-9803-8845 KREDBEBB

0023666/LVG

Ref.: F2989-20 / LDD

F2989-20_10252_131919

P. VAN LANDEGHEM
R. DE CEUSTER
L. ENGELS
M.-R. PELSMAEKERS
AGERKA Gerechtsdeurwaarders
Diercxsensstraat 9 - bus 02
2018 ANTWERPEN
Tel.: 03.238.44.38
info@agerka.be

## BETEKENING

Het jaar tweeduizend twintig, op    TWEE JULI

Op verzoek van:

De Heer **LEVIN Richard** - *bewindvoerder op grond van Chapter 11 over FIRESTAR DIAMOND, INC., FANTASY, INC., en OLD AJ, INC. voorheen gekend als A. JAFFE, INC.* – met kantoor te 919 Third Avenue, New York, New York 10022-3908, *verenigde staten van Amerika*

Hebbende als raadslieden Mrs. Vincent E. Lazar, Angela M. Allen en William A. Williams, met kantoor te 353 North Clark Street, Chicago Illinois 60654 en Mr. Carl. N. Wedoff, 919 Third Avenue, New York, New York 10022,

*Krachtens artikel 10 (b) van het Verdrag van 15 november 1965 inzake de betekening en de kennisgeving in het buitenland van gerechtelijke en buitengerechtelijke stukken in burgerlijke en in handelszaken (goedgekeurd bij wet van 24 januari 1970 - Belgisch Staatsblad 9 februari 1971)*

Ik ondergetekende,    Ronnie DE CEUSTER,
gerechtsdeurwaarder met standplaats
te 2018 Antwerpen, er kantoorhoudende
aan de Diercxsensstraat 9;

Heb **BETEKEND** en afschrift gelaten aan:

De Heer **MODI Neeshal**, geboren te Antwerpen op ▮▮▮▮▮▮, nationaal nummer ▮▮▮▮▮▮ wonende te ▮▮▮▮▮▮

alwaar zijnde en er sprekende met :

aldus verklaard, die mijn origineel niet tekent voor ontvangst van het afschrift;

Aangezien het exploot niet kon betekend worden overeenkomstig art. 33 tot 35 Ger. W., heb ik aan het voormelde adres om *15.04* uur een afschrift gelaten overeenkomstig art. 38 par. 1 Ger. Wb.

1. Van "Second Summons and notice of pretrial conference in an adversary proceeding" (vrije vertaling: tweede dagvaarding en kennisgeving van inleidende zitting in een procedure op tegenspraak) opgesteld in het Engels met Nederlandse vertaling

2. Van "Complaint to avoid and recover actual fraudulent transfers and for damages for conspiracy to violate the racketeering influenced corrupt organizations act" (vrije vertaling: klacht tot vernietiging en restitutie van concrete frauduleuze overdrachten en tot het verkrijgen van schadevergoeding voor samenzwering tot schending van de racketeering influenced corrupt organizations act) (doc: 1) ingesteld bij de 'United States Bankruptcy court Southern District of New York" (vrije vertaling: Faillissementsrechtbank van de Verenigde Staten zuidelijk district van New York) opgesteld in het Engels met Nederlandse vertaling

3. Van "Order (I) directing issuance of an additional summons; (II) setting foreign defendants' time to respond to the complaint; (III) adjourning the pretrial conference; and (IV) granting related relief" (vrije vertaling: beschikking (I) tot instructie voor uitgifte van een bijkomende dagvaarding; (II) tot vaststelling van de termijn van de buitenlandse verweerders om op de klacht te antwoorden; (III) tot verdaging van de inleidende zitting; en (IV) tot toekenning van de bijhorende vordering" opgesteld in het Engels met Nederlandse vertaling

Doende deze betekening tot kennisgeving, onderricht en tot zulke doeleinden als naar recht, en zonder enige nadelige erkenning;

**Ik, ondergetekende gerechtsdeurwaarder, heb in het bijzonder de betekende partij erop gewezen dat zij, overeenkomstig de hiervoor betekende Order sub 3, over 60 dagen beschikken om te antwoorden vanaf de huidige betekening.**

En opdat de betekende partij(en) hiervan niet onwetend zou(den) zijn, heb ik deze een afschrift gelaten van huidig exploot, samen met de betekende stukken, zo nodig onder gesloten omslag overeenkomstig de voorschriften van de Wet.

| | |
|---|---:|
| VR* | 34,40 |
| ROLG* | 1.447,61 |
| DOS* | 15,40 |
| PORT* | 11,28 |
| RINL* | 7,73 |
| UINL* | 0,44 |
| CFR/EBTW | 1.516,86 |
| *21%BTW | 318,54 |
| CFR/BTWI | 1.835,40 |

*Uw persoonsgegevens worden opgenomen in een databestand. U heeft overeenkomstig de privacywetgeving het recht om uw gegevens in te kijken en een verbetering te vragen van onjuiste of onvolledige gegevens. Bij vragen kan u e-mailen naar gdw@sacrems.be*

Onder alle voorbehoud.

Waarvan akte. Kosten: TWEEDUIZENDZEVENENVIJFTIG EURO EN ZEVENENTWINTIG CENT
Eventueel te vermeerderen met de portkosten zoals op het origineel vermeld.

| Agerka | | Registratierechten - Toepassing van artikel 8bis van het W. Reg. Registratierecht : 50,00 EUR |
|---|---:|---|
| ¾ VR | 103,21 | |
| RS | 11,02 | |
| DOS | 15,40 | |
| VACB | 12,41 | |
| | 142,04 | |
| REG | 50,00 | |
| EXC0 | 50,00 | |
| EXC21 | 142,04 | |
| BTW | 29,83 | |
| CONF | 1835,40 | |
| TOT | 2057,27 | |
| PORT | 1,06 | |
| BTW | 0,18 | |
| | 1,24 | |
| TOT | 2058,51 | |