**Hearing Date And Time: TBD**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>       Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>       Plaintiff,<br><br>v.<br><br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE,<br><br>       Defendants. | Adv. Proc. No. 20-1054<br><br>**Oral Argument Requested** |

## NOTICE OF MOTION TO DISMISS THE COMPLAINT

**PLEASE TAKE NOTICE** that Defendant Purvi Mehta a/k/a Purvi Modi hereby moves this Court before the Honorable Sean J. Lane, in Courtroom 701 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York, 10004, for an

Order dismissing the Complaint of Richard Levin, Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc. and Old AJ., Inc. f/k/a A. Jaffe, Inc., with prejudice pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6), and for such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, Ms. Mehta shall rely upon the accompanying Memorandum of Law, dated September 15, 2020, and Declaration of Purvi Modi a/k/a Purvi Mehta, dated September 11, 2020.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Dated: September 15, 2020
      New York, New York

                DUANE MORRIS LLP

                By: /s/ Frederick D. Hyman
                    Frederick D. Hyman, Esq.
                    Mauro M. Wolfe, Esq.
                    Evangelos Michailidis, Esq.
                    Sarah Fehm Stewart, Esq.
                    1540 Broadway
                    New York, NY 10036
                    Tel: (212) 692-1063
                    Fax: (212) 208-4521
                    Email: RHyman@duanemorris.com
                    *Attorneys for Defendant Purvi Mehta*