UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>       Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>       Plaintiff,<br><br>    v.<br><br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE,<br><br>       Defendants. | Adv. Proc. No. 20-1054 |

**[PROPOSED] ORDER**

       This matter having been opened to the Court by Defendant Purvi Mehta a/k/a Purvi Modi, for an Order pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5) and 12(b)(6), dismissing the Complaint of Richard Levin, Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc. and Old AJ., Inc.

2

f/k/a A. Jaffe, Inc., with prejudice, and for such other and further relief as the Court may deem just and proper; and the Court having considered the Motion, all responses filed thereto, if any, as well as any argument presented at the hearing; and after due deliberation and sufficient cause appearing therefor,

    IT IS ORDERED:

    1.    The Complaint is dismissed in its entirety as against Defendant Purvi Mehta a/k/a Purvi Modi.


Dated: _____, 2020        _____
    New York, New York        THE HONORABLE SEAN H. LANE
                                       UNITED STATES BANKRUPTCY JUDGE