Beth L. Kaufman
Patricia C. O'Prey
SCHOEMAN UPDIKE KAUFMAN & GERBER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
*Attorneys for Defendants Central Park Real Estate LLC and
Central Park South 50 Properties LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>                    Debtors.<br><br>RICHARD LEVIN, Chapter 11 Trustee of<br>FIRESTAR DIAMOND, INC., FANTASY, Inc., and<br>OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AMI JAVERI (A/K/A AMI MODI); ET AL,<br><br>                    Defendants. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>Jointly Administered<br><br><br><br>Adv. Proc. No. 20-01054 (SHL)<br><br>**[PROPOSED] ORDER GRANTING<br>MOTION TO DISMISS** |

       This matter having been duly brought before the Court by Defendants Central

Park Real Estate LLC ("CPRE") and Central Park South 50 Properties LLC ("CPS50")

(collectively, the "LLCs"), for an Order pursuant to Federal Rules of Bankruptcy Procedure

7012(b) and Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint of Richard

Levin, Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc. and Old AJ, Inc. f/k/a A.

Jaffe, Inc., with prejudice, and for such other and further relief as the Court may deem just and

proper; and the Court having considered the Motion, all responses filed thereto, if any, as well as

1

any argument presented at the hearing, and after due deliberation and sufficient cause appearing

therefor,

IT IS ORDERED:

The Complaint is dismissed in its entirety as against defendants Central Park Real

Estate LLC ("CPRE") and Central Park South 50 Properties LLC ("CPS50") (collectively, the

"LLCs").


Dated: _____, 2020
      New York, New York

                              _____
                              THE HONORABLE SEAN H. LANE
                              UNITED STATES BANKRUPTCY JUDGE