Roger J. Bernstein
ROGER BERNSTEIN LAW FIRM
535 Fifth Avenue, 23rd Floor
New York, New York 10017
Tel: (212) 748-4800
*Attorney for Defendant Ami Javeri*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| *Plaintiff*, v. | **ORAL ARGUMENT REQUESTED** |
| AMI JAVERI (A/K/A AMI MODI), *et al.*, | |
| *Defendants*. | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated September 15, 2020, defendant Ami Javeri shall move this Court, before Hon. Sean H. Lane, United States Bankruptcy Judge, at the United States Courthouse, One Bowling Green, New York, New York 10004, on a date and at a time to be set by the Court, for an Order substantially in the form attached hereto as Exhibit A dismissing the Complaint with prejudice as to her pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
    September 15, 2020

                                                      ROGER BERNSTEIN LAW FIRM

                                                      By:  *s/ Roger J. Bernstein*
                                                        535 Fifth Avenue, 23rd Floor
                                                        New York, New York 10017
                                                        (m)(917)-566-5246
                                                        rbernstein@rjblaw.com

                                                        *Attorney for Defendant Ami Javeri*

**Exhibit A – Proposed Order**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| FIRESTAR DIAMOND, Inc., et al., ) | No. 18-10509(SHL) |
| ) | |
| Debtors, ) | (Jointly Administered) |
| ) | |
| RICHARD LEVIN, Chapter 11 Trustee of ) FIRESTAR DIAMOND, INC., FANTASY, INC., ) and OLD AJ, INC., f/k/a A. JAFFE, INC., ) | Adv. Proc. No. 20-01054(SHL) |
| ) | |
| *Plaintiff*, ) v. ) | |
| AMI JAVERI (A/K/A AMI MODI), *et al.*, ) | |
| *Defendants*. ) | |

## [PROPOSED] ORDER GRANTING AMI JAVERI'S
## MOTION TO DISMISS THE COMPLAINT

Upon the Motion of Ami Javeri for entry of an Order dismissing the Complaint, dated September 15, 2020, ECF No. ____ ("Motion to Dismiss"), and upon the Memorandum of Law in Support of Ami Javeri's Motion to Dismiss, dated September 15, 2020, ECF No. ___ ("Memorandum of Law"), and the Court having considered the Motion to Dismiss and reviewed the Memorandum of Law and all objections thereto and responses in further support thereof, as well as any argument presented at the hearing, and the Court holding after due deliberation: (i) that it has jurisdiction to consider and enter an Order granting the Motion to Dismiss; (ii) that notice of the Motion to Dismiss was sufficient under the circumstances; and (ii) that good cause exists for the granting of the relief requested in the Motion to Dismiss,

IT IS HEREBY ORDERED THAT:

    1. The Motion to Dismiss is granted. The Complaint is dismissed in its entirety with prejudice with respect to Defendant Ami Javeri, and she is therefore dismissed with prejudice from this Adversary Proceeding.

2. Any objections to the Motion to Dismiss that have not been withdrawn are overruled.

3. This Court shall retain jurisdiction to hear and determine all matters arising from, in connection with, or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
       New York, New York

                                                                                 _____
                                                                                 THE HONORABLE SEAN H. LANE
                                                                                 UNITED STATES BANKRUPTCY JUDGE