Roger J. Bernstein
ROGER BERNSTEIN LAW FIRM
535 Fifth Avenue, 23rd Floor
New York, New York 10017
Tel: (212) 748-4800
*Attorney for Defendant Nehal Modi*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| *Plaintiff*, v. | **ORAL ARGUMENT REQUESTED** |
| AMI JAVERI (A/K/A AMI MODI), *et al.*, | |
| *Defendants*. | |

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated September 15, 2020, defendant Nehal Modi shall move this Court, before Hon. Sean H. Lane, United States Bankruptcy Judge, at the United States Courthouse, One Bowling Green, New York, New York 10004, on a date and at a time to be set by the Court, for an Order substantially in the form attached hereto as Exhibit A dismissing the Complaint with prejudice as to him pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure and Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
      September 15, 2020

                                                                 ROGER BERNSTEIN LAW FIRM

                                                                 By:  *s/ Roger J. Bernstein*
                                                                    535 Fifth Avenue, 23rd Floor
                                                                    New York, New York 10017
                                                                    (m)(917)-566-5246
                                                                    rbernstein@rjblaw.com

                                                                  *Attorney for Defendant Nehal Modi*