**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| *Plaintiff*, v. | |
| AMI JAVERI (A/K/A AMI MODI), *et al.*, | |
| *Defendants*. | |

### [PROPOSED] ORDER GRANTING NEHAL MODI'S MOTION TO DISMISS THE COMPLAINT

Upon the Motion of Nehal Modi for entry of an Order dismissing the Complaint, dated September 15, 2020, ECF No. ____ ("Motion to Dismiss"), and upon the Memorandum of Law in Support of Nehal Modi's Motion to Dismiss, dated September 15, 2020, ECF No. ___ ("Memorandum of Law"), and the Court having considered the Motion to Dismiss and reviewed the Memorandum of Law and all objections thereto and responses in further support thereof, as well as any argument presented at the hearing, and the Court holding after due deliberation: (i) that it has jurisdiction to consider and enter an Order granting the Motion to Dismiss; (ii) that notice of the Motion to Dismiss was sufficient under the circumstances; and (ii) that good cause exists for the granting of the relief requested in the Motion to Dismiss,

IT IS HEREBY ORDERED THAT:

   1. The Motion to Dismiss is granted. The Complaint is dismissed in its entirety with prejudice with respect to Defendant Nehal Modi, and he is therefore dismissed with prejudice from this Adversary Proceeding.

2. Any objections to the Motion to Dismiss that have not been withdrawn are overruled.

3. This Court shall retain jurisdiction to hear and determine all matters arising from, in connection with, or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2020
      New York, New York

_____
THE HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE