Beth L. Kaufman
Patricia C. O'Prey
SCHOEMAN UPDIKE KAUFMAN & GERBER LLP
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
*Attorneys for Defendants Central Park Real Estate LLC and*
*Central Park South 50 Properties LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br>Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>Jointly Administered |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, Inc., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMI JAVERI (A/K/A AMI MODI); ET AL,<br><br>Defendants. | Adv. Proc. No. 20-01054 (SHL)<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that, on September 15, 2020, I caused to be served, upon all counsel of record via ECF filing, a true and correct copy of the following papers constituting the motion to dismiss the complaint of defendants Central Park Real Estate LLC and Central Park South 50 Properties LLC: Notice of Motion, Declaration of Beth L. Kaufman in Support of Motion to Dismiss, Memorandum of Law in Support of the Motion to Dismiss of Defendants Central Park Real Estate LLC and Central Park South 50 Properties LLC, all dated September 15, 2020, and a Proposed Order.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2020

_____
Beth L. Kaufman