UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |

| | |
|---|---|
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| Plaintiff, | **APPEARANCE OF COUNSEL** |
| vs. | |
| AMI JAVERI (A/K/A AMI MODI), et al., | |
| Defendants. | |

-----------------------------------------------------------------X

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant Neeshal Modi.

September 15, 2020

                        PAYKIN KRIEG & ADAMS, LLP

                        By: *s/ Benjamin Suess*
                           Benjamin Suess
                           2500 Westchester Avenue, Suite 107
                           Purchase, New York 10557
                           (o) (212) 725-4423
                           (m) (917) 400-2984
                           bsuess@pka-law.com

                        *Attorneys for Defendant Neeshal Modi*