UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-1054 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Mauro M. Wolfe hereby appears as counsel for Defendant Purvi Mehta a/k/a Purvi Modi.

Dated: New York, New York
September 23, 2020

                                             DUANE MORRIS LLP

                                      By: /s/ Mauro M. Wolfe
                                             Mauro M. Wolfe, Esq.
                                             1540 Broadway
                                             New York, NY 10036
                                             Tel: (212) 692-1017
                                             Fax: (212) 208-6861
                                             Email: MMWolfe@duanemorris.com
                                             *Attorneys for Defendant Purvi Mehta*