UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |
| | |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| AMI JAVERI (A/K/A AMI MODI), et al., | |
| Defendants. | |

-----------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff, Richard Levin, Chapter 11 Trustee of Firestar Diamond, Inc. Fantasy, Inc., and Old AJ, Inc., f/k/a A. Jaffe, Inc. (the "Trustee"), and for defendant Neeshal Modi that the time for defendant Neeshal Modi to answer, move, or otherwise respond to the complaint may be extended to and including October 15, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and defendant Neeshal Modi expressly reserves, any and all defenses.

*[continued on following page]*

1

September 15, 2020

| | |
|---|---|
| JENNER & BLOCK LLP | PAYKIN KRIEG & ADAMS, LLP |
| By:  /s/ Vincent E. Lazar  <br>     Vincent E. Lazar <br> Angela M. Allen (admitted pro hac vice) <br> William A. Williams (admitted pro hac vice) <br> 353 North Clark Street <br> Chicago, Illinois 60654 <br> (312) 222-9350 <br> vlazar@jenner.com <br> aallen@jenner.com <br><br> Carl N. Wedoff <br> 919 Third Avenue <br> New York, New York 10022 <br> (212) 891-1600 <br> cwedoff@jenner.com <br><br> *Counsel for the Chapter 11 Trustee* | By:  *s/ Benjamin Suess*  <br>     Benjamin Suess <br> 2500 Westchester Avenue, Suite 107 <br> Purchase, New York 10557 <br> (o) (212) 725-4423 <br> (m)(917) 400-2984 <br> bsuess@pka-law.com <br><br> *Attorney for Defendant Neeshal Modi* |

SO ORDERED:

Dated: October 2, 2020

***/s/ Sean H. Lane***
United States Bankruptcy Judge