**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING SCHEDULING OF BRIEFING**

Richard Levin, not individually but solely as chapter 11 trustee (the "Trustee") for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding; Ami Javeri (a/k/a Ami Modi); Purvi Mehta (a/k/a Purvi Modi); Nehal Modi; Neeshal Modi; Central Park Real Estate, LLC; and Central Park South 50 Properties, LLC (together Ms. Javeri, Ms. Mehta, Mr.

Nehal Modi, Mr. Neeshal Modi, Central Park Real Estate, LLC and Central Park South 50 Properties, LLC are referred to hereinafter as the "**Stipulating Defendants**") each through their undersigned counsel, hereby agree and stipulate that the Trustee's deadline to file any opposition(s) to any motions to dismiss the Complaint [Adv. Dkt. 1] filed by the Stipulating Defendants may be extended to December 4, 2020, and the Stipulating Defendants' deadline to file any replies in support of their motions to dismiss may be extended to January 22, 2021.

(*Signature page follows*)

**AGREED AND STIPULATED TO:**

Dated: Chicago, Illinois,
      September 23, 2020

**RICHARD LEVIN**, Not Individually But Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.

By His Counsel,
JENNER & BLOCK LLP

*/s/  Vincent E. Lazar*
Vincent E. Lazar
353 N. Clark St.
Chicago, Illinois 60654
(312) 222-9350
vlazar@jenner.com

Dated: New York, New York,
      September 23, 2020

**PURVI MEHTA**

By Her Counsel,
DUANE MORRIS LLP

*/s/ Frederick D. Hyman*
Frederick D. Hyman
1540 Broadway
New York, NY 10036-4086
(212) 692-1063
rhyman@duanemorris.com

Dated: New York, New York,
      September 23, 2020

**NEESHAL MODI**

By His Counsel.
PAYKIN KRIEG & ADAMS, LLP

*/s/ Benjamin Suess*
Benjamin Suess
2500 Westchester Ave., Ste 107
Purchase, NY 10577
(917) 400-2984
bsuess@pka-law.com

Dated: New York, New York,
      September 23, 2020

**AMI JAVERI AND NEHAL MODI**

By Their Counsel,
ROGER J. BERNSTEIN

*/s/ Roger J. Bernstein*
Roger J. Bernstein
535 Fifth Avenue, 35th Floor
New York, NY 10017
(212) 748-4800
rbernstein@rjblaw.com

Dated: New York, New York,
      September 23, 2020

**CENTRAL PARK REAL ESTATE, LLC AND CENTRAL PARK SOUTH 50 PROPERTIES, LLC**

By Their Counsel.

SCHOEMAN UPDIKE KAUFMAN & GERBER LLP

*/s/ Beth L. Kaufman*
Beth L. Kaufman
Patricia O'Prey
551 Fifth Avenue
New York, New York 10176
(212) 661-5030
bkaufman@schoeman.com
poprey@schoeman.com

3

IT IS SO ORDERED.

Dated:  October 2, 2020
       New York, New York

                                              ***/s/ Sean H. Lane***
                                              The Honorable Sean H. Lane
                                              United States Bankruptcy Judge.