UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |

---

| | |
|---|---|
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| Plaintiff, | **NOTICE OF MOTION** |
| vs. | **ORAL ARGUMENT REQUESTED** |
| AMI JAVERI (A/K/A AMI MODI), et al., | |
| Defendants. | |

------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of defendant Neeshal Modi and memorandum of law dated October 15, 2020, defendant Neeshal Modi shall move this Court, before the Hon. Sean H. Lane, United States Bankruptcy Judge, at the United States Courthouse, One Bowling Green, New York, New York 10004, on a date and at a time to be set by the Court, for an Order substantially in the form provided herewith dismissing the Complaint with prejudice pursuant to Rule 7012 of the Federal Rules of Bankruptcy Procedure and Rules 12(b)(1), (2) and (6) of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just and necessary.

1

Dated: September 15, 2020

                                          PAYKIN KRIEG & ADAMS, LLP

                                        By:  *s/ Benjamin Suess*
                                               Benjamin Suess
                                        2500 Westchester Avenue, Suite 107
                                        Purchase, New York 10557
                                        (o) (212) 725-4423
                                        (m)(917) 400-2984
                                        bsuess@pka-law.com

                                        *Attorney for Defendant Neeshal Modi*