UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, Inc., et al., | No. 18-10509(SHL) |
| Debtors, | (Jointly Administered) |

---

| | |
|---|---|
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-01054(SHL) |
| Plaintiff, | |
| vs. | |
| AMI JAVERI (A/K/A AMI MODI), et al., | |
| Defendants. | |

-----------------------------------------------------------------X

### [PROPOSED] ORDER GRANTING DEFENDANT NEESHAL MODI'S MOTION TO DISMISS THE COMPLAINT

Upon the motion of defendant Neeshal Modi for entry of an Order dismissing the Complaint dated October 15, 2020, Dkt. ____ ("Motion to Dismiss"), and upon the Declaration of Neeshal Modi and accompanying memorandum of law dated October 15, 2020, Dkt. ___ and ____, and the Court having considered the Motion to Dismiss and reviewed the memorandum of law and all objections thereto and responses in further support thereof, as well as any argument presented at the hearing, and the Court holding after due deliberation: (i) that it has jurisdiction to consider and enter an Order granting the Motion to Dismiss; (ii) that notice of the Motion to Dismiss was sufficient under the circumstances; and (iii) that good cause exists for the granting of the relief requested in the Motion to Dismiss,

1

IT IS HEREBY ORDERED THAT:

1. The Motion to Dismiss is granted. The Complaint is dismissed in its entirety with prejudice with respect to defendant Neeshal Modi and he his therefore dismissed with prejudice from this Adversary Proceeding.

2. Any objections to the Motion to Dismiss that have not been withdrawn are overruled.

3. This Court shall retain jurisdiction to hear and determine all matters arising from, in connection with, or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 20___
       New York, New York

                                            _____
                                            THE HONORABLE SEAN H. LANE
                                            UNITED STATES BANKRUPTCY JUDGE