**Neeshal Deepak Modi**

4, Grosvenor House, Pedder Road, Mumbai - 400026

Date-15th December, 2015

To
Nirav Family Trust,
15-B, Nagaindas Mansion,
4th Floor, J.S.S. Road,
Mumbai – 400 004

Dear Sir,

Sub: Resignation from Trust as a Trustee and Beneficiary.

Due to my pre occupation I will not be able to continue as a Trustee and Beneficiary of **NIRAV FAMILY TRUST**.

Kindly accept my resignation with immediate effect and oblige.

I thank you for your co-operation during my tenure in the office as a Trustee and Beneficiary of **NIRAV FAMILY TRUST**.

Thanking You,

Yours sincerely,

*(signed)*

Neeshal Deepak Modi

Accepted

*(signed)*

Nirav Deepak Modi

Trustee : Nirav Family Trust

# NIRAV FAMILY TRUST

Add: 15, NagindasMansion, J.S.S. Road, Opera House, Mumbai – 400 004

Certified Trust Copy of the Resolution of Trustees meeting of the NIRAV FAMILY TRUST held on December, 15, 2015.

### Change in the beneficiaries

"RESOLVED THAT Mr. Neeshal Deepak Modi, one of the beneficiary of the trust, be and is hereby removed from the list of beneficiaries with immediate effect such that he shall not be entitled to receive the income or fund of the trust"

RESOLVED FURTHER THAT all the trustees of the trust are jointly or severally be hereby severally authorized to do all the acts, deeds and things to give effect to this resolution."

CERTIFIED TRUE COPY
NIRAV FAMILY TRUST

| Name of Trustees | Signature |
|---|---|
| 1) Nirav Deepak Modi | *(signed)* |
| 2) Ami Nirav Modi | *(signed)* |

**Neeshal Deepak Modi**

4, Grosvenor House, Pedder Road, Mumbai - 400026

Date-15th December, 2015

To
Nirav Modi Family Trust,
15-B, Nagaindas Mansion,
4th Floor, J.S.S. Road,
Mumbai – 400 004

Dear Sir,

**Sub: Resignation from Trust as a Trustee and Beneficiary.**

Due to my pre occupation I will not be able to continue as a Trustee and Beneficiary of **NIRAV MODI FAMILY TRUST**.

Kindly accept my resignation with immediate effect and oblige.

I thank you for your co-operation during my tenure in the office as a Trustee and Beneficiary of **NIRAV MODI FAMILY TRUST**.

Thanking You,

Yours sincerely,

*[signature]*

Neeshal Deepak Modi


Accepted

*[signature]*

Nirav Deepak Modi

Trustee : Nirav Modi Family Trust

# NIRAV MODI FAMILY TRUST

Add: 15, NagindasMansion, J.S.S. Road, Opera House, Mumbai – 400 004

---

Certified Trust Copy of the Resolution of Trustees meeting of the NIRAV MODI FAMILY TRUST held on December, 15, 2015.

---

**Removal of the beneficiary**

"RESOLVED THAT Mr. Neeshal Deepak Modi, one of the beneficiary of the trust, be and is hereby removed from the list of beneficiaries with immediate effect such that he shall not be entitled to receive the income or fund of the trust"

RESOLVED FURTHER THAT all the trustees of the trust are jointly or severally be hereby severally authorized to do all the acts, deeds and things to give effect to this resolution."

CERTIFIED TRUE COPY
NIRAV MODI FAMILY TRUST

| Name of Trustees | Signature |
|---|---|
| 1) Nirav Deepak Modi | *(signed)* |
| 2) Ami Nirav Modi | *(signed)* |