**From:** Francine Wachsstock <Francine.Wachsstock@wslaw.be>
**Date:** 27 August 2018 at 14:05:02 GMT+2
**To:** Neeshal Modi <Neeshal@ind.be>
**Cc:** Philippe Scharf <Philippe.Scharf@wslaw.be>
**Subject: RESEND : Investigation in RCBSM2018E00001**


Francine Wachsstock



Van Bréestraat 20 | 2018 Antwerpen | België
tel: +32 (0)3 232 15 08
fax: +32 (0)3 232 35 75
e-mail: francine.wachsstock@wslaw.be | philippe.scharf@wslaw.be

www.wslaw.be

This E-Mail and any of the attachments thereto contain information which is confidential and/or protected by intellectual property rights and are intended for the sole use of the recipient(s) named above. Any use of the mentioned information including, but not limited to total or partial reproduction, communication or distribution in any form by persons other than the designates recipient(s) is prohibited. If addressing or transmission error has misdirected this E-Mail, please notify the sender and delete the material from any computer. The sender cannot be held responsible for a complete, correct and virusless transmission of this message, nor for an eventual transmission delay.


**Van:** Neeshal Modi <Neeshal@firestardiamond.be>
**Verzonden:** maandag 19 februari 2018 17:34
**Aan:** Francine Wachsstock <Francine.Wachsstock@wslaw.be>; Philippe Scharf
<Philippe.Scharf@wslaw.be>
**Onderwerp:** FW: Investigation in RCBSM2018E00001

Response to CBI

**From:** Neeshal Modi
**Sent:** 19 February 2018 17:31
**To:** 'damodaran@cbi.gov.in'
**Subject:** RE: Investigation in RCBSM2018E00001

Dear Sir,

I received your email on date of 19 February 2018 at 2.02pm Belgian time (as I am in Belgium) in connection with the case registered in which you require my attendance on 20 February 2018 at 11.30am.

I am a citizen of Belgium, born in Belgium, and residing in Belgium, with permanent address 44 Eekhoornlaan, 2610 Wilrijk-Antwerpen.

I have been reading about this case in the media.

Presently I have no plans to leave Belgium.

I am not connected at all since 2015 in the business of the case which is under investigation, and was moreover never involved with that business.

At the time when I withdrew myself from the "partnership" of the business of the 3 firms, there were no liabilities payable by those three firms to any bank. The said position is revealed from the records of the 3 firms.

In view thereof, I have no knowledge about the three firms for more than two years.  In any event I have been advised by my lawyers in Belgium and in India, should you require any clarification in connection to the said case, I am willing and ready to answer a questionnaire to the best of my knowledge.

I have to further inform you that I am not a signatory to any document in connection with any LOU's obtained by the said three firms.

I was not an authorized signatory of any of the bank accounts obtained by the three firms.

I have not derived personally or otherwise any financial benefit in respect of said LOU's.

I further say that I have not participated in the operations of said three firms at any time.

I have further been advised that in the event that any of the officers of the CBI would like to question me on the present case on videoconference I am willing and ready to present myself for the said purpose from Belgium.

Should any officer of the CBI desire to question me personally in Belgium I am ready and willing to present myself for such purpose.

I further state that in the event you require any documents that would be in my possession in the event such documents are listed by you, I am ready and willing to release the same through my advocate Mr. Satish Maneshinde, 304, 3rd floor, Ceejay House, Dr. annie Besant Road, Worli, Mumbai 400018. tel +912224934488; satishmaneshinde@yahoo.co.in .

Kind regards,

Neeshal Modi


**From:** damodaran@cbi.gov.in [mailto:damodaran@cbi.gov.in]
**Sent:** 19 February 2018 14:03
**To:** Neeshal Modi
**Subject:** Investigation in RCBSM2018E00001