# Notice Recipients

District/Off: 0208−1  User:  Date Created: 12/23/2020
Case: 20−01054−shl  Form ID: clkdflt  Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft   Auragem Company Ltd.   Units 1405−1406, Dominion Centre   43−59 Queen's Road East   Wan Chai, Hong Kong HONG KONG, SAR

TOTAL: 1