# Notice Recipients

District/Off: 0208−1        User:                       Date Created: 12/23/2020
Case: 20−01054−shl          Form ID: clkdflt            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft        Brilliant Diamonds Ltd.     22/F, Citic Tower     1 Tim Mei Avenue     Central, Hong Kong HONG KONG, SAR

TOTAL: 1