# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: | Date Created: 12/23/2020 |
| Case: 20−01054−shl | Form ID: clkdflt | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft    Eternal Diamonds Corporation Ltd.    Units 1405−1406, Dominion Centre    43−59 Queen's Road East    Wan Chai, Hong Kong HONG KONG, SAR

TOTAL: 1