# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Firestar Diamond, Inc. and Fantasy, Inc.           Bankruptcy Case No.: 18–10509–shl

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.

                              Plaintiff(s),

–against–           Adversary Proceeding No. 20–01054–shl

Ami Javeri A/K/A Ami Modi  
Purvi Mehta A/K/A Purvi Modi  
Nehal Modi  
Neeshal Modi  
Central Park Real Estate, LLC  
Central Park South 50 Properties, LLC  
Trident Trust Company (South Dakota) Inc. solely as Trustee of the Ithaca Trust  
Twin Fields Investments Ltd.  
Auragem Company Ltd.  
Brilliant Diamonds Ltd.  
Eternal Diamonds Corporation Ltd.  
Fancy Creations Company Ltd.  
Hamilton Precious Traders Ltd.  
Sino Traders Ltd.  
Sunshine Gems Ltd.  
Unique Diamond and Jewellery FZC  
World Diamond Distribution FZE  
Vista Jewelry FZE  
Empire Gems FZE  
Universal Fine Jewelry FZE  
Diagems FZC  
Tri Color Gems FZE  
Pacific Diamonds FZE  
Himalayan Traders FZE  
Unity Trading FZE  
Fine Classic FZE  
DG Brothers FZE  

                              Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Sino Traders Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20                                                 Vito Genna

*Clerk of the Court*

By: /s/  Mary Lopez

*Deputy Clerk*