# Notice Recipients

District/Off: 0208−1         User:                        Date Created: 12/23/2020
Case: 20−01054−shl           Form ID: clkdflt             Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft         Sino Traders Ltd.         Unit 201, 2nd Floor, Tesbury Centre         28 Queen's Road East         Wan Chai, Hong Kong
            HONG KONG, SAR

                                                                                              TOTAL: 1