# Notice Recipients

District/Off: 0208−1              User:                         Date Created: 12/23/2020
Case: 20−01054−shl                Form ID: clkdflt              Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft         Sunshine Gems Ltd.         22/F, Citic Tower         1 Tim Mei Avenue         Central, Hong Kong HONG KONG, SAR

TOTAL: 1