# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: Firestar Diamond, Inc. and Fantasy, Inc. | Bankruptcy Case No.: 18–10509–shl |
| Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.<br><br>Plaintiff(s), | |
| –against– | Adversary Proceeding No. 20–01054–shl |
| Ami Javeri A/K/A Ami Modi<br>Purvi Mehta A/K/A Purvi Modi<br>Nehal Modi<br>Neeshal Modi<br>Central Park Real Estate, LLC<br>Central Park South 50 Properties, LLC<br>Trident Trust Company (South Dakota) Inc. solely as Trustee of the Ithaca Trust<br>Twin Fields Investments Ltd.<br>Auragem Company Ltd.<br>Brilliant Diamonds Ltd.<br>Eternal Diamonds Corporation Ltd.<br>Fancy Creations Company Ltd.<br>Hamilton Precious Traders Ltd.<br>Sino Traders Ltd.<br>Sunshine Gems Ltd.<br>Unique Diamond and Jewellery FZC<br>World Diamond Distribution FZE<br>Vista Jewelry FZE<br>Empire Gems FZE<br>Universal Fine Jewelry FZE<br>Diagems FZC<br>Tri Color Gems FZE<br>Pacific Diamonds FZE<br>Himalayan Traders FZE<br>Unity Trading FZE<br>Fine Classic FZE<br>DG Brothers FZE<br><br>Defendant(s) | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Twin Fields Investments Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20                                                                                                       Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*