# Notice Recipients

District/Off: 0208−1            User:                        Date Created: 12/23/2020
Case: 20−01054−shl              Form ID: clkdflt             Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft         Twin Fields Investments Ltd.        Attn: Officer or General /Managing Agent        40 E. Division
            Street        Apartment #A        Dover, DE 19901

TOTAL: 1