**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

| | |
|---|---|
| In re: Firestar Diamond, Inc. and Fantasy, Inc. | Bankruptcy Case No.: 18−10509−shl |
| Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc. | |
| Plaintiff(s), | |
| −against− | Adversary Proceeding No. 20−01054−shl |
| Ami JaveriA/K/A Ami Modi
Purvi MehtaA/K/A Purvi Modi
Nehal Modi
Neeshal Modi
Central Park Real Estate, LLC
Central Park South 50 Properties, LLC
Trident Trust Company (South Dakota) Inc.solely as Trustee of the Ithaca Trust
Twin Fields Investments Ltd.
Auragem Company Ltd.
Brilliant Diamonds Ltd.
Eternal Diamonds Corporation Ltd.
Fancy Creations Company Ltd.
Hamilton Precious Traders Ltd.
Sino Traders Ltd.
Sunshine Gems Ltd.
Unique Diamond and Jewellery FZC
World Diamond Distribution FZE
Vista Jewelry FZE
Empire Gems FZE
Universal Fine Jewelry FZE
Diagems FZC
Tri Color Gems FZE
Pacific Diamonds FZE
Himalayan Traders FZE
Unity Trading FZE
Fine Classic FZE
DG Brothers FZE | |
| Defendant(s) | |

**ENTRY OF DEFAULT**

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Eternal Diamonds Corporation Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20                                                                                                                    Vito Genna

*Clerk of the Court*

By: /s/  Mary Lopez

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Levin,
 Plaintiff

Javeri,
 Defendant

Adv. Proc. No. 20-01054-shl

# CERTIFICATE OF NOTICE

District/off: 0208-1  User:  Page 1 of 2
Date Rcvd: Dec 23, 2020  Form ID: clkdflt  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | Eternal Diamonds Corporation Ltd., Units 1405-1406, Dominion Centre, 43-59 Queen's Road East, Wan Chai, Hong Kong, HONG KONG, SAR |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela M Allen | on behalf of Plaintiff Richard Levin aallen@jenner.com |
| Benjamin Suess | on behalf of Defendant Neeshal Modi bsuess@pka-law.com |
| Beth L. Kaufman | on behalf of Defendant Central Park South 50 Properties LLC ksaletto@schoeman.com |
| Beth L. Kaufman | on behalf of Defendant Central Park Real Estate LLC ksaletto@schoeman.com |
| Carl N Wedoff | on behalf of Plaintiff Richard Levin cwedoff@jenner.com wwilliams@jenner.com;aallen@jenner.com;tyler-edwards-8024@ecf.pacerpro.com |
| Evangelos Michailidis | on behalf of Defendant Purvi Mehta emichailidis@duanemorris.com AutoDocketNY@duanemorris.com |
| Frederick D. Hyman | |

| District/off: 0208-1 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: clkdflt | Total Noticed: 1 |

on behalf of Defendant Purvi Mehta RHyman@duanemorris.com  AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

Marc Rowin
on behalf of Defendant Trident Trust Company (South Dakota) Inc. mrowin@lynchrowin.com

Marc B. Hankin
on behalf of Plaintiff Richard Levin mhankin@jenner.com
docketing@jenner.com;aallen@jenner.com;NTaykhman@jenner.com;okeiter@jenner.com

Mauro Wolfe
on behalf of Defendant Purvi Mehta mmwolfe@duanemorris.com  nydocket@duanemorris.com

Patricia O'Prey
on behalf of Defendant Central Park Real Estate  LLC poprey@schoeman.com

Patricia O'Prey
on behalf of Defendant Central Park South 50 Properties  LLC poprey@schoeman.com

Richard B. Levin
on behalf of Plaintiff Richard Levin rlevin@jenner.com

Roger J Bernstein
on behalf of Defendant Ami Javeri rjblaw@gmail.com  rjblaw@gmail.com

Roger J Bernstein
on behalf of Defendant Nehal Modi rjblaw@gmail.com  rjblaw@gmail.com

Sarah Fehm Stewart
on behalf of Defendant Purvi Mehta sfstewart@duanemorris.com

Vincent Edward Lazar
on behalf of Plaintiff Richard Levin vlazar@jenner.com

TOTAL: 17