# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Firestar Diamond, Inc. and Fantasy, Inc.  
Bankruptcy Case No.: 18−10509−shl

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.

Plaintiff(s),

−against−

Adversary Proceeding No. 20−01054−shl

Ami Javeri A/K/A Ami Modi  
Purvi Mehta A/K/A Purvi Modi  
Nehal Modi  
Neeshal Modi  
Central Park Real Estate, LLC  
Central Park South 50 Properties, LLC  
Trident Trust Company (South Dakota) Inc. solely as Trustee of the Ithaca Trust  
Twin Fields Investments Ltd.  
Auragem Company Ltd.  
Brilliant Diamonds Ltd.  
Eternal Diamonds Corporation Ltd.  
Fancy Creations Company Ltd.  
Hamilton Precious Traders Ltd.  
Sino Traders Ltd.  
Sunshine Gems Ltd.  
Unique Diamond and Jewellery FZC  
World Diamond Distribution FZE  
Vista Jewelry FZE  
Empire Gems FZE  
Universal Fine Jewelry FZE  
Diagems FZC  
Tri Color Gems FZE  
Pacific Diamonds FZE  
Himalayan Traders FZE  
Unity Trading FZE  
Fine Classic FZE  
DG Brothers FZE

Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Sunshine Gems Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20                                                                                                    Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*

United States Bankruptcy Court

Southern District of New York

Levin,
    Plaintiff

Javeri,
    Defendant

Adv. Proc. No. 20-01054-shl

# CERTIFICATE OF NOTICE

District/off: 0208-1     User:     Page 1 of 2
Date Rcvd: Dec 23, 2020     Form ID: clkdflt     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | Sunshine Gems Ltd., 22/F, Citic Tower, 1 Tim Mei Avenue, Central, Hong Kong, HONG KONG, SAR |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2020     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

**Name**     **Email Address**

Angela M Allen
    on behalf of Plaintiff Richard Levin aallen@jenner.com

Benjamin Suess
    on behalf of Defendant Neeshal Modi bsuess@pka-law.com

Beth L. Kaufman
    on behalf of Defendant Central Park South 50 Properties  LLC ksaletto@schoeman.com

Beth L. Kaufman
    on behalf of Defendant Central Park Real Estate  LLC ksaletto@schoeman.com

Carl N Wedoff
    on behalf of Plaintiff Richard Levin cwedoff@jenner.com
    wwilliams@jenner.com;aallen@jenner.com;tyler-edwards-8024@ecf.pacerpro.com

Evangelos Michailidis
    on behalf of Defendant Purvi Mehta emichailidis@duanemorris.com  AutoDocketNY@duanemorris.com

Frederick D. Hyman
    on behalf of Defendant Purvi Mehta RHyman@duanemorris.com  AutoDocketNY@duanemorris.com;JWittlin@duanemorris.com

20-01054-shl    Doc 72    Filed 12/25/20    Entered 12/26/20 00:18:27    Imaged
Certificate of Notice    Pg 4 of 4

| District/off: 0208-1 | User: | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: clkdflt | Total Noticed: 1 |

Marc Rowin
    on behalf of Defendant Trident Trust Company (South Dakota) Inc. mrowin@lynchrowin.com

Marc B. Hankin
    on behalf of Plaintiff Richard Levin mhankin@jenner.com
    docketing@jenner.com;aallen@jenner.com;NTaykhman@jenner.com;okeiter@jenner.com

Mauro Wolfe
    on behalf of Defendant Purvi Mehta mmwolfe@duanemorris.com nydocket@duanemorris.com

Patricia O'Prey
    on behalf of Defendant Central Park Real Estate  LLC poprey@schoeman.com

Patricia O'Prey
    on behalf of Defendant Central Park South 50 Properties  LLC poprey@schoeman.com

Richard B. Levin
    on behalf of Plaintiff Richard Levin rlevin@jenner.com

Roger J Bernstein
    on behalf of Defendant Ami Javeri rjblaw@gmail.com  rjblaw@gmail.com

Roger J Bernstein
    on behalf of Defendant Nehal Modi rjblaw@gmail.com  rjblaw@gmail.com

Sarah Fehm Stewart
    on behalf of Defendant Purvi Mehta sfstewart@duanemorris.com

Vincent Edward Lazar
    on behalf of Plaintiff Richard Levin vlazar@jenner.com

TOTAL: 17