**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

## STIPULATION AND ORDER REGARDING SCHEDULING OF BRIEFING

Richard Levin, not individually but solely as chapter 11 trustee for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, and Purvi Mehta, each through their undersigned counsel, hereby agree and stipulate that Ms. Mehta's deadline to file a reply to her motion to dismiss the Complaint [Adv. Dkt. 38] is March 26, 2021.

**AGREED AND STIPULATED TO:**

Dated: Chicago, Illinois,
          January 12, 2021

RICHARD LEVIN,
Not Individually But Solely in His Capacity as
Chapter 11 Trustee of FIRESTAR DIAMOND,
INC., FANTASY, INC., and OLD AJ, INC.
f/k/a A. JAFFE, INC.

By His Counsel,
JENNER & BLOCK LLP
By:

*/s/  Angela M. Allen*
Angela M. Allen
353 N. Clark St.
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

Dated: New York, New York,
          January 12, 2021

PURVI MEHTA

By Her Counsel,
DUANE MORRIS LLP

By:

*/s/   Frederick D. Hyman*
Frederick D. Hyman
1540 Broadway
New York, NY 10036-4086
(212) 692-1063
rhyman@duanemorris.com

IT IS SO ORDERED.

Dated:  January 15, 2021
          New York, New York

**/s/ Sean H. Lane**
The Honorable Sean H. Lane
United States Bankruptcy Judge.