Presentment Date and Time: January 29, 2021
Objection Date and Time: January 22, 2021 at 5:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: To be scheduled if an Objection is filed

**DUFFYAMEDEO LLP**
275 Seventh Avenue, 7th Floor
New York, NY 10001
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Counsel to Central Park Real Estate LLC and*
*Central Park South 50 Properties LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                          :    Case No. 18-10509 (SHL)
                                                               :
FIRESTAR DIAMOND, INC., et al                                  :    Jointly Administered
                                                               :
                              Debtors.                         :
_____x
RICHARD LEVIN, Chapter 11 Trustee of:                          :
FIRESTAR DIAMOND, INC., FANTASY INC,                           :
And OLD AJ, INC. f/k/a A. JAFFE, INC.:                         :    Adv. Proc. No. 20-01054
(SHL)                                                          :
                                                               :
                              Plaintiff,                       :
v.                                                             :
                                                               :
AMI JAVERI (A/K/A AMI MODI), et al                             :
                                                               :
_____

**NOTICE OF PRESENTMENT OF CONSENT MOTION FOR
SUBSTITUTION OF COUNSEL FOR CENTRAL PARK REAL ESTATE
LLC AND CENTRAL PARK SOUTH 50 PROPERTIES LLC**

**PLEASE TAKE NOTICE** that DuffyAmedeo LLP ("DuffyAmedeo") will present the annexed Consent Motion for Substitution of Counsel for Central Park Real Estate LLC and Central Park South 50 Properties LLC (the "Motion") and proposed order (the "Proposed Order") to the Honorable Sean H. Lane, United States Bankruptcy Judge, for signature on January 29, 2021.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Motion and the Proposed Order is served and filed with the Clerk of the Court so as to be received by January 22, 2021 at 5:00 p.m. (Prevailing Eastern Time), there will not be a hearing and the Proposed Order may be signed. If a written objection is timely served and filed, a hearing (the "Hearing") will be held to consider the Motion and the Proposed Order at a date and time to be determined before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 701, One Bowling Green, New York, New York 10004. Objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: January 15, 2021
    New York, New York                           **DUFFYAMEDEO LLP**

                                                        By:  /s/ Todd E. Duffy
                                                              Todd E. Duffy
                                                              Douglas A. Amedeo

                                                         275 Seventh Avenue, 7th Floor
                                                         New York, NY 10001
                                                         Tel:  (212) 729-5832

Fax: (212) 208-2437

Counsel to Central Park Real Estate LLC and Central Park South 50 Properties LLC

Presentment Date and Time: January 29, 2021
Objection Date and Time: January 22, 2021 at 5:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: To be scheduled if an Objection is filed

**DUFFYAMEDEO LLP**
**275 Seventh Avenue, 7th Floor**
**New York, NY 10001**
**Tel: (212) 729-5832**
**Todd E. Duffy**
**Douglas A. Amedeo**
*Counsel to Central Park Real Estate LLC and*
*Central Park South 50 Properties LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                    :   Case No. 18-10509 (SHL)
In re                                               :
                                                    :
FIRESTAR DIAMOND, INC., et al    :                      Jointly Administered
                                                    :
            Debtors.              :
_____x
RICHARD LEVIN, Chapter 11 Trustee of: :
FIRESTAR DIAMOND, INC., FANTASY INC, :
And OLD AJ, INC. f/k/a A. JAFFE, INC.: :   Adv. Proc. No. 20-01054
(SHL)                                               :
                                                    :
            Plaintiff,            :
v.                                                  :
                                                    :
AMI JAVERI (A/K/A AMI MODI), et al  :
                                                    :
_____

## CONSENT MOTION FOR SUBSTITUTION OF COUNSEL FOR CENTRAL PARK REAL ESTATE LLC AND CENTRAL PARK SOUTH 50 PROPERTIES LLC

Pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern District of New York (the "Local Rules"), DuffyAmedeo LLP ("DuffyAmedeo") respectfully seeks to be substituted for and to replace Schoeman Updike Kaufman & Gerber LLP ("Schoeman Updike") as counsel for Central Park Real Estate LLC and Central Park South 50 Properties LLC (the "Clients") in the above-captioned adversary proceeding and states as follows:

1.  The Clients have requested and consent to the substitution of DuffyAmedeo, for Schoeman Updike, as its counsel and counsel of record in the above-captioned adversary proceeding.

2.  DuffyAmedeo and Schoeman Updike consent to the substitution as described in Paragraph 1.

3.  Schoeman Updike reserves all rights to seek recovery from the Clients for all unpaid fees and costs.

4.  Based upon the foregoing, good cause exists to permit DuffyAmedeo to substitute for Schoeman Updike as counsel of record under Local Rule 2090-1 (e).

WHEREFORE, DuffyAmedeo respectfully requests that the Court enter an order in the form attached hereto as **Exhibit A**.

Dated: January 15, 2021
      New York, New York

**DUFFYAMEDEO LLP**

By: /s/ Todd E. Duffy
    Todd E. Duffy
    Douglas A. Amedeo

275 Seventh Avenue, 7th Floor
New York, NY 10001
Tel: (212) 729-5832
Fax: (212) 208-2437

Counsel to Central Park Real Estate LLC and Central Park South 50 Properties LLC

CONSENTED TO:

**SCHOEMAN UPDIKE KAUFMAN & GERBER LLP**

By: /s/ Beth L. Kaufman

Beth L. Kaufman
551 Fifth Avenue
New York, New York 10176
Telephone: (212) 661-5030

Retiring Counsel to Central Park Real Estate LLC and Central Park South 50 Properties LLC

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
                                                                           :    Case No. 18-10509 (SHL)
In re                                                                   :
                                                                           :
FIRESTAR DIAMOND, INC., et al          :           Jointly Administered
                                                                           :
                    Debtors.                              :
_____x
RICHARD LEVIN, Chapter 11 Trustee of:    :
FIRESTAR DIAMOND, INC., FANTASY INC, :
And OLD AJ, INC. f/k/a A. JAFFE, INC.:       :    Adv. Proc. No. 20-01054
(SHL)                                                             :
                                                                           :
                              Plaintiff,                   :
v.                                                                    :
                                                                           :
AMI JAVERI (A/K/A AMI MODI), et al         :
                                                                           :
_____

# ORDER GRANTING CONSENT MOTION FOR SUBSTITUTION OF COUNSEL FOR CENTRAL PARK REAL ESTATE LLC AND CENTRAL PARK SOUTH 50 PROPERTIES LLC

Upon consideration of the Consent Motion for Substitution of Counsel for Central Park Real Estate LLC and Central Park South 50 Properties LLC (the "Motion") filed by DuffyAmedeo LLP pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern District of New York; and due and proper notice of the Motion having been provided; and no objection having been filed by the objection deadline; and after due deliberation and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted to the extent set forth herein; and it is further

**ORDERED,** that Duffy Amedeo LLP shall be substituted as of the date hereof in the place and stead of Schoeman Updike Kaufman & Gerber LLP as counsel of record for Central Park Real Estate LLC and Central Park South 50 Properties LLC in the above-captioned adversary proceeding; and it is further

**ORDERED,** that this Court shall retain jurisdiction to determine all matters arising from or related to the implementation and/or interpretation of this order

Dated: January ___, 2021
      New York, New York

                                               _____
                                               HONORABLE SEAN H. LANE
                                               UNITED STATES BANKRUPTCY JUDGE