**DUFFYAMEDEO LLP**
**275 Seventh Avenue, 7th Floor**
**New York, NY 10001**
**Tel: (212) 729-5832**
**Todd E. Duffy**
**Douglas A. Amedeo**
*Counsel to Central Park Real Estate LLC and Central Park South 50 Properties LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Case No. 18-10509 (SHL) |
| FIRESTAR DIAMOND, INC., et al | : | Jointly Administered |
| Debtors. | : | |

------------------------------------------------------------x

| | | |
|---|---|---|
| RICHARD LEVIN, Chapter 11 Trustee of: FIRESTAR DIAMOND, INC., FANTASY INC, And OLD AJ, INC. f/k/a A. JAFFE, INC.: | : | Adv. Proc. No. 20-01054 (SHL) |
| Plaintiff, | : | |
| v. | : | |
| AMI JAVERI (A/K/A AMI MODI), et al | : | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the undersigned hereby appears as additional counsel on behalf of Central Park Real Estate LLC and Central Park South 50 Properties LLC and demands that all papers and pleadings be served upon the undersigned via the Court's ECF filing system only.

Dated: January 21, 2021
New York, New York

**DUFFYAMEDEO LLP**

By: /s/ Todd E. Duffy
Todd E. Duffy
Douglas A. Amedeo
275 Seventh Avenue, 7th Floor
New York, NY 10001
Tel:    (212) 729-5832
tduffy@duffyamedeo.com
damedeo@duffyamedeo.com

1