**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., <br><br> Plaintiff, <br> v. <br><br> AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, <br><br> Defendants. | Adv. Proc. No. 20-1054 |

**STIPULATION AND ORDER REGARDING SCHEDULING OF BRIEFING**

Richard Levin, not individually but solely as chapter 11 trustee (the "Trustee") for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding and defendant Neeshal Modi, each through their undersigned counsel, hereby agree and stipulate

that Neeshal Modi's deadline to file a reply to his motions to dismiss the Complaint [Adv. Dkt. 56] is February 26, 2020.

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| Dated: Chicago, Illinois,<br>January 5, 2021 | Dated: New York, New York,<br>January 5, 2021 |
| **RICHARD LEVIN**, Not Individually But Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.<br><br>By His Counsel,<br>JENNER & BLOCK LLP<br><br>*/s/ Angela M. Allen*<br>Angela M. Allen<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>(312) 222-9350<br>aallen@jenner.com | **NEESHAL MODI**<br><br>By His Counsel.<br><br>PAYKIN KRIEG & ADAMS, LLP<br><br>*/s/ Benjamin Suess*<br>Benjamin Suess<br>2500 Westchester Ave., Ste 107<br>Purchase, NY 10577<br>(917) 400-2984<br>bsuess@pka-law.com |

IT IS SO ORDERED.

Dated:  January 22, 2021
New York, New York

*/s/ Sean H. Lane*
United States Bankruptcy Judge.

2