**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

## STIPULATION AND ORDER REGARDING SCHEDULING OF REPLY BRIEF

Richard Levin, not individually but solely as chapter 11 trustee (the "Trustee") for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, and Central Park Real Estate LLC and Central Park South 50 Properties LLC (collectively, the "**Stipulating**

**Defendants**"), through their undersigned counsel, hereby agree and stipulate that the Stipulating

Defendants' deadline to file any reply memoranda in support of their motion to dismiss may be

extended to and including February 26, 2021.

**AGREED AND STIPULATED TO:**

Dated:  Chicago, Illinois,                                  Dated:  New York, New York,
       January 22, 2021                                          January 22, 2021

**RICHARD LEVIN**, Not Individually But Solely in        **Central Park Real Estate LLC and Central Park**
His Capacity as Chapter 11 Trustee of FIRESTAR          **South 50 Properties LLC**
DIAMOND, INC., FANTASY, INC., and OLD AJ,
INC. f/k/a A. JAFFE, INC.                               By Their Counsel,
                                                        DUFFYAMEDEO LLP
By His Counsel,
JENNER & BLOCK LLP                                      */s/ Douglas A. Amedeo*
                                                        Douglas A. Amedeo
*/s/  Angela M. Allen*                                  275 Seventh Avenue, 7th Floor
Angela M. Allen                                         New York, NY 10001
353 N. Clark St.                                        (212) 729-5831
Chicago, Illinois 60654                                 damedeo@duffyamedeo.com
(312) 222-9350
aallen@jenner.com                                       Dated:  New York, New York,
                                                               January 22, 2021
Dated:  Chicago, Illinois
       January 22, 2021

IT IS SO ORDERED.

Dated:  January 22, 2021
       New York, New York

                                                 ***/s/ Sean H. Lane***
                                                 The Honorable Sean H. Lane
                                               United States Bankruptcy Judge.