**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.*, | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING SCHEDULING OF REPLY BRIEF**

Richard Levin, not individually but solely as chapter 11 trustee (the "Trustee") for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, and Ami Javeri (a/k/a Ami Modi) and Nehal Modi (together Ms. Javeri and Mr. Nehal Modi are referred

to hereinafter as the "**Stipulating Defendants**"), through their undersigned counsel, hereby agree and stipulate that the Stipulating Defendants' deadline to file any reply memoranda in support of their motions to dismiss [Adv. Dkt. Nos. 43 & 46] may be extended to and including February 26, 2021.

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| **RICHARD LEVIN**, Not Individually But Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC. | **AMI JAVERI AND NEHAL MODI** |
| By His Counsel, JENNER & BLOCK LLP | By Their Counsel, ROGER J. BERNSTEIN |
| */s/ Angela M. Allen* | */s/ Roger J. Bernstein* |
| Angela M. Allen<br>353 N. Clark St.<br>Chicago, Illinois 60654<br>(312) 222-9350<br>AAllen@jenner.com | Roger J. Bernstein<br>535 Fifth Avenue, 35th Floor<br>New York, NY 10017<br>(212) 748-4800<br>rbernstein@rjblaw.com |
| Dated:  Chicago, Illinois<br>            January 22, 2021 | Dated:  New York, New York,<br>            January 22, 2021 |

IT IS SO ORDERED.

Dated:  January 22, 2021
        New York, New York

> */s/ Sean H. Lane*
> The Honorable Sean H. Lane
> United States Bankruptcy Judge.

2