**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING SCHEDULING OF REPLY BRIEF**

Richard Levin, not individually but solely as chapter 11 trustee (the "Trustee") for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, and Ami Javeri (a/k/a Ami Modi) and Nehal Modi (together Ms. Javeri and Mr. Nehal Modi are referred

to hereinafter as the "**Stipulating Defendants**"), through their undersigned counsel, hereby agree and stipulate that the Stipulating Defendants' deadline to file any reply memoranda in support of their motions to dismiss [Adv. Dkt. Nos. 43 & 46] may be extended to and including March 5, 2021.

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| **RICHARD LEVIN**, Not Individually But Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC. | **AMI JAVERI AND NEHAL MODI** |
| | By Their Counsel, |
| By His Counsel, | ROGER J. BERNSTEIN |
| JENNER & BLOCK LLP | |
| | */s/ Roger J. Bernstein* |
| */s/ Angela M. Allen* | Roger J. Bernstein |
| Angela M. Allen | 535 Fifth Avenue, 35th Floor |
| 353 N. Clark St. | New York, NY 10017 |
| Chicago, Illinois 60654 | (212) 748-4800 |
| (312) 222-9350 | rbernstein@rjblaw.com |
| AAllen@jenner.com | |
| | Dated: New York, New York, |
| Dated: Chicago, Illinois | March 2, 2021 |
| March 2, 2021 | |

IT IS SO ORDERED.

Dated: March 2, 2021
New York, New York

                                    */s/ Sean H. Lane*
                                    The Honorable Sean H. Lane
                                    United States Bankruptcy Judge.

2