**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING SCHEDULING OF BRIEFING**

Richard Levin, not individually but solely as chapter 11 trustee for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, and Purvi Mehta, each through their undersigned counsel, hereby agree and stipulate that Ms. Mehta's deadline to file a reply to her motion to dismiss the Complaint [Adv. Dkt. 38] is May 10, 2021.

**AGREED AND STIPULATED TO:**

| | |
|---|---|
| Dated: Chicago, Illinois, <br> March 16, 2021 | RICHARD LEVIN, <br> Not Individually But Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC. <br><br> By His Counsel, <br> JENNER & BLOCK LLP <br> By: <br><br> */s/   Angela M. Allen* <br> Angela M. Allen <br> 353 N. Clark St. <br> Chicago, Illinois 60654 <br> (312) 222-9350 <br> aallen@jenner.com |
| Dated: New York, New York, <br> March 16, 2021 | PURVI MEHTA <br><br> By Her Counsel, <br> DUANE MORRIS LLP <br><br> By: <br><br> */s/   Frederick D. Hyman* <br> Frederick D. Hyman <br> 1540 Broadway <br> New York, NY 10036-4086 <br> (212) 692-1063 <br> rhyman@duanemorris.com |

IT IS SO ORDERED.

Dated: March 23, 2021
      New York, New York

                                        */s/ Sean H. Lane*
                                        The Honorable Sean H. Lane
                                        United States Bankruptcy Judge.