UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>        Plaintiff,<br>v.<br><br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE,<br><br>        Defendants. | Adv. Proc. No. 20-1054 |

**STIPULATION AND ORDER REGARDING SCHEDULING OF BRIEFING**

Richard Levin, not individually but solely as chapter 11 trustee for the above-captioned Debtors and plaintiff in the above-captioned adversary proceeding, Purvi Mehta, and Neeshal Modi, each through their undersigned counsel, hereby agree and stipulate that both Ms. Mehta's

and Mr. Modi's deadlines to file a reply to their respective motions to dismiss the Complaint [Adv. Dkt. 38] are June 24, 2021.

**AGREED AND STIPULATED TO:**

Dated: Chicago, Illinois,
April 30, 2021

RICHARD LEVIN, Not Individually But
Solely in His Capacity as Chapter 11 Trustee of
FIRESTAR DIAMOND, INC., FANTASY,
INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.

By His Counsel,
JENNER & BLOCK LLP
By:

/s/ Angela M. Allen
Angela M. Allen
353 N. Clark St.
Chicago, Illinois 60654
(312) 222-9350
aallen@jenner.com

Dated: New York, New York,
April 30, 2021

PURVI MEHTA

By Her Counsel,
DUANE MORRIS LLP

By:

/s/ Frederick D. Hyman
Frederick D. Hyman
1540 Broadway
New York, NY 10036-4086
(212) 692-1063
rhyman@duanemorris.com

Dated: Purchase, New York
April 30, 2021

NEESHAL MODI

By His Counsel,
PAYKIN KRIEG & ADAMS, LLP

By:

/s/ Benjamin Suess
Benjamin Suess
2500 Westchester Ave., Ste 107
Purchase, NY 10577
(917) 400-2984
bsuess@pka-law.com

3

Dated: May 6, 2021 /s/ *Sean H. Lane*
United States Bankruptcy Judge

4