**Exhibit B**

Default Judgment Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING**
**TRUSTEE'S MOTION FOR ENTRY OF A DEFAULT JUDGMENT**

This matter coming before the Court on the motion (the "**Motion**") of Plaintiff Richard Levin, not individually but solely in his capacity as liquidating trustee (the "**Trustee**" or "**Plaintiff**") of the above-captioned debtors ("**Debtors**"), for entry of a default judgment ("**Default Motion**") against defendants Auragem Company Ltd. ("**Auragem**"), Brilliant Diamonds Ltd. ("**Brilliant**"), Eternal Diamonds Corporation Ltd. ("**Eternal**"), and Twin

Fields Investments Ltd. ("**Twin Fields,**" and together with Auragem, Brilliant, and Eternal, the "**Default Judgment Defendants**"), and the Court having found that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334; (b) this matter is a core proceeding under 28 U.S.C. § 157(b)(2); (c) due and proper notice of the Motion has been given and served upon the Default Judgment Defendants and no further or other notice is necessary; (d) service of the Motion was proper under Federal Rule of Civil Procedure 5 as made applicable by Bankruptcy Rule 7005; (e) the Default Judgment Defendants were served with copies of the Complaint and Summons at their addresses of record, and have failed to appear or otherwise respond to the Complaint; and (f) the Court having reviewed the Motion and its supporting materials and having determined that the legal and factual bases set forth in the Motion and supporting materials establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Default Judgment Motion is GRANTED.

2. The Court orders the entry of a default judgment against Defendant Auragem in the amount of $2,340,969, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

3. The Court orders the entry of a default judgment against Defendant Brilliant in the amount of $10,489,448, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

4. The Court orders the entry of a default judgment against Defendant Eternal in the amount of $1,733,816, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

5. The Court orders the entry of a default judgment against Defendant Twin Fields in the amount of $21,361,542, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

6. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**IT IS SO ORDERED.**

Dated: New York New York
\_\_\_\_\_, 2021

_____
SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE