**Exhibit C**

Default Judgment

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

## [PROPOSED] DEFAULT JUDGMENT IN ADVERSARY PROCEEDING

This matter coming before the Court on the motion (the "**Motion**") of Plaintiff Richard Levin, not individually but solely in his capacity as liquidating trustee (the "**Trustee**" or "**Plaintiff**") of the above-captioned debtors ("**Debtors**"), for entry of a default judgment ("**Default Motion**") against defendants Auragem Company Ltd. ("**Auragem**"), Brilliant Diamonds Ltd. ("**Brilliant**"), Eternal Diamonds Corporation Ltd. ("**Eternal**"), and Twin

Fields Investments Ltd. ("**Twin Fields,**" and together with Auragem, Brilliant, and Eternal, the "**Default Judgment Defendants**"), and the Court having issued its Order Granting Plaintiff's Motion for Entry of Default Judgment:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is ENTERED in favor of the Trustee and against Defendant Auragem in the amount of $2,340,969, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

2. Judgment is ENTERED in favor of the Trustee and against Defendant Brilliant in the amount of $10,489,448, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

3. Judgment is ENTERED in favor of the Trustee and against Defendant Eternal in the amount of $1,733,816, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

4. Judgment is ENTERED in favor of the Trustee and against Defendant Twin Fields in the amount of $21,361,542, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: New York New York
_____, 2021

_____
SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE
