**Exhibit D**

Clerk's Entries of Default

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Firestar Diamond, Inc. and Fantasy, Inc.     Bankruptcy Case No.: 18–10509–shl

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.

                        Plaintiff(s),

–against–     Adversary Proceeding No. 20–01054–shl

Ami Javeri A/K/A Ami Modi
Purvi Mehta A/K/A Purvi Modi
Nehal Modi
Neeshal Modi
Central Park Real Estate, LLC
Central Park South 50 Properties, LLC
Trident Trust Company (South Dakota) Inc. solely as Trustee of the Ithaca Trust
Twin Fields Investments Ltd.
Auragem Company Ltd.
Brilliant Diamonds Ltd.
Eternal Diamonds Corporation Ltd.
Fancy Creations Company Ltd.
Hamilton Precious Traders Ltd.
Sino Traders Ltd.
Sunshine Gems Ltd.
Unique Diamond and Jewellery FZC
World Diamond Distribution FZE
Vista Jewelry FZE
Empire Gems FZE
Universal Fine Jewelry FZE
Diagems FZC
Tri Color Gems FZE
Pacific Diamonds FZE
Himalayan Traders FZE
Unity Trading FZE
Fine Classic FZE
DG Brothers FZE

                        Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Auragem Company Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20                                                                Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez
_____

*Deputy Clerk*

# Notice Recipients

District/Off: 0208−1     User:     Date Created: 12/23/2020
Case: 20−01054−shl     Form ID: clkdflt     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft     Auragem Company Ltd.     Units 1405−1406, Dominion Centre     43−59 Queen's Road East     Wan Chai, Hong Kong HONG KONG, SAR

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Firestar Diamond, Inc. and Fantasy, Inc.　　　　　　　　　　Bankruptcy Case No.:
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　18–10509–shl

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.

　　　　　　　　　　　　　　　　　Plaintiff(s),

–against–　　　　　　　　　　　　　　　　　　　　　　　　　　　Adversary Proceeding No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　20–01054–shl

Ami Javeri A/K/A Ami Modi
Purvi Mehta A/K/A Purvi Modi
Nehal Modi
Neeshal Modi
Central Park Real Estate, LLC
Central Park South 50 Properties, LLC
Trident Trust Company (South Dakota) Inc. solely as Trustee of the Ithaca Trust
Twin Fields Investments Ltd.
Auragem Company Ltd.
Brilliant Diamonds Ltd.
Eternal Diamonds Corporation Ltd.
Fancy Creations Company Ltd.
Hamilton Precious Traders Ltd.
Sino Traders Ltd.
Sunshine Gems Ltd.
Unique Diamond and Jewellery FZC
World Diamond Distribution FZE
Vista Jewelry FZE
Empire Gems FZE
Universal Fine Jewelry FZE
Diagems FZC
Tri Color Gems FZE
Pacific Diamonds FZE
Himalayan Traders FZE
Unity Trading FZE
Fine Classic FZE
DG Brothers FZE

　　　　　　　　　　　　　　　　　Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Brilliant Diamonds Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20　　　　　　　　　　　　　　　　　　　　　　　　　Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*

# Notice Recipients

District/Off: 0208−1 | User: | Date Created: 12/23/2020
Case: 20−01054−shl | Form ID: clkdflt | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft    Brilliant Diamonds Ltd.    22/F, Citic Tower    1 Tim Mei Avenue    Central, Hong Kong HONG KONG, SAR

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Firestar Diamond, Inc. and Fantasy, Inc.     Bankruptcy Case No.: 18–10509–shl

Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.

            Plaintiff(s),

–against–

Ami Javeri A/K/A Ami Modi
Purvi Mehta A/K/A Purvi Modi
Nehal Modi
Neeshal Modi
Central Park Real Estate, LLC
Central Park South 50 Properties, LLC
Trident Trust Company (South Dakota) Inc. solely as Trustee of the Ithaca Trust
Twin Fields Investments Ltd.
Auragem Company Ltd.
Brilliant Diamonds Ltd.
Eternal Diamonds Corporation Ltd.
Fancy Creations Company Ltd.
Hamilton Precious Traders Ltd.
Sino Traders Ltd.
Sunshine Gems Ltd.
Unique Diamond and Jewellery FZC
World Diamond Distribution FZE
Vista Jewelry FZE
Empire Gems FZE
Universal Fine Jewelry FZE
Diagems FZC
Tri Color Gems FZE
Pacific Diamonds FZE
Himalayan Traders FZE
Unity Trading FZE
Fine Classic FZE
DG Brothers FZE

Adversary Proceeding No. 20–01054–shl

            Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Eternal Diamonds Corporation Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20             Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*

# Notice Recipients

District/Off: 0208−1     User:     Date Created: 12/23/2020
Case: 20−01054−shl     Form ID: clkdflt     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft     Eternal Diamonds Corporation Ltd.     Units 1405−1406, Dominion Centre     43−59 Queen's Road East     Wan Chai, Hong Kong HONG KONG, SAR

TOTAL: 1

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

| | |
|---|---|
| In re: Firestar Diamond, Inc. and Fantasy, Inc. | Bankruptcy Case No.:<br>18–10509–shl |
| Richard Levin Chapter 11 Trustee of Firestar Diamond, Inc., Fantasy, Inc., and Old AJ, Inc. f/k/a A. Jaffe, Inc.<br>Plaintiff(s), | |
| –against– | Adversary Proceeding No.<br>20–01054–shl |
| Ami Javeri A/K/A Ami Modi<br>Purvi Mehta A/K/A Purvi Modi<br>Nehal Modi<br>Neeshal Modi<br>Central Park Real Estate, LLC<br>Central Park South 50 Properties, LLC<br>Trident Trust Company (South Dakota) Inc. solely as Trustee of the Ithaca Trust<br>Twin Fields Investments Ltd.<br>Auragem Company Ltd.<br>Brilliant Diamonds Ltd.<br>Eternal Diamonds Corporation Ltd.<br>Fancy Creations Company Ltd.<br>Hamilton Precious Traders Ltd.<br>Sino Traders Ltd.<br>Sunshine Gems Ltd.<br>Unique Diamond and Jewellery FZC<br>World Diamond Distribution FZE<br>Vista Jewelry FZE<br>Empire Gems FZE<br>Universal Fine Jewelry FZE<br>Diagems FZC<br>Tri Color Gems FZE<br>Pacific Diamonds FZE<br>Himalayan Traders FZE<br>Unity Trading FZE<br>Fine Classic FZE<br>DG Brothers FZE<br>Defendant(s) | |

### ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Twin Fields Investments Ltd. |
|---|---|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 12/23/20                                                                                                          Vito Genna

*Clerk of the Court*

By: /s/ Mary Lopez

*Deputy Clerk*

# Notice Recipients

District/Off: 0208−1 | User: | Date Created: 12/23/2020
Case: 20−01054−shl | Form ID: clkdflt | Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

dft      Twin Fields Investments Ltd.      Attn: Officer or General /Managing Agent      40 E. Division Street      Apartment #A      Dover, DE 19901

TOTAL: 1