# Exhibit F

Certificate of Service

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | |
| Plaintiff, | |
| v. | Adv. Proc. No. 20-1054 |
| AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Carl N. Wedoff an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that on August 31, 2021, I caused the Plaintiff's Motion for Entry of a Default Judgment to be served via first-class mail upon the following Defendants at the following addresses:

Auragem Company Ltd.
Units 1405-1406, Dominion Centre
43-59 Queen's Road East
Wan Chai, Hong Kong
Hong Kong, SAR

Brilliant Diamonds Ltd.
22/F, Citic Tower
1 Tim Mei Avenue
Central, Hong Kong
Hong Kong, SAR

Eternal Diamonds Corporation Ltd.
Units 1405-1406, Dominion Centre
43-59 Queen's Road East
Wan Chai, Hong Kong
Hong Kong, SAR

Twin Fields Investments Ltd.
Attn: Officer or General /Managing Agent
40 E. Division Street
Apartment #A
Dover, DE 19901


Dated: New York, New York
    August 31, 2021                       JENNER & BLOCK LLP

                                      By:    /s/  *Carl N. Wedoff*
                                                 Carl N. Wedoff

2