JENNER & BLOCK LLP
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-1054 (SHL) |
| Plaintiff, | |
| v. | |
| AMI JAVERI *et al.*, | |
| Defendants. | |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the motions to dismiss filed by Defendants Purvi Mehta (Adv. Dkt. 38), Central Park Real Estate, LLC and Central Park South 50 Properties, LLC (Adv. Dkt. 42), Ami Javeri (Adv. Dkt. 44), Nehal Modi (Adv. Dkt. 47), and Neeshal Modi (Adv. Dkt. 56), previously scheduled for January 27, 2022 at 11:00 a.m. EST, is adjourned to February 2, 2022 at 10:00 a.m. EST.

The hearing will be conducted via Zoom®. Parties wishing to participate in the hearing must register their appearance utilizing the Electronic Appearance portal located on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4:00 p.m. EST on February 1, 2022. Additional information concerning how to participate in the hearing is available in the Court's Zoom Video Hearing Guide, available at: https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

Dated: January 18, 2022
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By:  /s/ *Vincent E. Lazar*
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
vlazar@jenner.com
aallen@jenner.com
wwilliams@jenner.com

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
cwedoff@jenner.com

*Counsel for the Plaintiff*