JENNER & BLOCK LLP
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br>(Jointly Administered) |
| RICHARD LEVIN, Liquidating Trustee for the Liquidating Trust of FIRESTAR DIAMOND, INC. and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>                Plaintiff,<br>   v.<br><br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., SOLELY AS TRUSTEE OF THE ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION | Adv. Proc. No. 20-1054 (SHL) |

| | |
|---|---|
| FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

In accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding under Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Richard Levin (the "**Trustee**"), liquidating trustee for the liquidating trust of Firestar Diamond, Inc. and Old AJ, Inc., hereby gives notice of his voluntary dismissal of this action against Defendants Hamilton Precious Traders Ltd., Unique Diamond and Jewellery FZC; World Diamond Distribution FZE; Vista Jewelry FZE; Empire Gems FZE; Universal Fine Jewelry FZE; Diagems FZE; Tri Color Gems FZE; Pacific Diamonds FZE; Himalayan Traders FZE; Unity Trading FZE; Fine Classic FZE; DG Brothers FZE (collectively, the "**Dismissed Defendants**"). Dismissal of this action against the Dismissed Defendants is without prejudice. None of the Dismissed Defendants has served upon the Trustee an answer or motion for summary judgment in this adversary proceeding.

(*Signature page follows.*)

2

| | |
|---|---|
| Dated: February 3, 2022<br>      Chicago, Illinois | Respectfully submitted,<br><br>**JENNER & BLOCK LLP**<br><br>By: <u>/s/ *Angela M. Allen*</u><br>Angela M. Allen (admitted *pro hac vice*)<br>William A. Williams (admitted *pro hac vice*)<br>353 North Clark Street<br>Chicago, Illinois 60654<br>(312) 222-9350<br>aallen@jenner.com<br>wwilliams@jenner.com<br><br>Carl N. Wedoff<br>919 Third Avenue<br>New York, New York 10022<br>(212) 891-1600<br>cwedoff@jenner.com<br><br>*Counsel for the Plaintiff* |