**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>　　　　　Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br>(Jointly Administered) |
| RICHARD LEVIN, Liquidating Trustee for the Liquidating Trust of FIRESTAR DIAMOND, INC. and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>AMI JAVERI *et al.*,<br><br>　　　　　Defendants. | Adv. Proc. No. 20-1054 (SHL) |

## **CERTIFICATE OF SERVICE**

I, Carl N. Wedoff, an attorney duly admitted to practice law before this Court, hereby certify under penalty of perjury that (i) on February 3, 2022, I caused the *Notice of Voluntary Dismissal* (Adv. Dkt. 96) ("**Notice**") to be served by CM/ECF on all counsel of record in the above-referenced adversary proceeding; and (ii) on February 4, 2022, I caused the Notice to be mailed to the following addresses:

　　DG BROTHERS FZE
　　P.O. BOX 40310
　　AJMAN FREE ZONE, AJMAN, UAE

　　DIAGEMS FZE
　　OFFICE E-499-26 HAMRIYAH FREE ZONE
　　PO BOX 49920, SHARJAH, UAE

　　EMPIRE GEMS FZE
　　EMPIR GEMSSUIT, Q1-05-010/B, P.O. B
　　SHARJAH AIRPORT INTN'L FREE ZONE SHARJAH
　　UNITED ARAB EMIRATES

FINE CLASSIC FZE
OFFICE M-10, BLDG 2W
PO BOX 371809
DUBAI AIRPORT FREE ZONE, DUBAI, UAE

HAMILTON PRECIOUS TRADERS LTD.
OFFICE #111, BLDG # 6WA
DUBAI AIRPORT FREE ZONE
DUBAI, 371708 UAE

HIMALAYAN TRADERS FZE
BLDG B1, 4TH FLOOR, OFFICE 471
PO BOX 54285
AJMAN FREE ZONE, AJMAN, UAE

PACIFIC DIAMONDS FZE
BUILDING B1, OFFICE 608A
P.O. BOX 40359
AJMAN FREE ZONE, AJMAN
DUBAI
UNITED ARAB EMIRATES

TRI COLOR GEMS FZE
TRI COLOR GEMSE-LOB OFFICE NO. E-86G-32
HAMRIYAH FREE ZONE, P.O. 51425
SHARJAH
UNITED ARAB EMIRATES

UNIQUE DIAMOND AND JEWELLERY FZC
SUITE 98, 4TH FLOOR, ZONE IV,
NEW GOLD CENTRE, PO BOX 34735,
DUBAI

UNITY TRADING FZE
G15-6WA, PO BOX 371741,
DUBAI AIRPORT FREE ZONE, DUBAI, UAE

UNIVERSAL FINE JEWELRY FZE
SUITE Q1-05-068/A
P.O. BOX 9032
INTERNATIONAL FREE ZONE
SHARJAH AIRPORT
UNITED ARAB EMIRATES

VISTA JEWELRY FZE
PO BOX 5232
FUJAIRAH, UAE 971 55 5834284

WORLD DIAMOND DISTRIBUTION FZE
OFFICE, D-3, PHASE-II, BOX, 50
FUJAIRAH FREE ZONE, FUJAIRAH
UNITED ARAB EMIRATES

Dated: February 7, 2022    Respectfully submitted,
New York, New York

By: /s/ *Carl N. Wedoff*

Carl N. Wedoff