**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>            Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>            Plaintiff,<br>v.<br><br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE,<br><br>            Defendants. | Adv. Proc. No. 20-1054<br><br><br><br><br>BC 22,0005 |

**DEFAULT JUDGMENT IN ADVERSARY PROCEEDING**

This matter coming before the Court on the motion (the "**Motion**") of Plaintiff Richard Levin, not individually but solely in his capacity as liquidating trustee (the "**Trustee**" or "**Plaintiff**") of the above-captioned debtors ("**Debtors**"), for entry of a default judgment ("**Default Motion**") against defendants Auragem Company Ltd. ("**Auragem**"), Brilliant Diamonds Ltd. ("**Brilliant**"), Eternal Diamonds Corporation Ltd. ("**Eternal**"), and Twin

Fields Investments Ltd. ("**Twin Fields,**" and together with Auragem, Brilliant, and Eternal, the "**Default Judgment Defendants**"), and the Court having issued its Order Granting Plaintiff's Motion for Entry of Default Judgment:

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. Judgment is GRANTED in favor of the Trustee and against Defendant Auragem in the amount of $2,340,968.94, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

2. Judgment is GRANTED in favor of the Trustee and against Defendant Brilliant in the amount of $10,489,448.11, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

3. Judgment is GRANTED in favor of the Trustee and against Defendant Eternal in the amount of $1,733,815.61, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

4. Judgment is GRANTED in favor of the Trustee and against Defendant Twin Fields in the amount of $21,361,542.28, plus post-judgment interest computed at the rate prescribed by 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: New York New York
       February 14, 2021

                                        */s/ Sean H. Lane*
                                        United States Bankruptcy Judge

2