UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, trustee for the liquidating trusts of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD., <br><br> Defendants. | Adv. Proc. No. 20-1054 (SHL) |

**ORDER GRANTING ADMISSION TO PRACTICE,** *Pro Hac Vice*

Upon the motion of Adam T. Swingle, to be admitted *pro hac vice*, to represent Richard Levin, not in his individual capacity but solely as the liquidating trustee (the "**Trustee**") of the Debtors' estates in the above-captioned adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bars of the State of Illinois, the

United States Court of Appeals for the Seventh Circuit, and the United States District Court for the Northern District of Illinois, it is hereby

**ORDERED**, that Adam T. Swingle is admitted to practice *pro hac vice* in the above-captioned adversary proceeding to represent the Trustee in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____
HON. SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE