JENNER & BLOCK LLP
Vincent E. Lazar
Angela Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, trustee for the liquidating trusts of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., | Adv. Proc. No. 20-1054 (SHL) |
| Plaintiff, | |
| v. | |
| AMI JAVERI, *et al.*, | |
| Defendants. | |

**NOTICE OF PUBLIC FILING OF PLAINTIFF'S EX PARTE**
**PRELIMINARY MOTION FOR ORDER OF ATTACHMENT AND SUPPORTING PAPERS**

      **PLEASE TAKE NOTICE** that, on February 15, 2022, Plaintiff Richard Levin, as trustee ("**Trustee**") of the liquidating trusts established for the Debtors' estates in the above-captioned chapter 11 cases, submitted to the Court his *Ex Parte Motion for an Order of Attachment* (the "**Preliminary Attachment Motion**"). On February 22, 2022, the Court held an *ex parte*, sealed

hearing on the Preliminary Attachment Motion and entered the *ex parte Order of Attachment* [Adv. Dkt. 104].

**PLEASE TAKE FURTHER NOTICE** that the Trustee hereby publicly files the Preliminary Attachment Motion and the memorandum of law and declaration of Richard Levin that accompanied the Preliminary Attachment Motion. These filings are redacted in accordance with the pending *Motion to Seal* [Adv. Dkt. 105] and attached hereto as follows:

| | |
|---|---|
| **Exhibit A** | *Plaintiff's Ex Parte Motion for an Order of Attachment* (dated February 15, 2022) |
| **Exhibit B** | *Memorandum of Law in Support of Plaintiff's Ex Parte Motion for an Order of Attachment* (dated February 15, 2022) |
| **Exhibit C** | *Declaration of Richard Levin in Support of Plaintiff's Ex Parte Motion for an Order of Attachment* (dated February 15, 2022) |

**PLEASE TAKE FURTHER NOTICE** that the Preliminary Attachment Motion and its supporting papers were superseded by the *Plaintiff's Motion to Confirm Order of Attachment* [Adv. Dkt. 107] (the "**Confirmation Motion**"), *Memorandum of Law in Support of Plaintiff's Motion to Confirm Order of Attachment* [Adv. Dkt. 108], and *Declaration of Richard Levin in Support of Plaintiff's Motion to Confirm Order of Attachment* [Adv. Dkt. 109], all filed on February 25, 2022. Any objections to the Confirmation Motion shall be filed by March 14, 2022, and any replies in support of the Confirmation Motion shall be filed by March 25, 2022.

Dated: March 3, 2022

Respectfully submitted,

**JENNER & BLOCK LLP**
By: */s/ Angela M. Allen*
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350
vlazar@jenner.com
aallen@jenner.com
wwilliams@jenner.com
aswingle@jenner.com

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600
cwedoff@jenner.com

*Counsel for the Trustee*

2