| | |
|---|---|
| **From:** | Swingle, Adam T. <ASwingle@jenner.com> |
| **Sent:** | Monday, February 28, 2022 1:40 PM |
| **To:** | NYSBdb_SHL |
| **Cc:** | Allen, Angela M.; Roger Bernstein; Tduffy@duffyamedeo.com; damedeo@duffyamedeo.com; Marc Rowin |
| **Subject:** | Levin v. Javeri, No. 20-1054 (Bankr. S.D.N.Y.) - Order of Attachment Briefing Schedule |

**CAUTION - EXTERNAL:**

To the Chambers of the Hon. Sean Lane,

In accordance with the Court's instructions at this morning's scheduling conference in the above-captioned adversary proceeding, the parties to the motion to confirm the order of attachment have agreed to a schedule for further briefing. Any objections to the motion shall be filed by Monday, March 14, 2022. The Trustee shall file his reply by Friday, March 25, 2022. Once briefing is complete, the parties will advise the Court on whether they believe this matter should be set for oral argument and/or a hearing.

Counsel to the other parties in this matter are copied here and have agreed to this schedule. Please let us know if the Court has any questions.

Sincerely,

Adam

---

**Adam T. Swingle**

**Jenner & Block LLP**
353 North Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 840 7285 | TEL
Pronouns: He / Him
ASwingle@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

1

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**MEMORANDUM ENDORSED ORDER:**
The parties' proposed schedule is approved.

**SO ORDERED.**

Dated: March 3, 2022

*/s/ Sean H. Lane*
United States Bankruptcy Judge