# ROGER J. BERNSTEIN
ATTORNEY AT LAW

551 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10176
TELEPHONE: (212) 748-4800
TELECOPIER: (646) 964-6633
E-MAIL: RBERNSTEIN@RJBLAW.COM

March 11, 2022

**BY E-MAIL**

The Honorable Sean Lane
United States Bankruptcy Court for the
 Southern District of New York
One Bowling Green
New York, New York 10004

      Re:    Levin v. Javeri, Adv. Proc. 20-1054
             (In re Firestar Diamond, Inc., No. 18-10509)

Dear Judge Lane:

    Counsel for the Trustee and counsel for defendants Ami Javeri, Central Park South 50 Properties, LLC ("CPS50"), and Central Park Real Estate, LLC ("CPRE") have agreed upon a revised briefing schedule for the Trustee's motion to confirm the February 22, 2022 Order of Attachment, as follows: defendants' papers in opposition to the motion to confirm will be due on April 11, 2022, and the Trustee's reply papers will be due on April 21, 2022.  The Court's approval is respectfully requested.

                                Respectfully submitted,

                                Roger J. Bernstein
                                *Counsel for Ami Javeri*

cc.    Angela M. Allen & Adam T. Swingle,
       *Counsel for Trustee Richard Levin*
    Todd Duffy and Douglas Amadeo,
       *Counsel for CP50, LLC and CPRE, LLC*
    Marc Rowin,
       *Counsel for Trident Trust Co.*

**MEMORANDUM ENDORSED ORDER:**
**The schedule is approved.**
**SO ORDERED.**
**Dated: March 14, 2022**
**/s/ Sean H. Lane**
**United States Bankruptcy Judge**