JENNER & BLOCK LLP
Vincent E. Lazar
Angela Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
Adam T. Swingle (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
1155 Avenue of the Americas
New York, New York 10036
(212) 891-1600

*Counsel for the Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.* | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, trustee for the liquidating trusts of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., | Adv. Proc. No. 20-1054 (SHL) |
| Plaintiff, | |
| v. | |
| AMI JAVERI, et al., | |
| Defendants. | |

**TRUSTEE'S SUPPLEMENT TO MOTION TO CONFIRM ORDER OF ATTACHMENT**

Plaintiff Richard Levin, as trustee ("**Trustee**") of the liquidating trusts established under the confirmed plans in the above-captioned chapter 11 cases, files this supplement to

his *Motion to Confirm Order of Attachment of Attachment* [Adv. Dkt. 107] (the "**Motion**"), and respectfully states:

1. Through the Motion, the Trustee requests that the Court confirm the terms of the *Order of Attachment* [Adv. Dkt. 104] entered by this Court on February 22, 2022 (the "**Preliminary Attachment Order**").

2. The Preliminary Attachment Order authorized the Trustee to serve discovery requests related to the assets of Defendants Ami Javeri, Central Park South 50 Properties, LLC ("**CPS50**"), Central Park Real Estate, LLC ("**CPRE**"), and Trident Trust Company, in its capacity as Trustee of the Ithaca Trust ("**Trident**" and, together with CPS50 and CPRE, the "**Trust Defendants**"). On February 24, 2022, the Trustee served discovery on Trident, ███████ ████████████████████████████████████████████████████ ████████████████████████████. Trident began producing responsive documents on March 10, 2022.

3. ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████.

4. ████████████████████████████████████████████
████████████████████████████████████████████████████

REDACTED PURSUANT TO PENDING MOTION TO SEAL [ADV. DKT. 105]

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████

5.  The same reasons that justified granting the Preliminary Attachment Order and which are set forth in the *Memorandum of Law* in support of the Motion [Adv. Dkt 108] (the "**Memorandum of Law**") also justify attaching ████████████████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

████████████████████████████████ *See Levin v. Modi (In re Firestar Diamond, Inc.)*, 18-10509, 2021 WL 4824114 (Bankr. S.D.N.Y. Oct. 15, 2021). ████████

██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

3

███████████████████████████████████████████████████

██████████ ████████████████████████████████████████

██████████ ████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████

6.    Ultimately, ████████████████████████████████

██████████████████████████, it appears that she might be attempting to "dispose[] of" or "secrete[] property" "with intent to defraud [her] creditors or frustrate the enforcement of a judgment that might be rendered in [the Trustee's] favor." N.Y. C.P.L.R. § 6201(3). That conduct justifies attachment under New York law. For these reasons and the reasons set forth in the Memorandum of Law, all of which are incorporated herein, the Court should order the attachment of █████████████████████████████████ █

7.    Attached hereto as <u>Exhibit B</u> and <u>Exhibit C</u> are clean and redlined versions of a revised proposed order granting the Motion (the "**Revised Confirmation Order**"). The Revised Confirmation Order is updated to reflect the attachment of █████████████ ████████████████████████████. The Trustee respectfully requests that the Court enter the Revised Confirmation Order and grant all other just and proper relief.[3]

---

1 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

2 ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

[3] The Trustee's request to expand the relief sought through the Motion will not prejudice Javeri. On March 14, 2022, the Court entered an order modifying the briefing schedule on the Motion and extending Javeri's

REDACTED PURSUANT TO PENDING MOTION TO SEAL [ADV. DKT. 105]

Dated: March 22, 2022

                                              **JENNER & BLOCK LLP**

                                              By: */s/ Angela M. Allen*
                                              Vincent E. Lazar
                                              Angela Allen (admitted *pro hac vice*)
                                              William A. Williams (admitted *pro hac vice*)
                                              Adam T. Swingle (admitted *pro hac vice*)
                                              353 North Clark Street
                                              Chicago, Illinois 60654
                                              (312) 222-9350
                                              vlazar@jenner.com
                                              aallen@jenner.com
                                              wwilliams@jenner.com
                                              aswingle@jenner.com

                                              Carl Wedoff
                                              1155 Avenue of the Americas
                                              New York, New York 10036
                                              (212) 891-1600
                                              cwedoff@jenner.com

                                              *Counsel for the Trustee*

---

objection deadline to April 11, 2022. (Adv. Dkt. 114.) As a result, Javeri has approximately three weeks to respond to the additional relief that the Trust requests through this Supplement.

5

REDACTED PURSUANT TO PENDING MOTION TO SEAL [ADV. DKT. 105]