# ROGER J. BERNSTEIN
### ATTORNEY AT LAW

551 FIFTH AVENUE, 12TH FLOOR
NEW YORK, NEW YORK 10176
TELEPHONE: (212) 748-4800
TELECOPIER: (646) 964-6633
E-MAIL: RBERNSTEIN@RJBLAW.COM

April 22, 2022

**BY E-MAIL**
The Honorable Sean Lane
United States Bankruptcy Court for the
 Southern District of New York
One Bowling Green
New York, New York 10004

        Re:    Levin v. Javeri, Adv. Proc. 20-1054
                 (In re Firestar Diamond, Inc., No. 18-10509)

Dear Judge Lane:

      Counsel for the Trustee and counsel for defendants Ami Javeri, Central Park South 50 Properties, LLC ("CPS50"), and Central Park Real Estate, LLC ("CPRE") have agreed upon a further and we believe final revision of the briefing schedule for the Trustee's motion to confirm the February 22, 2022 Order of Attachment, as follows: defendants' papers in opposition to the motion to confirm will be due on May 13, 2022, and the Trustee's reply papers will be due on June 3, 2022. The Court's approval is respectfully requested.

                                    Respectfully submitted,

                                      *Roger Bernstein*
                                    Roger J. Bernstein
                                    *Counsel for Ami Javeri*

cc:    Angela M. Allen & Adam T. Swingle,
          *Counsel for Trustee Richard Levin*
       Todd Duffy and Douglas Amadeo,
          *Counsel for CP50, LLC and CPRE, LLC*
       Marc Rowin,
          *Counsel for Trident Trust Co.*

**MEMORANDUM ENDORSED ORDER:**
**The proposed revised schedule is approved.**
**SO ORDERED.**
**Dated: April 28, 2022**
***/s/ Sean H. Lane***
**United States Bankruptcy Judge**