# UNITED STATES DISTRICT COURT

Southern District of New York

Richard Levin, Ch. 11 Trustee, Firestar Diamond
Plaintiff(s),

V.

Ami Javeri et al.
Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 18-10509 (SHL)

Notice is hereby given that, subject to approval by the court, __Purvi Modi__ substitutes
(Party (s) Name)

__Benjamin Suess__, State Bar No. __3031275__ as counsel of record in
(Name of New Attorney)

place of __Mauro M. Wolfe, Duane Morriss LLP__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Paykin Krieg & Adams LLP
Address: 2500 Westchester Avenue, Suite 107, Purchase, New York 10577
Telephone: (212) 725-4423    Facsimile
E-Mail (Optional): bsuess@pka-law.com

I consent to the above substitution.
Date: 16/02/2022

*P. Modi*
Purvi Modi
(Signature of Party (s))

I consent to being substituted.
Date: 2/17/22

Mauro M. Wolfe
*/s/ Mauro M. Wolfe*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/24/2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May 10, 2022

*/s/ Sean H. Lane*
Judge

Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance