**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FIRESTAR DIAMOND, INC., *et al.*,<br>　　　　　　　　　　　　*Debtors*. | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>Jointly Administered |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, Inc., and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>　　　　　　　*Plaintiff*,<br>　vs.<br><br>NIRAV DEEPAK MODI, MIHIR BHANSALI, and AJAY GANDHI,<br>　　　　　　　　　　　*Defendants*. | Adv. Proc. No. 19-1102 (SHL) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br><br>　　　　　　　*Plaintiff*,<br>　vs.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.*,<br><br>　　　　　　　*Defendants*. | Adv. Proc. No. 20-01054 |

**AGREEMENT**

Pursuant to Paragraph 4 of the Stipulation and Order entered on May 6, 2022, Richard Levin, not individually but solely as chapter 11 trustee for the above-captioned Debtors and plaintiff in the above-captioned adversary proceedings, and Nirav Modi and Ami Javeri (a/k/a Ami Modi), defendants, through their undersigned counsel, hereby agree to extend the time for these defendants to respond to plaintiff's pending

motion to confirm the attachment from July 8, 2022 to and including July 29, 2022.

**AGREED AND STIPULATED TO:**

**RICHARD LEVIN**, Not Individually but Solely in His Capacity as Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC.

By His Counsel,
JENNER & BLOCK LLP

*/s/ Angela Allen*
Angela M. Allen
353 N. Clark St.
Chicago, Illinois 60654
(312) 222-9350
AAllen@jenner.com

Dated: Chicago, Illinois
July 8, 2022

**NIRAV DEEPAK MODI**

By His Counsel,
MORRITT HOCK & HAMROFF, LLP

*/s/James Chou*
Theodore Berkowitz, Esq.
James P. Chou, Esq.
1407 Broadway
New York, NY 10018
(212) 239-2000
tBerkowitz@morritthock.com
jchou@morritthock.com

Dated: New York, New York,
July 14, 2022

**AMI JAVERI**

By Her Counsel,
ROGER J. BERNSTEIN

*/s/ Roger J. Bernstein*
Roger J. Bernstein
551 Fifth Avenue, 12th Floor
New York, NY 10176
(212) 748-4800
rbernstein@rjblaw.com

Dated: New York, New York,
July 14, 2022