JENNER & BLOCK LLP
Vincent E. Lazar
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., *et al.*, | No. 18-10509 (SHL) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-1054 (SHL) |
| Plaintiff, | |
| v. | |
| AMI JAVERI (A/K/A AMI MODI), *et al.*, | |
| Defendants. | |

**NOTICE OF STATUS CONFERENCE**

**PLEASE TAKE NOTICE** that a status conference in the above-captioned adversary proceeding will take place on August 2, 2022 at 11:00 AM (ET). The discovery conference will be conducted via Zoom. Parties wishing to participate in the discovery conference must register

their appearance using the Electronic Appearance portal located on the Bankruptcy Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

Appearances must be entered no later than 4:00 p.m. (ET) on August 1, 2022. Additional information concerning how to participate in the discovery conference is available in the Bankruptcy Court's Zoom Video Hearing Guide, available at: https://www.nysb.uscourts.gov/zoom-video-hearing-guide.


Dated: July 18, 2022  
      New York, New York

Respectfully submitted,

**JENNER & BLOCK LLP**

By: /s/ *Vincent E. Lazar*  
Vincent E. Lazar  
Angela M. Allen (admitted *pro hac vice*)  
William A. Williams (admitted *pro hac vice*)  
353 North Clark Street  
Chicago, Illinois 60654  
(312) 222-9350  
vlazar@jenner.com  
aallen@jenner.com  
wwilliams@jenner.com

Carl N. Wedoff  
919 Third Avenue  
New York, New York 10022  
(212) 891-1600  
cwedoff@jenner.com

*Counsel for the Plaintiff*