UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors, | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.,*<br><br>Defendants. | Adv. Proc. No. 20-01054 (SHL)<br><br>**NOTICE OF APPEARANCE** |

Avery Samet of Amini LLC herby enters his appearance as counsel for defendants Ami Javeri, Central Park South 50 Properties, LLC ("CPS50"), and Central Park Real Estate, LLC ("CPRE") pursuant to Rule 9010(b) and requests that all papers hereinafter be served upon him at the address set forth below.

Dated: New York, New York
      September 30, 2022

                                              AMINI LLC

                                              By:  */s/ Avery Samet*
                                                      Avery Samet
                                              131 West 35th Street, 12th Floor
                                              New York, New York 10001
                                              (212) 490-4700
                                              asamet@aminillc.com