JENNER & BLOCK LLP
Angela M. Allen (admitted *pro hac vice*)
William A. Williams (admitted *pro hac vice*)
353 North Clark Street
Chicago, Illinois 60654
(312) 222-9350

Carl N. Wedoff
919 Third Avenue
New York, New York 10022
(212) 891-1600

*Counsel for the Plaintiff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>        Debtors. | Chapter 11<br><br>No. 18-10509 (SHL)<br>(Jointly Administered) |
| RICHARD LEVIN, Liquidating Trustee for the Liquidating Trust of FIRESTAR DIAMOND, INC. and OLD AJ, INC. f/k/a A. JAFFE, INC.,<br><br>               Plaintiff,<br><br>    v.<br><br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; NEESHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., SOLELY AS TRUSTEE OF THE ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; HAMILTON PRECIOUS TRADERS LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.; UNIQUE DIAMOND AND JEWELLERY FZC; WORLD DIAMOND DISTRIBUTION FZE; VISTA JEWELRY FZE; EMPIRE GEMS FZE; UNIVERSAL FINE JEWELRY FZE; DIAGEMS FZC; TRI COLOR GEMS FZE; PACIFIC DIAMONDS FZE; HIMALAYAN TRADERS FZE; UNITY TRADING FZE; FINE CLASSIC FZE; DG BROTHERS FZE,<br><br>               Defendants. | Adv. No. 20-1054 (SHL) |

## JOINT STIPULATION TO DISMISS
## ADVERSARY PROCEEDING AGAINST NEESHAL MODI

Plaintiff Richard Levin, liquidating trustee for the liquidating trust of Firestar Diamond, Inc. and Old AJ, Inc., and Defendant Neeshal Modi, by and through their respective counsel, hereby stipulate and agree under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable under Rule 7041 of the Federal Rules of Bankruptcy Procedure, that this Adversary Proceeding is dismissed with prejudice as to Neeshal Modi, each party to bear their own costs.

Dated: November 3, 2022              Respectfully submitted,

                                     **JENNER & BLOCK LLP**

                                     By: */s/ Angela M. Allen*
                                     Angela M. Allen (admitted *pro hac vice*)
                                     353 North Clark Street
                                     Chicago, Illinois 60654
                                     (312) 222-9350
                                     aallen@jenner.com

                                     *Counsel for the Plaintiff*

Dated: November 4, 2022              **PAYKIN KRIEG & ADAMS, LLP**

                                     By: */s/ Benjamin Suess*
                                     Benjamin Suess
                                     2500 Westchester Ave, Suite 107
                                     Purchase, New York 10577
                                     (212) 725-4423
                                     bsuess@pka-law.com

                                     *Counsel for Defendant Neeshal Modi*