| | |
|---|---|
| **From:** | Roger Bernstein <rbernstein@rjblaw.com> |
| **Sent:** | Thursday, May 19, 2022 4:20 PM |
| **To:** | Allen, Angela M. |
| **Subject:** | Javeri Discovery Response |

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**

Angela:

To get discovery moving, here is an informal response to your document demands (without waiver of the objections to be made in a formal response):

Requests 1 and 2: List of bank accounts: Javeri had accounts at Fine Mark (closed 2018) Santander (2019), and Chase, all closed. The Chase statements are available through 12-31-2019. I believe the final Chase statement must be later than that; I will request it. Other accounts have been at HSBC, Wells Fargo, and TD Bank.

Use this link for the Chase, HSBC and Wells Fargo statements:
https://www.dropbox.com                                                               password is


I anticipate adding the TD Bank statements tomorrow.

Request 3 – no balance sheets or financial statements

Request 4 – I have sent you her federal income tax returns for 2019 and 2020; 2021 apparently is not yet done. (These were not numbered but are less than 50 pages; therefore the bank statement numbering starts at 50).

Request 5 – no real property titled to Ami; is a beneficiary of the Ithaca and Deposit trusts

Request 6 – emails with Trident concerning NY real estate have been produced by the LLCs

Request 7 – none

Request 8 – n/a

Request 9 – she will obtain insurance policies

Request 10 – none

Request 11 – n/a

Request 12 – none

Requests 13, 15 and 16: Ithaca Trust & ▮▮▮▮▮▮▮ – all requested information has to come from Trident;  Rohin Trust in India – no information or documents available; Daimreum Trust – not believed to have any property.

Request 14 – will review this further, except that the LLCs are producing her emails with Trident

Request 17 – no one owes her money

Request 18 – no loan documents for monies advanced by Diamond Holdings

Requests 19 and 20 – none

RJB

Roger J. Bernstein, Attorney at Law

551 Fifth Avenue, 12th Floor

New York, NY 10176

Tel: (212) 748-4800 (o); (917) 566-5246 (m)

Fax: (646) 964-6633

rbernstein@rjblaw.com

Unless explicitly designated as "E-Contract Intended", this e-mail does not constitute a contract offer, contract amendment, acceptance of a contract offer, waiver of any contract provision, or a signed writing for purposes of a contract modification. The above signature block is not a legally binding signature on behalf of the sender or any client unless the email specifically states an intent to be bound. This communication may contain information that is legally privileged and/or confidential. Dissemination or copying is prohibited if you are not the intended recipient. If you have received this message in error, kindly notify the sender by telephone or e-mail and delete it from your computer and from any archival or back-up files. This email is not intended for and cannot be relied upon for avoidance or mitigation of any tax code penalties.