| | |
|---|---|
| **From:** | Roger Bernstein <rbernstein@rjblaw.com> |
| **Sent:** | Monday, July 25, 2022 7:01 AM |
| **To:** | Allen, Angela M.; Williams, William A. |
| **Subject:** | In re Firestar Diamond Inc. - Outstanding Discovery & Requested Follow-Up |
| **Attachments:** | TD Bank Savings April-June 2022.pdf; AJ July 25, 2022 Responses to Trustee's Counsel's Targeted Requests.xlsx |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Angela and Bill:

The attached spreadsheet gives you the current status. I expect to have it updated by the end of this week with electronic downloading of all open accounts. As discussed, closed accounts cannot be obtained electronically.

You requested the TD Bank statements for April and May; there is a quarterly statement for April-June that is attached. The only account on your list is a TD Bank savings account. It appears that there is also a TD Bank checking account not on your chart and I will see if those statements can be downloaded; otherwise they will be ordered.

Roger

Roger J. Bernstein, Attorney at Law

551 Fifth Avenue, 12th Floor

New York, NY 10176

Tel: (212) 748-4800 (o); (917) 566-5246 (m)

Fax: (646) 964-6633

rbernstein@rjblaw.com

1

Unless explicitly designated as "E-Contract Intended", this e-mail does not constitute a contract offer, contract amendment, acceptance of a contract offer, waiver of any contract provision, or a signed writing for purposes of a contract modification.  The above signature block is not a legally binding signature on behalf of the sender or any client unless the email specifically states an intent to be bound.  This communication may contain information that is legally privileged and/or confidential.  Dissemination or copying is prohibited if you are not the intended recipient. If you have received this message in error, kindly notify the sender by telephone or e-mail and delete it from your computer and from any archival or back-up files. This email is not intended for and cannot be relied upon for avoidance or mitigation of any tax code penalties.