**From:** Roger Bernstein (via Dropbox) <no-reply@dropbox.com>
**Sent:** Wednesday, July 27, 2022 4:25 PM
**To:** Williams, William A.
**Subject:** Roger Bernstein shared "Javeri Bank Statements - Chase x7198 and x3783" with you

<mark>**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**</mark>



Hi there,

Roger Bernstein (rbernstein@rjblaw.com) invited you to view the folder "**Javeri Bank Statements - Chase x7198 and x3783**" on Dropbox.

Roger said:
*"Prior Chase statements plus January and February 2020, showing account closing"*

Go to folder

Enjoy!
The Dropbox team

*Roger and others will be able to see when you view files in this folder.*
*Other files shared with you through Dropbox may also show this info.*
*Learn more in our help center.*

Report to Dropbox                                                          © 2022 Dropbox