| | |
|---|---|
| **From:** | Roger Bernstein (via Dropbox) <no-reply@dropbox.com> |
| **Sent:** | Wednesday, July 27, 2022 4:27 PM |
| **To:** | Williams, William A. |
| **Subject:** | Roger Bernstein shared "Javeri Bank Statements - Wells Fargo (2nd installment)" with you |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



Hi there,

Roger Bernstein (rbernstein@rjblaw.com) invited you to view the folder "**Javeri Bank Statements - Wells Fargo (2nd installment)**" on Dropbox.

Roger said:

*"Wells Fargo credit card statements, front and back. Earlier statements have to be obtained. Wells Fargo savings and checking statements for most recent three months. Other missing statements will be obtained."*



Enjoy!
The Dropbox team

Report to Dropbox                                                                 © 2022 Dropbox

1