| | |
|---|---|
| **From:** | Roger Bernstein (via Dropbox) <no-reply@dropbox.com> |
| **Sent:** | Sunday, July 31, 2022 8:05 PM |
| **To:** | Williams, William A. |
| **Subject:** | Roger Bernstein shared "Javeri Bank Statements - Wells Fargo (2nd installment)" with you |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



Hi Bill,

Roger Bernstein (rbernstein@rjblaw.com) invited you to view the folder "**Javeri Bank Statements - Wells Fargo (2nd installment)**" on Dropbox.

Roger said:

*"The WellsFargo statements are now in separate sub-folders for the checking/savings and credit card accounts The credit card account folder includes additional Wells Fargo statements besides the ones that you already have. For the credit card nearly all of the 2020 statements are now supplied; I believe you have all of the ones for 2021 and 2022. Does not yet go back to the opening of the account. Additional Wells Fargo checking/savings account statements for nearly all of 2018 and all of 2019 are in that folder. I will push for the still-missing ones. As given to you previously they were not in chronological order; I will have that straightened out."*

[Go to folder]

Enjoy!
The Dropbox team

Report to Dropbox © 2022 Dropbox