| | |
|---|---|
| **From:** | Roger Bernstein <rbernstein@rjblaw.com> |
| **Sent:** | Thursday, August 4, 2022 10:34 PM |
| **To:** | Williams, William A. |
| **Cc:** | Allen, Angela M. |
| **Subject:** | Javeri Bank Accounts |

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**

Bill:

This is a link for the following three HSBC bank accounts, consisting of statement printouts supplied by the bank and scanned by my office: nos. ████████ ████████ and ████████ Generally these are for the time frame 2016-2018 and I am fairly sure you have at least one of them since it concerns transactions referred to in the complaint.  Two of them appear to be complete. Link:

https://www.dropbox.com/████████████████████████████████████ Password is ██ -██

Next week several additional banks are supposed to provide statements to my client.  At that point I will try to identify all the missing statements for all accounts and have them ordered.  Currently I believe you now have all of the Chase statements.  Do you concur?

Roger

Roger J. Bernstein, Attorney at Law

551 Fifth Avenue, 12th Floor

New York, NY 10176

Tel:  (212) 748-4800 (o); (917) 566-5246 (m)

Fax: (646) 964-6633

rbernstein@rjblaw.com

Unless explicitly designated as "E-Contract Intended", this e-mail does not constitute a contract offer, contract amendment, acceptance of a contract offer, waiver of any contract provision, or a signed writing for purposes of a contract modification.  The above signature block is not a legally binding signature on behalf of the sender or any client unless the email specifically states an intent to be bound.  This communication may contain information that is legally privileged and/or confidential.  Dissemination or copying is prohibited if you are not the intended recipient. If you have received this message in error, kindly notify the sender by telephone or e-mail and delete it from your computer and from any archival or back-up files. This email is not intended for and cannot be relied upon for avoidance or mitigation of any tax code penalties.