| | |
|---|---|
| **From:** | Roger Bernstein <rbernstein@rjblaw.com> |
| **Sent:** | Monday, August 8, 2022 6:07 PM |
| **To:** | Williams, William A. |
| **Subject:** | Javeri |

**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe

Bill:

Here is link to statements supplied by Santander Bank. You'll note that the closing of this account is clear on the last statement.

https://www.dropbox.com/███████████████████████████████████  PW: ███████

Roger

Roger J. Bernstein, Attorney at Law

551 Fifth Avenue, 12th Floor

New York, NY 10176

Tel: (212) 748-4800 (o); (917) 566-5246 (m)

Fax: (646) 964-6633

rbernstein@rjblaw.com

Unless explicitly designated as "E-Contract Intended", this e-mail does not constitute a contract offer, contract amendment, acceptance of a contract offer, waiver of any contract provision, or a signed writing for purposes of a contract modification. The above signature block is not a legally binding signature on behalf of the sender or any client unless the email specifically states an intent to be bound. This communication may contain information that is legally privileged and/or confidential. Dissemination or copying is prohibited if you are not the intended recipient. If you have received this message in error, kindly notify the sender by telephone or e-mail and delete it from your computer and from any archival or back-up files. This email is not intended for and cannot be relied upon for avoidance or mitigation of any tax code penalties.

2