| | |
|---|---|
| **From:** | Roger Bernstein <rbernstein@rjblaw.com> |
| **Sent:** | Friday, August 12, 2022 5:54 PM |
| **To:** | Williams, William A. |
| **Cc:** | Allen, Angela M. |
| **Subject:** | Levin v Javeri et al |
| **Attachments:** | Wells Fargo Checking and Savings 2022 05 and 2022 06.pdf |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Bill,

Attached please find Wells Fargo statements for May and June of this year. These are also in the Dropbox folder for Javeri's accounts at this bank for which you have the Dropbox link.

Chase has provided two sets of additional statements. One set is for a mother-daughter credit card account, the other is checking/savings statements for 2018-19 which appears to duplicate the Chase statements for those years that you already have. I will be away next week. I will scan and send these, if they aren't the same as those already provided, when back on August 22.

Following up on today's conversation, I certainly agree that explanations for large withdrawals and disposition of large ending balances upon an account closing (where not shown on a cancelled check) are called for. On the other hand, running down a missing statement for a given month several years ago when the earlier and subsequent statements for the same account show similar balances does not appear to be useful. After you review the recently provided statements I will review with you the production gaps that remain with a focus on significant unexplained balances/withdrawals.

Roger

Roger J. Bernstein, Attorney at Law

551 Fifth Avenue, 12th Floor

1

New York, NY 10176

Tel: (212) 748-4800 (o); (917) 566-5246 (m)

Fax: (646) 964-6633

[rbernstein@rjblaw.com](mailto:rbernstein@rjblaw.com)

Unless explicitly designated as "E-Contract Intended", this e-mail does not constitute a contract offer, contract amendment, acceptance of a contract offer, waiver of any contract provision, or a signed writing for purposes of a contract modification. The above signature block is not a legally binding signature on behalf of the sender or any client unless the email specifically states an intent to be bound. This communication may contain information that is legally privileged and/or confidential. Dissemination or copying is prohibited if you are not the intended recipient. If you have received this message in error, kindly notify the sender by telephone or e-mail and delete it from your computer and from any archival or back-up files. This email is not intended for and cannot be relied upon for avoidance or mitigation of any tax code penalties.