| | |
|---|---|
| **From:** | Roger Bernstein <rbernstein@rjblaw.com> |
| **Sent:** | Wednesday, September 7, 2022 10:01 AM |
| **To:** | Williams, William A. |
| **Subject:** | Javeri bank accounts |
| **Attachments:** | 02-29-2020 WellsFargo statement - deposit of Chase withdrawal.pdf; TD Bank statement ending 3-31-20 - 2-6-20 $50,000 deposit.pdf; AJ Responses to Trustee's Counsel's Targeted Requests (as of Sept. 7, 2022).xlsx |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**

Will,

It turns out that there is no mystery about the two substantial Chase savings account withdrawals when the account was closed in early 2020. They were simply transfers to other bank accounts. See attached. (You have these statements already; attached for convenience.)

Please send the full account numbers for the Chase accounts that are not filled in on the attached, and also for the Citibank accounts, and I will ask my client to make the appropriate requests of those banks.

Roger

Roger J. Bernstein, Attorney at Law
551 Fifth Avenue, 12th Floor
New York, NY 10176
Tel: (212) 748-4800 (o); (917) 566-5246 (m)
rbernstein@rjblaw.com

Unless explicitly designated as "E-Contract Intended", this e-mail does not constitute a contract offer, contract amendment, acceptance of a contract offer, waiver of any contract provision, or a signed writing for purposes of a contract modification. The above signature block is not a legally binding signature on behalf of the sender or any client unless the email specifically states an intent to be bound. This communication may contain information that is legally privileged and/or confidential. Dissemination or copying is prohibited if you are not the intended recipient. If you have received this message in error, kindly notify the sender by telephone or e-mail and delete it from your computer and from any archival or back-up files. This email is not intended for and cannot be relied upon for avoidance or mitigation of any tax code penalties.