| | |
|---|---|
| **From:** | Allen, Angela M. |
| **Sent:** | Tuesday, December 6, 2022 12:42 PM |
| **To:** | shl.orders@nysb.uscourts.gov |
| **Cc:** | bamini@aminillc.com; rdameron@aminillc.com; rbernstein@rjblaw.com; Williams, William A.; Wedoff, Carl N. |
| **Subject:** | Levin v. Javeri, Case No. 20-01054, Request for Discovery Conference |

To the Chambers of the Honorable Sean H. Lane,

I represent the Trustee, Richard Levin, in the above-captioned matter and the relevant party is Defendant Ami Javeri, whose counsel is copied herein. The Trustee requests a discovery conference with respect to discovery issued pursuant to this Court's Order of Attachment on February 22, 2022 (Dkt. 104 at ¶ 8) and the Stipulation and Order entered on May 6, 2022 (Dkt. 122 at ¶ 9).

The Trustee notes that there is a related Firestar hearing scheduled for this Thursday, December 8 at 2pm ET and would recommend the same hearing date and time should it please the Court and counsel copied here.

Respectfully submitted, Angela Allen

**Angela M. Allen**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 840 7218 | TEL
+1 312 428 0227 | MOBILE
+1 312 840 7318 | FAX
Pronouns: She / Her
AAllen@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.