**Wedoff, Carl N.**

| | |
|---|---|
| **From:** | Reece Dameron <rdameron@aminillc.com> |
| **Sent:** | Thursday, December 29, 2022 11:54 AM |
| **To:** | Wedoff, Carl N. |
| **Cc:** | Allen, Angela M.; Williams, William A. |
| **Subject:** | RE: Levin v. Javeri, Case No. 20-01054 |
| **Attachments:** | Javeri Draft Scheduling Order.doc |

<mark>**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**</mark>

Carl,

We agreed to produce certain documents by January 6 and we are going to keep to that schedule.  We can't agree to the proposed third stipulation. You are just asking us to agree to produce documents you previously requested. This doesn't make sense as attachment discovery and our position hasn't changed since the conference. If you have a proposal for other discovery relating to the existing stipulation, please send it over and we will consider it.

I have attached our proposed scheduling order.  Let me know if you have any changes.

Thanks,

Reece

**From:** Wedoff, Carl N. <CWedoff@jenner.com>
**Sent:** Thursday, December 29, 2022 10:48 AM
**To:** Reece Dameron <rdameron@aminillc.com>
**Cc:** Allen, Angela M. <AAllen@jenner.com>; Williams, William A. <WWilliams@jenner.com>
**Subject:** RE: Levin v. Javeri, Case No. 20-01054

Hi Reece,

I have received no response to my emails sent December 18 and December 23.  If we do not hear back by January 4, we intend to proceed with a motion.

Thanks,
Carl

**From:** Wedoff, Carl N.
**Sent:** Friday, December 23, 2022 2:23 PM
**To:** 'Reece Dameron' <rdameron@aminillc.com>
**Cc:** Allen, Angela M. <AAllen@jenner.com>; Williams, William A. <WWilliams@jenner.com>
**Subject:** RE: Levin v. Javeri, Case No. 20-01054

Reece,

Happy holidays.  Please let me know if your client is amenable to the attached. I am available to discuss.

Thanks,
Carl

**From:** Wedoff, Carl N.
**Sent:** Sunday, December 18, 2022 7:55 PM
**To:** Reece Dameron <rdameron@aminillc.com>
**Cc:** Allen, Angela M. <AAllen@jenner.com>; Williams, William A. <WWilliams@jenner.com>
**Subject:** Levin v. Javeri, Case No. 20-01054

**Settlement Correspondence Subject to Fed. R. Evid. 408**

Hi Reece,

Please find attached a stipulation that would clarify that Ami Javeri is subject to discovery of her attachable assets. As Judge Lane explained during the December 14 hearing, he intends to authorize such discovery, and we think it is unnecessary for either of us to burden him with further, unnecessary motion practice. If you have comments or questions, we are happy to discuss.

Thanks,
Carl

---

## Carl N. Wedoff

**Jenner & Block LLP**
1155 Avenue of the Americas, New York, NY 10036-2711  |  jenner.com
+1 212 891 1653 | TEL
+1 347 714 0986 | MOBILE
+1 212 909 0830 | FAX
CWedoff@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.