| | |
|---|---|
| **From:** | Reece Dameron <rdameron@aminillc.com> |
| **Sent:** | Friday, January 6, 2023 5:36 PM |
| **To:** | Wedoff, Carl N.; Allen, Angela M.; Williams, William A. |
| **Cc:** | Bijan Amini; Avery Samet; Sydney Calhoun |
| **Subject:** | Levin v. Javeri, Adv. Proc. No. 20-01054-shl |

**External Email - <u>Do Not Click</u> Links or Attachments Unless You Know They Are Safe**

Counsel,

The documents Ms. Javeri agreed to produce at the court conference on December 14 may be downloaded from this link: https:/[REDACTED]  This link will expire on February 6, 2023.  A password for the production will be sent under separate cover.

Best regards,

**Reece Dameron**

# AMINI LLC

131 WEST 35™ STREET

12™ FLOOR

NEW YORK, NY 10001

212.490.4700 - OFFICE

301.357.6844 - MOBILE
212.497.8222 - FAX

RDAMERON@AMINILLC.COM - EMAIL


www.aminillc.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail and any attachments may be legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this e-mail and any attachments is strictly prohibited. If you have received this e-mail in error, please notify the sender and permanently delete the e-mail and any attachments immediately. You should not retain, copy or use this e-mail or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.