

Reece Dameron  
MEMBER NY BAR

212.490.4700  
rdameron@aminillc.com

April 12, 2023

**VIA EMAIL AND ECF**

Hon. Sean H. Lane  
United States Bankruptcy Court  
Southern District of New York  
300 Quarropas Street  
White Plains, NY 10601

**Re:** *Levin v. Javeri, et al.*; Adv. Proc. No. 20-01054-shl; Briefing Schedule

Dear Judge Lane,

We represent Defendant Ami Javeri in the above referenced matter. Per the instructions of your law clerk, we are writing to memorialize an agreed briefing schedule for a motion related to the payment of apartment expenses. The Court held a conference with the parties on April 5, 2023. After the conference, we agreed with counsel for the Plaintiff to submit motion papers on the following schedule.

Defendant will file her motion by Monday April 24, 2023.

Any parties opposing the motion will file their objections by Monday May 8, 2023.

We have already requested and scheduled a hearing on the motion for Tuesday, May 16, 2023.

Respectfully submitted,

/s/ Reece Dameron

Reece Dameron

cc:    Counsel of Record