UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors, | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.,*<br><br>Defendants. | Adv. Proc. No. 20-01054 (SHL) |

## **NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the hearing on the motion for an Order Directing the Payment of Expenses filed by defendant Ami Javeri (Adv. Dkts. 152-157), previously scheduled for May 16, 2023 at 2:00 p.m. ET, has been rescheduled for June 5, 2023 at 2:00 p.m. ET. The objection deadline is extended to May 15, 2023, and the reply deadline is extended to May 22, 2023.

The hearing will be conducted via Zoom®. Parties wishing to participate in the hearing must register their appearance utilizing the Electronic Appearance portal located on the Court's website at: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. Appearances must be entered no later than 4:00 p.m. ET on June 4, 2023. Additional information concerning how to

1

participate in the hearing is available in the Court's Zoom Video Hearing Guide, available at:

https://www.nysb.uscourts.gov/zoom-video-hearing-guide.

Dated: New York, New York  
      May 5, 2023

Respectfully submitted,

AMINI LLC

By:   */s/ Reece Dameron*  
Bijan Amini  
Avery Samet  
Reece Dameron  
131 West 35th Street, 12th Floor  
New York, New York 10001  
(212) 490-4700  
bamini@aminillc.com  
asamet@aminillc.com  
rdameron@aminillc.com  
*Co-Counsel for Ami Javeri*

Roger J. Bernstein  
551 Fifth Avenue, 12th Floor  
New York, NY 10176  
(212) 748-4800  
rbernstein@rjblaw.com  
*Co-Counsel for Ami Javeri*