UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>FIRESTAR DIAMOND, INC., *et al.*<br>Debtors, | Chapter 11<br>No. 18-10509 (SHL)<br>(Jointly Administered) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br>Plaintiff,<br>vs.<br>AMI JAVERI (A/K/A AMI MODI), *et al.*,<br>Defendants. | Adv. Proc. No. 20-01054 (SHL) |

# SUPPLEMENTAL DECLARATION OF AMI JAVERI IN SUPPORT OF HER MOTION FOR THE PAYMENT OF APARTMENT EXPENSES

Ami Javeri hereby declares:

1. I am submitting this declaration pursuant to 28 U.S.C. § 1746 in support of the motion for the payment of expenses for the Essex House Apartment and Ritz-Carlton Apartment (collectively the "Apartments") ▮▮▮▮▮▮▮▮

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

███████ A true and correct copy of this email is attached to this declaration as Exhibit A.

3. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

4. ████████████████████████████████████████████████████████

███████ A true and correct copy of the property tax bill is attached to this declaration as Exhibit B.

5. ████████████████████████████████████████████████████████

███████ A true and correct copy of this bill is attached as Exhibit C.

6. ████████████████████████████████████████████████████ A true and correct copy of a ledger showing the unpaid amounts is attached as Exhibit D.

7. ████████████████████████████████████████████████████████

███████ A true and correct copy of this bill as attached as Exhibit E.

8. ████████████████████████████████████████████████████████

████████████████████████████████████████████████████████. True and correct copies of these bill are attached as Exhibit F.

9. ████████████████████████████████████████████████████████

███████ A true and correct copy of the bill is attached as Exhibit G.

10. On May 11, 2022, Plaintiff Richard Levin personally inspected the paintings and other items maintained in a storage unit in the Bronx, ████████████████████████

████████████████████████████████████████████████████████

████████████████████

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on May 22, 2023.
New York, NY

_____
Ami Javeri