# Exhibit A



**From:** "Demhasaj, Ariana" <Ariana.Demhasaj@ritzcarlton.com>
**Date:** April 28, 2023 at 5:52:48 PM EDT
**To:** Ami Modi

Ms. Modi,



Ariana Demhasaj

Director of The Ritz-Carlton Residences, New York Central Park

50 Central Park South New York, New York 10019

Mobile 1.718.869.2702

Email: Ariana.Demhasaj@Ritzcarlton.com