# Exhibit B



# Property Tax Bill
# Quarterly Statement

Activity through February 18, 2023

**Owner name:** CENTRAL PARK REAL ESTATE LLC

**Mailing address:**

Outstanding Charges
New Charges
**Amount Due**

Please pay by April 3, 2023. To avoid interest pay on or before April 17th.

PTS - LD
1400.01 - S
40 - 0 - 2
68265



Citypay Payments - Property Taxes
Pay as a Guest
Pay by Credit Card or eCheck



NYCePay Payments - Property Taxes
User ID and Password Required
Pay by Wire or eCheck

**PLEASE INCLUDE THIS COUPON IF YOU PAY BY MAIL OR IN PERSON**

---

**BBL: 1-01011-1749**

**Statement of Account**
P.O. Box 10
Maplewood, NJ 07040

**Pay Today The Easy Way**
nyc.gov/payonline

**Amount Enclosed:**

**Make checks payable & mail payment to:**
NYC Department of Finance
P.O. Box 680
Newark NJ 07101-0680

8072353230218 01 1010111749 0000011784087 0000011784087 230403112023000    6







If you own income-producing property, you must file a Real Property Income and Expense (RPIE) statement or a claim of exclusion by June 1, 2023, unless you are exempt by law. Visit www.nyc.gov/rpie for more information. Failure to file will result in penalties and interest, which will become a lien on your property if they go unpaid.

**Home banking payment instructions:** Log into your bank or bill pay website and add "NYC DOF Property Tax" as the payee. Your account number is your borough-block-lot number: 1-1011-1749. Our address is P. O. Box 680, Newark, NJ 07101-0680.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**To update your mailing address:** Visit nyc.gov/changemailingaddress or call 311.

We offer payment agreements for outstanding property taxes. Visit nyc.gov/dofpaymentplans.

**Register to receive your property tax payment receipts by email!** Visit nyc.gov/contactdof to sign up.

