# Exhibit C

Essex - Marriott Hotel Services, Inc
c/o KWPMC
8200 NW 33rd Street, Suite 300
Miami, FL 33122





**Send Payment To:**
**Marriott Hotel Services, Inc**
c/o Truist
PO Box 628207
Orlando FL 32862-8207

*Make Checks Payable to Essex - Marriott Hotel Services, Inc*



892070000000000000214126143000038748599900031179157