# Exhibit D

05/09/2023 11:38 AM

Resident Transaction Report
Central Park
Dates 01/01/2023 to 05/09/2023

Page: 9

KW Property Management & Cons.
8200 NW 33rd Street, Suite 300
Miami FL  33122

