# Exhibit E



Electronic Security and Communications Corporation

36 East 31st Street
New York, NY 10016
tel: 212 683-3336
www.escc.com

STATEMENT

| Date | Due Date | Reference | Paid | Description | Amount | Balance |
|------|----------|-----------|------|-------------|--------|---------|
|      |          |           |      |             |        |         |

TOTAL:

Due Now

This Business is Licensed by the New York State Department of State  NY License #1200026790