# Exhibit F



# State Farm

**State Farm Fire and Casualty Company**

State Farm Fire and Casualty Company
PO Box 2356
Bloomington IL 61702-2356

H-28-126D-FB0D  C

000133  0001

ST-1
0101-1001

**BALANCE DUE NOTICE**

Location:

Important Message(s)

State Farm Fire and Casualty Company
A Stock Company With Home Offices in Bloomington, Illinois

PO Box 2356
Bloomington IL 61702-2356



# BALANCE DUE NOTICE

**Your State Farm Agent**
MIKE CHRISTASTIE
280 N BEDFORD RD STE 207
MOUNT KISCO NY    10549-1148

Phone: (914) 666-8963

**IMPORTANT MESSAGES**

Full payment by Date Due continues this policy to MAY 20 2024