# Exhibit G





Please Remit To:

Arista Air Conditioning Corp.
38-26 10th Street
Long Island City, NY 11101
Phone: (718)937-1400

Ami Modi



# INVOICE

**PLEASE REMIT TO**

ARISTA AIR CONDITIONING CORP
38-26 TENTH ST
LONG ISLAND CITY, NY 11101
718-937-1400

| | |
|---|---|
| Service Call | 230227-0038 |
| Call Type | Service |
| Description | HVAC - LIVING ROOM HEAT NOT WORKING SEND FAMILIAR TECH |
| Services Performed | [2/28/2023 12:37:35 PM Maldonado, Darwin]<br>Respond to Service call kitchen dining and living room area not heating properly located dining room area found baseboard heaters not working check actuator found loose connection, fixed wires, now there is water going to baseboards, proceed to check the rest of the baseboards in living room everything is OK check living room fan coil found air in the system bleed out air unit is working now discharging 92° to kitchen area discharging 91 left everything working in order.<br><br>Please use the following URL to view related photos/videos:<br>https://vision.xoeye.io/partners/arista/activity/B0658CD8-E6B3-47FF-94DF-260910A2D369 |

| Salesperson | Customer Number | Order Date | Completion Date | Payment Terms | Contract Type |
|---|---|---|---|---|---|
| | MODIRES-0001 | 2/27/2023 | 2/28/2023 | Upon Receipt | HVAC-10F-04 |

