**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>FIRESTAR DIAMOND, INC., *et al.*<br>Debtors. | Chapter 11<br>No. 18-10509 (SHL)<br>(Jointly Administered) |
| RICHARD LEVIN, trustee for the liquidating trust of FIRESTAR DIAMOND, INC. and OLD AJ, INC.,<br>Plaintiff,<br>v.<br>AMI JAVERI (A/K/A AMI MODI); PURVI MEHTA (A/K/A PURVI MODI); NEHAL MODI; CENTRAL PARK REAL ESTATE, LLC; CENTRAL PARK SOUTH 50 PROPERTIES, LLC; TRIDENT TRUST COMPANY (SOUTH DAKOTA) INC., solely as Trustee of the ITHACA TRUST; TWIN FIELDS INVESTMENTS LTD.; AURAGEM COMPANY LTD.; BRILLIANT DIAMONDS LTD.; ETERNAL DIAMONDS CORPORATION LTD.; FANCY CREATIONS COMPANY LTD.; SINO TRADERS LTD.; SUNSHINE GEMS LTD.,<br>Defendants | Adv. Proc. No. 20-1054 (SHL) |

**ORDER DENYING AMI JAVERI'S MOTION**
**FOR AN ORDER DIRECTING THE PAYMENT OF EXPENSES**

On June 5, 2023, the Court held a hearing on Defendant Ami Javeri's *Motion for an Order Directing the Payment of Expenses* [Dkt. 156]. For the reasons set forth on the record during the hearing, the Motion is DENIED without prejudice.

Dated: June 14, 2023
      White Plains, New York     ***/s/ Sean H. Lane***
                                                  United States Bankruptcy Judge