UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al*.<br><br>                Debtors, | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.,*<br><br>                Defendants. | Adv. Proc. No. 20-01054 (SHL) |

## NOTICE OF HEARING ON AMINI LLC'S MOTION TO WITHDRAW

**PLEASE TAKE NOTICE** that on August 22, 2023, Amini LLC (the "Firm") filed a Motion to Withdraw as Counsel for Defendants Ami Javeri, Central Park Real Estate, LLC, and Central Park South 50, LLC.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before Judge Sean H. Lane of the United States Bankruptcy Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York, on September 26, 2023 at 10:00 am.

**PLEASE TAKE FURTHER NOTICE** that objections to the relief requested in the Motion must be filed with the Bankruptcy Court at the Court's website (with courtesy copies to chambers), and served upon Amini LLC, 131West 35th Street, 12th Floor, New York, NY 10001 so as to ensure actual receipt no later than September 19, 2023, and reply papers shall be served so as to ensure actual receipt not later than 4:00 p.m. on September 22, 2023.

Dated: New York, New York            AMINI LLC
       August 22, 2023

By: \_/s *Bijan Amini*_____
      Bijan Amini
      Reece Dameron
      Avery Samet
131 West 35th Street, 12th Floor
New York, New York 10001
(212) 490-4700
bamini@aminillc.com
rdameron@aminillc.com
asamet@aminillc.com