# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors, | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-01054 (SHL) |

## ORDER ON AMINI LLC'S MOTION TO WITHDRAW

Upon the motion of Amini LLC to Withdraw as Counsel for Defendants Ami Javeri, Central Park Real Estate, LLC and Central Park South 50, LLC (collectively "Defendants"), the Memorandum of Law in Support of the Motion, and the Declaration of Bijan Amini and its associated Exhibits, the Court having found the Motion supported by good cause;

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein;

2. Amini LLC shall be permitted to withdraw as counsel for Defendants Ami Javeri, Central Park Real Estate, LLC and Central Park South 50, LLC;

3. All proceedings in this matter shall be stayed for 120 days to permit Defendants to find new counsel.

1

Dated: September __, 2023
White Plains, New York

_____
The Honorable Sean H. Lane
United States Bankruptcy Judge