UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors, | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.*,<br><br>Defendants. | Adv. Proc. No. 20-01054 (SHL) |

## DECLARATION OF BIJAN AMINI IN SUPPORT OF
## AMINI LLC'S MOTION TO WITHDRAW

Bijan Amini hereby declares:

1. I am a member of Amini, LLC (the "Firm") and I am representing Defendants Ami Javeri ("Javeri"), Central Park Real Estate, LLC ("CPRE"), and Central Park South 50, LLC ("CPS50" and collectively "Defendants") in this matter. I am submitting this declaration pursuant to 28 U.S.C. § 1746 in support of Amini LLC's motion to withdraw as counsel for Defendants.

2. The Firm was engaged to represent Defendants in the above captioned adversary proceeding on September 6, 2022 and entered an amended engagement letter on September 13, 2022.

3. The amended engagement letter stated that the Firm would send monthly invoices

and that invoices were due within 30 days of receipt. It further stated that should any bill become 60 days past due, the Firm may choose to cease all work on the matter and that failure to pay any interim invoice when due shall be grounds for the Firm to withdraw as counsel in connection with the matter.

4. The Firm invoiced Ms. Javeri on a monthly basis as stated in the amended engagement letter.

5. The Firm last received payment on April 18, 2023.

6. Since that time, the Firm has sent additional invoices to Javeri dated April 28, 2023, May 8, 2023, June 12, 2023, and July 14, 2023. Each of these invoices is more than 30 days past due and the invoices from June and earlier are more than 60 days past due. Redacted copies of these invoices are attached to this declaration as Exhibit A.

7. The Firm also sent an invoice to Javeri on August 9, 2022. Although this invoice is not yet past due, we have no expectation of payment. A redacted copy of this invoice is also included in Exhibit A.

8. The total amount unpaid under the above invoices is $161,951.56.

9. I have requested payment from Javeri several times over the past few months and do not believe payment is forthcoming.

10. A true and correct copy of Plaintiff Richard Levin's Initial Disclosures in this Matter are attached hereto as Exhibit B.

11. The Firm's withdrawal will not impact the prosecution of the case because motions to dismiss have not yet been decided and merits discovery has just begun with the parties exchanging initial disclosures on August 15, 2023.

12. The Firm will not assert a charging lien or retaining lien in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 22, 2023
    New York, NY


*/s Bijan Amini*
Bijan Amini