# Exhibit A

*Invoice submitted to:*
Ami Javeri

April 28, 2023
File #45950122

*Invoice* # 11835

*In Reference To:* Levin

Professional Services





| | Hours | Amount |
|---|---|---|
| 3/22/2023 SC ███████████████ ██████ | ███ | ███ |
| 3/23/2023 RD █████████████████ | ███ | █████ |
| SC ████████████ | ███ | ███ |
| 3/24/2023 SC ██████████████ ███ | ███ | ███ |
| 3/29/2023 JC ████████████████ ██████████████ | ███ | █████ |
| RD ███████████████ | ███ | █████ |
| 3/30/2023 SC ██████████████████ ████ | ███ | █████ |
| 3/31/2023 SC █████████████ | ███ | ███ |

**For professional services rendered**     109.30   **$31,010.00**

Disbursements:

| | | Qty/Price | |
|---|---|---|---|
| 10/26/2022 | Court Reporter<br>Court reporter - AA Express Transcripts invoice 6997 - Transcript of proceedings | 1<br>116.40 | 116.40 |
| 2/21/2023 | Court Reporter<br>Court reporter - AA Express Transcripts invoice 6998 - Transcript of proceedings | 1<br>145.20 | 145.20 |
| 3/21/2023 | Research<br>Research - Pacer Service Center from January 27 to March 21, 2023 | 1<br>20.20 | 20.20 |

**Total costs**     **$281.80**

**Total amount of this bill**     **$31,291.80**

**Previous balance**     **$44,522.60**

4/18/2023 Payment - Thank You - ███████████████     ($50,000.00)

|                                     |        Amount |
| ----------------------------------- | ------------: |
| **Total payments and adjustments**  | **($50,000.00)** |
| **Balance due**                     | **$25,814.40** |

## Attorney Summary

| Name | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Avery Samet - Member | | | |
| Bijan Amini - Member | | | |
| Jeff Chubak - Associate | | | |
| Reece Dameron - Associate | | | |
| Brandon Hicks - Paralegal | | | |
| Sydney Calhoun - Paralegal | | | |

*Invoice submitted to:*
Ami Javeri

May 8, 2023
File #45950122

*Invoice* # 11864

*In Reference To:* Levin

Professional Services





|  | Hours | Amount |
|---|---|---|
| 4/26/2023 RD ███████████████████████████ | ██ | ██ |

| | | |
|---|---|---|
| **For professional services rendered** | 82.80 | $39,158.00 |
| **Previous balance** | | $25,814.40 |
| **Balance due** | | $64,972.40 |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bijan Amini - Member | █ | █ | █ |
| Lita Beth Wright - Member | █ | █ | █ |
| Reece Dameron - Associate | █ | █ | █ |
| Abla Laallam - Paralegal | █ | █ | █ |
| Brandon Hicks - Paralegal | █ | █ | █ |
| Sydney Calhoun - Paralegal | █ | █ | █ |
| Yangji Sherpa - Paralegal | █ | █ | █ |

# Amini LLC

131 West 35th Street
12th Floor
New York, NY 10001
212-490-4700

*Invoice submitted to:*
Ami Javeri

June 12, 2023
File #45950122

*Invoice* # 11898

*In Reference To:* Levin

Professional Services







| | Hours | Amount |
|---|---|---|
| 5/26/2023 RD ██████████████ | ██ | ██ |
| 5/28/2023 JWB ████████ | | ████████ |
| 5/30/2023 RD ██████████ | ██ | ██ |

| | Hours | Amount |
|---|---|---|
| **For professional services rendered** | 94.10 | $22,700.00 |
| **Previous balance** | | $64,972.40 |
| **Balance due** | | $87,672.40 |



**Attorney Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Avery Samet - Member | | | |
| Avery Samet - Member | | | |
| Bijan Amini - Member | | | |
| Jeff Chubak - Associate | | | |
| John W. Brewer - Of Counsel | | | |
| Reece Dameron - Associate | | | |
| Sydney Calhoun - Paralegal | | | |

**Amini LLC**
131 West 35th Street
12th Floor
New York, NY 10001
212-490-4700

*Invoice submitted to:*
Ami Javeri

July 14, 2023
File #45950122

*Invoice* # 11942

*In Reference To:* Levin

Professional Services





| | | Hours | Amount |
|---|---|---|---|
| 6/15/2023 | SC | █ | █ |
| 6/16/2023 | BA | █ | █ |
| | RD | █ | █ |
| | SC | █ | █ |
| 6/19/2023 | BA | █ | █ |
| 6/20/2023 | RD | █ | █ |
| | SC | █ | █ |
| 6/21/2023 | JC | █ | █ |
| | RD | █ | █ |
| | SC | █ | █ |
| 6/22/2023 | BA | █ | █ |
| | RD | █ | █ |
| | RBW | █ | █ |
| | SC | █ | █ |
| 6/23/2023 | RD | █ | █ |
| | SC | █ | █ |
| 6/26/2023 | SC | █ | █ |

| | | Hours | Amount |
|---|---|---|---|
| 6/27/2023 SC | ██████████████████████ | ██ | ██ |
| 6/28/2023 SC | ██████████████████████ | ██ | ██ |
| 6/30/2023 BA | ████████████ | ██ | ██ |
| RD | █████████████ | ██ | ██ |
| **For professional services rendered** | | 98.50 | $35,835.00 |

Disbursements:

| | | Qty/Price | |
|---|---|---|---|
| 6/5/2023 | Court Reporter | 1 | 199.65 |
| | Court reporter - AA Express Transcripts invoice 7022 - Transcript of proceedings | 199.65 | |
| 6/15/2023 | Telephone | 1 | 8.77 |
| | Telephone - Level 3 Communications, LLC invoice 645059853 - Conference call | 8.77 | |
| 6/20/2023 | Telephone | 1 | 5.68 |
| | Telephone - Level 3 Communications, LLC invoice 645059853 - Conference call | 5.68 | |
| 6/22/2023 | Telephone | 1 | 10.60 |
| | Telephone - Level 3 Communications, LLC invoice 645059853 - Conference call | 10.60 | |
| 6/30/2023 | Research | 1 | 27.10 |
| | Research - Pacer Service Center from 2nd quarter 2023 | 27.10 | |

| | |
|---|---|
| **Total costs** | **$251.80** |
| **Total amount of this bill** | **$36,086.80** |
| **Previous balance** | **$87,672.40** |
| **Balance due** | **$123,759.20** |

## Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Avery Samet - Member | ██ | ██ | ██ |

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Bijan Amini - Member | | | |
| Jeff Chubak - Associate | | | |
| John W. Brewer - Of Counsel | | | |
| Reece Dameron - Associate | | | |
| Rebecca Bihn-Wallce - Paralegal | | | |
| Sydney Calhoun - Paralegal | | | |

# Amini LLC
131 West 35th Street
12th Floor
New York, NY 10001
212-490-4700

*Invoice submitted to:*
Ami Javeri

August 9, 2023
File # 45950122

*Invoice* # 11984

*In Reference To:* Levin

Professional Services





|  | | Hours | Amount |
|---|---|---|---|
| 7/20/2023 IT | ███████████████ | ██ | ██ |
| 7/21/2023 RD | ████████████ | ██ | ███ |
| SC | █████████████ | ██ | ███ |
| 7/24/2023 BA | ██████ | ██ | ██ |
| SC | ██████████████ | ██ | ███ |
| 7/25/2023 SC | ███████████████ | ██ | ██ |
| 7/26/2023 SC | █████ | ██ | ███ |
| 7/27/2023 BA | ███████ | ██ | ███ |
| SC | █████ | ██ | ███ |
| 7/29/2023 BA | ██████████████ | ██ | ██ |
| 7/31/2023 SC | ████████████ | ██ | ███ |

**For professional services rendered**                          126.60  **$38,185.00**

Disbursements:

|  | | Qty/Price | |
|---|---|---|---|
| 6/30/2023 | Telephone | 1 | 7.36 |
| | Telephone - Level 3 Communications, LLC invoice 648900830 - Conference call | 7.36 | |

**Total costs**                                                              **$7.36**

**Total amount of this bill**                                        **$38,192.36**

**Previous balance**                                               **$123,759.20**

| | Amount |
|---|---|
| **Balance due** | **$161,951.56** |

Attorney Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bijan Amini - Member | | | |
| Reece Dameron - Associate | | | |
| Isabella Thorpe - Paralegal | | | |
| Rebecca Bihn-Wallce - Paralegal | | | |
| Sydney Calhoun - Paralegal | | | |

