UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>Debtors, | Chapter 11<br><br>No. 18-10509 (SHL)<br><br>(Jointly Administered) |
| Richard Levin, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC. and OLD AJ, INC., f/k/a A. JAFFE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>AMI JAVERI (A/K/A AMI MODI), *et al.,*<br><br>Defendants. | Adv. Proc. No. 20-01054 (SHL) |

### ORDER ON AMINI LLC'S AND ROGER BERNSTEIN'S MOTIONS TO WITHDRAW

On September 26, 2023, the Court held a hearing on Amini LLC's ("Amini") Motion to Withdraw, ECF Nos. 171-172 and Roger J. Bernstein's ("Bernstein") Motion for Leave to Withdraw, ECF Nos. 175-176 (the "Motions"). Amini LLC is counsel of record for Defendants Ami Javeri ("Javeri"), Central Park Real Estate, LLC ("CPRE"), and Central Park South 50, LLC ("CPS50," and collectively "Defendants"). Bernstein is counsel for Defendant Ami Javeri.

The Motions are GRANTED to the extent that Amini and Bernstein are permitted to withdraw as counsel for Defendants. ***Withdrawing counsel shall serve a copy of this Order on their former clients in this case within three business days of the filing of this Order and shall file a certificate of such service on the docket within five business days of the filing of this Order. [SHL]***

The Motion to stay this case is DENIED.

Counsel for Defendants CPRE and CPS50 shall appear within 30 days. Counsel for Javeri shall appear or Javeri shall inform the Court of her intention to proceed *pro se* within 30 days.

DATED: White Plains, New York
November 3, 2023

*/s/ Sean H. Lane*
United States Bankruptcy Judge