# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>    Debtors. | Chapter 11<br><br>No. 18-10509 (DSJ)<br><br>(Jointly Administered) |
| RICHARD LEVIN, as trustee of the FIRESTAR DIAMOND LIQUIDATING TRUST and the OLD AJ LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>NIRAV MODI and MIHIR BHANSALI,<br><br>    Defendants. | Adv. Proc. No. 19-1102 (DSJ) |
| RICHARD LEVIN, as trustee of the FIRESTAR DIAMOND LIQUIDATING TRUST and the OLD AJ LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>  v.<br><br>AMI JAVERI *et al.*,<br><br>    Defendants. | Adv. Proc. No. 20-1054 (DSJ) |

**ORDER AUTHORIZING AND DIRECTING DEPOSITION OF NIRAV MODI**

This matter coming before the Court on the motion (the "**Motion**") filed by Plaintiff Richard Levin, as trustee (the "**Trustee**") for the Firestar Diamond Liquidating Trust and the Old AJ Liquidating Trust seeking entry of an order authorizing and directing the deposition of Defendant Nirav Modi in connection with the above-referenced adversary cases; the Court having reviewed the Motion; the Court having found that the Court has jurisdiction over this matter under 28 U.S.C. § 1334; **and upon the record of the hearing held on August 22, 2024;** and the Court having determined that the legal and factual bases set forth in the Motion~~, and~~ establish just cause for the relief requested therein; **[DSJ 8/23/2024]**

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein.

2. The Trustee is authorized to take a deposition of Nirav Modi under Federal Rule of Civil Procedure 30(a)(2)(B).

3. Nirav Modi shall sit for a deposition at such time and place as the Trustee may notice or otherwise agree. Mr. Modi shall also make any necessary arrangements with the appropriate officials at HMP Thameside (or any other facility at which he is located at the time of his deposition) to ensure he is able to attend such deposition. The foregoing relief is not intended to and does not supersede, abrogate, or modify any law or requirement of the United Kingdom **nor of HMP Thameside (or any other facility at which Mr. Modi is located at the time of his deposition)** that may apply to such deposition. **[DSJ 8/23/2024]**

4. The scope of the deposition may encompass any matter relevant to the above-referenced adversary cases, including for purposes of obtaining discovery in aid of attachment to the extent previously authorized by this Court.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order, including the authority to impose sanctions on any person or entity that violates this Order.

Dated: New York, New York
      August 23, 2024

                                        *s/ David S. Jones*
                                    HONORABLE DAVID S. JONES
                                    UNITED STATES BANKRUPTCY JUDGE