**Exhibit B**

## Williams, William A.

| | |
|---|---|
| **From:** | Williams, William A. |
| **Sent:** | Tuesday, September 17, 2024 4:38 PM |
| **To:** | jchou@moritthock.com; mdworkin@moritthock.com; kshaffy@moritthock.com; james.chou@saul.com; marshall.dworkin@saul.com |
| **Cc:** | Allen, Angela M.; Wedoff, Carl N. |
| **Subject:** | FW: In re Firestar Diamond, Inc. (Adv. Proc. Nos. 19-1102 & 20-1054) (Bankr. S.D.N.Y.) - Notice of Deposition of Defendant Nirav Modi |

James/Marshall,

Following up on my below email, can you please confirm that Mr. Modi is aware of the upcoming deposition on October 7 and that he intends to comply with Judge Jones's August 23 order?

As noted below, the Trustee is happy to work with Mr. Modi on timing and logistics if he agrees to cooperate with us. Otherwise, we will be forced to infer from Mr. Modi's silence that he is refusing to comply, and will proceed accordingly to enforce the order in the US and UK courts.

Thanks,
Bill

---

**From:** Williams, William A.
**Sent:** Friday, September 13, 2024 11:27 AM
**To:** Robert Lawrie <rlawrie@bcl.com>;; butlert@whiteandwilliams.com; sullivann@whiteandwilliams.com; bsuess@muellerfirm.com; fhyman@crowell.com; emichailidis@eisnerlaw.com; rbernstein@rjblaw.com; atoossi@akrivislaw.com; bkaufman@schoeman.com; poprey@schoeman.com; mrowin@lynchrowin.com
**Cc:** Allen, Angela M. <AAllen@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Ewelina James <ejames@bcl.com>; Francesca Donno <fdonno@bcl.com>; Yardley, Jason <JYardley@jenner.com>; Hennessey, Clare <CHennessey@jenner.com>
**Subject:** RE: In re Firestar Diamond, Inc. (Adv. Proc. Nos. 19-1102 & 20-1054) (Bankr. S.D.N.Y.) - Notice of Deposition of Defendant Nirav Modi

Dear Mr. Lawrie,

Thank you for your prompt response.

Yes, Mr. Modi's representatives are welcome to attend the deposition. If Mr. Modi will please just confirm that he intends to cooperate generally, we are happy to be flexible with respect to the timing and format of the deposition (and to do our part to coordinate with HMP Thameside) to accommodate everyone's needs. All else equal, we would prefer to be able to examine Mr. Modi in-person, but we can certainly explore whether a hybrid format is feasible to better facilitate broader participation. At the moment, we only anticipate having two in-person attendees present on behalf of the Trustee.

We have also reviewed the legal visit protocols you referenced on HMP Thameside's website. It is not clear to us whether a deposition (as opposed to a routine attorney consultation) would be subject to the strict duration limits, but we are looking into this and will reach out to HMP Thameside to discuss a potential solution.

Best,

Bill

---

**From:** Robert Lawrie <rlawrie@bcl.com>
**Sent:** Friday, September 13, 2024 3:03 AM
**To:** Williams, William A. <WWilliams@jenner.com>; jchou@moritthock.com; mdworkin@moritthock.com; kshaffy@moritthock.com; james.chou@saul.com; marshall.dworkin@saul.com; butlert@whiteandwilliams.com; sullivann@whiteandwilliams.com; bsuess@muellerfirm.com; fhyman@crowell.com; emichailidis@eisnerlaw.com; rbernstein@rjblaw.com; atoossi@akrivislaw.com; bkaufman@schoeman.com; poprey@schoeman.com; mrowin@lynchrowin.com
**Cc:** Allen, Angela M. <AAllen@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>; Ewelina James <ejames@bcl.com>; Francesca Donno <fdonno@bcl.com>
**Subject:** RE: In re Firestar Diamond, Inc. (Adv. Proc. Nos. 19-1102 & 20-1054) (Bankr. S.D.N.Y.) - Notice of Deposition of Defendant Nirav Modi

==**External Email - Do Not Click** Links or Attachments Unless You Know They Are Safe==



Dear Mr Williams,

Thank you for your email.

Whilst I will endeavour to take instructions from my client before 19 September, I would be grateful, in the meantime, if you could please help me with the following:

1. My understanding is that Mr Modi's representatives would be entitled to attend at a deposition.  Please confirm that this is correct.  If that is the case then – subject to whether Mr Modi would like me to attend – I would not be available on 7 October.  Is there any particular significance to this date?

2. Is it your intention that the deposition should be an in person meeting, or are you envisaging a video meeting?

3. Subject to the above point, there are limits on the number of people who can attend at any legal visit.  Please confirm how many people you would intend would be attending from your side.

4. There are strict limits on the duration of any legal visits.  I presume that you have reviewed the relevant website (https://www.serco.com/uk/sector-expertise/justice/hmp-thameside/legal-visits-thameside) and that you are aware of this.  How long do you envisage for the deposition?

5. My experience is that it is not for Mr Modi alone to take the steps necessary to arrange a legal visit, or at least not for Mr Modi alone; there are steps which it will be necessary for you to follow in advance of a visit.  Have you contacted HMP Thameside to look into this?

Kind regards,

**Robert Lawrie** | Consultant | **BCL Solicitors LLP**

51 Lincoln's Inn Fields London WC2A 3LZ | DX 37981 Kingsway | Tel +44 (0)20 7430 2277 | Fax +44 (0)20 7430 1101 | Email law@bcl.com | Web www.bcl.com

BCL Solicitors LLP is a limited liability partnership registered in England and Wales (Registration Number OC411856) and is authorised and regulated by the Solicitors Regulatory Authority (SRA Number 630433) whose rules can be found on the SRA website (www.sra.org.uk/rules). A list of members is open to inspection at our registered office (51 Lincoln's Inn Fields, London WC2A 3LZ). The firm is registered for Value Added Tax in the United Kingdom (Registration Number 769 2645 83).

The word 'partner', used in relation to BCL Solicitors LLP, refers to a member of BCL Solicitors LLP or an employee or consultant of BCL Solicitors LLP (or any affiliated firm) of equivalent standing. A full list of partners and their qualifications can be found on the firm's website (www.bcl.com).

This message (which includes any attachment) is confidential and may be covered by legal professional privilege. If you have received this message in error, please delete it (and all copies from your system) and notify the sender immediately; you should not retain the message in any form or disclose its contents to anyone.

Any opinions expressed in this message may be personal to the author and may not necessarily reflect the opinions of BCL Solicitors LLP. Any communications sent by or to any person through our computer systems may be viewed by other members of this firm. Reasonable precautions have been taken to ensure that any attachment has been swept for viruses, but we will not accept any liability for any damage sustained as a result of software viruses and recommend that you carry out your own virus checks before opening any attachment.

**From:** Williams, William A. <WWilliams@jenner.com>
**Sent:** Thursday, September 12, 2024 8:56 PM
**To:** jchou@moritthock.com; mdworkin@moritthock.com; kshaffy@moritthock.com; james.chou@saul.com; marshall.dworkin@saul.com; Robert Lawrie <rlawrie@bcl.com>; butlert@whiteandwilliams.com; sullivann@whiteandwilliams.com; bsuess@muellerfirm.com; fhyman@crowell.com; emichailidis@eisnerlaw.com; rbernstein@rjblaw.com; atoossi@akrivislaw.com; bkaufman@schoeman.com; poprey@schoeman.com; mrowin@lynchrowin.com
**Cc:** Allen, Angela M. <AAllen@jenner.com>; Wedoff, Carl N. <CWedoff@jenner.com>
**Subject:** [EXTERNAL] In re Firestar Diamond, Inc. (Adv. Proc. Nos. 19-1102 & 20-1054) (Bankr. S.D.N.Y.) - Notice of Deposition of Defendant Nirav Modi

Counsel,

On behalf of your respective clients in the above-referenced Firestar litigation, please accept service of the attached *Trustee's Notice of Deposition of Defendant Nirav Modi*.

As reflected in the notice, the Trustee will take Nirav Modi's deposition at HMP Thameside in London on October 7, 2024 in accordance with the *Order Authorizing and Directing Deposition of Nirav Modi* (the "Order"), a copy of which is attached as Exhibit A to the notice.

The Trustee asks that Mr. Modi please confirm by September 19, 2024 that he intends to comply with the Order (including his obligation to make all necessary arrangements with officials at HMP Thameside).

If anyone has any questions or would like to discuss any logistics-related matters, please do not hesitate to reach out.

Thanks,
Bill

**William A Williams**

**Jenner & Block LLP**
353 North Clark Street
Chicago, IL 60654-3456    |    jenner.com
+1 312 840 7257    |    Tel
+1 312 825 5186    |    Mobile
WWilliams@jenner.com
Download V-Card    |    View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system