1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                                     JENNER&BLOCK LLP

Carl N. Wedoff
Tel 212 891 1653
cwedoff@jenner.com

**BY ECF / FIRST CLASS POST**

October 22, 2025

The Honorable David S. Jones
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004
jones.chambers@nysb.uscourts.gov

Re:  *Levin v. Modi*, Adv. Proc. No. 19-1102
     *Levin v. Javeri*, Adv. Proc. No. 20-1054
     *Levin v. Bhansali*, Adv. Proc. No. 24-1321

Dear Judge Jones,

This firm is counsel to Richard Levin, not individually but in his capacity as liquidating trustee (the "**Trustee**") of the Firestar Diamond Liquidating Trust and as plaintiff in the adversary proceedings referenced above.

As the Court is aware, fact discovery in the adversary proceedings closes on October 24, 2025. The Trustee writes to inform the Court of his efforts to apprise Defendant Nirav Modi of developments in the case and make all practicable efforts to provide Mr. Modi with access to litigation materials.[1]

On October 21, 2025, Ms. Sheila Valecha emailed the Court, the Trustee, and the Trustee's counsel requesting an extension of Mr. Modi's time to respond to the Trustee's Second Set of Requests for Admission.[2] A true and correct copy of the email is attached hereto as **Exhibit 1**. Relevant here, Ms. Valecha stated, "Mr. Modi was recently, on 17 October 2025,

---

[1] As noted in the *Decision and Order Granting Trustee's Motion To Deem As Admitted The Matters Stated In The Trustee's First Set Of Requests For Admission To Defendant Nirav Modi*, Mr. Modi did not produce any documents in response to the Trustee's Second Requests for Production of Documents. *In re Firestar Diamond*, 2025 WL 2938041, at *2 (Bankr. S.D.N.Y. Oct. 15, 2025). In addition, Mr. Modi, despite appearing pro se in this matter, retained counsel in England to stay the U.K. High Court's May 28, 2025 order directing Mr. Modi to give evidence via deposition. [*See* Dkt. 223 at 5-7.] The stay application remains pending and is unlikely to be decided before the close of fact discovery on October 24, 2025.

[2] The Trustee does not consent to the extension request and reserves all rights thereto.

The Honorable David S. Jones
October 22, 2025
Page 2

transferred to another prison, HMP Pentonville, without prior notice, and no legal papers were transferred with him. In addition, communication with him is currently limited while the new facility finalizes its procedures." The Trustee will continue to make reasonable efforts to apprise Mr. Modi of developments in this litigation.

1. **Electronic records.**

As is typical in litigation, parties in these adversary proceedings have exchanged discovery materials electronically.

As set forth in the *Trustee's Reply in Support of Motion for Order Deeming as Admitted the Matters Stated in the Trustee's First Set of Requests for Admission to Defendant Nirav Modi* [Dkt. 225] (the "**RFA Reply**"), the Trustee timely served responses and objections to Mr. Modi's First Requests for Production of Documents and produced 1,097 documents, totaling approximately 20,000 pages, on Mr. Modi's prior counsel over two years ago and approximately 10 months before he terminated his counsel's employment. *See id.* at 4 & Exs. 2-5.

In addition, since Mr. Modi's termination of his counsel's employment, the Trustee has repeatedly offered to make all document productions available to Mr. Modi in the same format he has made them available to other defendants, but Mr. Modi has provided no instructions for delivering them, and despite a months'-long process, involving letters, phone calls, and email exchanges between the Trustee and prison officials, the Trustee has been informed that Mr. Modi's laptop request has been denied because Mr. Modi is "requesting functionality that A2DE [Access to Digital Evidence[3]] devices cannot provide." *Id.* at 4 and Ex. 6. In addition, various lawyers representing Mr. Modi in his U.K. proceedings have declined to accept the documents in the electronic form in which they were produced to all other defendants. The Trustee will continue to make all document productions available to Mr. Modi or his U.K. counsel in the same format he has made them available to other defendants.

2. **Hard copy documents.**

Consistent with the representations made by the Trustee in the RFA Reply, the Trustee printed and delivered to Mr. Modi at HMP Thameside (his prior prison) hard copies of all documents (a) produced in response to Mr. Modi's requests for production of documents, Bates stamped "Trustee_NDM," and (b) produced to all defendants in this litigation, Bates stamp "Trustee_All Defendants". *See id.* at 5 n.3. Proof of service of this document delivery, which consisted of at least 12 bankers boxes, is attached hereto as **Exhibit 2**. The hard copies

---

[3] *See Guidance - Access to Digital Evidence (A2DE),* Ministry of Justice and HM Prison Service (Feb. 13, 2025), https://www.gov.uk/government/publications/access-to-digital-evidence-a2de (last visited Sept. 18, 2025).

The Honorable David S. Jones
October 22, 2025
Page 3

do not encompass the full universe of documents the Trustee may use at trial and which have been or will be produced electronically to other defendants by the close of fact discovery. The Trustee will agree to print and deliver to Mr. Modi a reasonable number of additional hard copy documents at Mr. Modi's request.

### 3. Hearing transcripts.

On April 24, 2025, the Court held a joint status conference, which Mr. Modi attended . At the hearing, the Court indicated that it wanted "to explore with you whatever we can do to try to ensure that [Mr. Modi] receive[s] things," and requested the Trustee send Mr. Modi "copies of transcripts of hearings that have occurred." Tr. of Apr. 24, 2025 Hr'g at 44:10–12, 22–23.

The Trustee has printed and delivered hard copy transcripts of the following hearings and conferences to Mr. Modi:

1. September 12, 2023
2. May 2, 2024
3. June 28, 2024
4. September 10, 2024
5. September 24, 2024
6. November 14, 2024
7. April 4, 2025
8. May 22, 2025
9. May 28, 2025
10. September 23, 2025
11. October 1, 2025
12. October 14, 2025

The Trustee will print and send to Mr. Modi hard copies of any additional hearing transcripts as they become available.

### 4. Deposition transcripts.

The Trustee will print and deliver to Mr. Modi hard copies of all transcripts of depositions conducted in connection with these adversary proceedings, including exhibits thereto, subject to confirmation of his ability to receive these voluminous materials at HMP Pentonville.

### 5. Additional Communication.

The Trustee has printed and delivered to Mr. Modi hard copies of pleadings, orders, discovery demands, notices of depositions (including information on remote participation), and other pertinent communication with defendants. Specifically, the Trustee served Mr. Modi with the RFA Reply and the Court's *Decision and Order Granting the Trustee's Motion to Deem as*

The Honorable David S. Jones
October 22, 2025
Page 4


*Admitted the Matters Stated in the Trustee's First Set of Requests for Admission to Defendant Nirav Modi* [Dkt. 234].

* * *

The Trustee reserves all rights concerning the sufficiency of his production of documents to Mr. Modi.

We thank the Court for its attention to this matter.

Sincerely,

/s/ *Carl N. Wedoff*
Carl N. Wedoff


cc:    Counsel to Defendants (*see* Service List, **Exhibit 3**)

# **Exhibit 1**
Sheila Valecha Email

**Wednesday, October 22, 2025 at 11:48:08 AM Eastern Daylight Time**

**Subject:** Request for extension of time to respond to RFAs
**Date:** Tuesday, October 21, 2025 at 9:53:22 AM Eastern Daylight Time
**From:** Sheila V
**To:** Wedoff, Carl N., Allen, Angela M., Williams, William A., Levin, Richard
**CC:** jones.chambers@nysb.uscourts.gov

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



This message needs your attention
- This is a personal email address.
- This is their first email to your company.

Report this Email or Mark as Safe

Dear Mr. Levin,

I am making this request within the current response period to seek a two-week extension for Mr. Modi to submit a response to your Second Request for Admissions.

Mr. Modi was recently, on 17 October 2025, transferred to another prison, HMP Pentonville, without prior notice, and no legal papers were transferred with him. In addition, communication with him is currently limited while the new facility finalizes its procedures.

No prejudice will be caused to you. The brief extension is sought solely due to circumstances beyond Mr. Modi's control.

Kindly note that I am not a legal representative and have not been instructed to act on Mr Modi's behalf in any way. Mr Modi is appearing as a litigant in person in these proceedings and I am only sending this email as Mr Modi is unable to do so.

Kind regards,

Sheila Valecha

**Exhibit 2**
Proof of Service of Hard Copy Documents

Wednesday, October 22, 2025 at 11:49:59 AM Eastern Daylight Time

| | |
|---|---|
| **Subject:** | Addison Lee Booking - POD for Job 202087. |
| **Date:** | Tuesday, September 9, 2025 at 7:31:30 AM Eastern Daylight Time |
| **From:** | Addison Lee |
| **To:** | London Reception |
| **Attachments:** | e90fbd1c-b271-4798-9235-17fd600569ab.jpg, 9243566c-ca11-4308-b287-0563887b0447.jpg |

**External Email - Do Not Click Links or Attachments Unless You Know They Are Safe**



# PROOF OF DELIVERY #202087

Please find below your proof of delivery signature.



| SIGNED FOR BY | DELIVERED TO |
|---|---|
| Hanna | SE28 0FJ |

**SIGNED FOR AT**

Tue 09, Sep 2025 - 12:26 BST



**YOUR SERVICE**

Bike Delivery

---

 Jenner & Block London LLP, 10 Exchange Square, London, EC2A 2BR

1 of 3

**PICK UP CONTACT**

sherri

03300605400

[ldreception@jenner.com](ldreception@jenner.com)



[Hm Prison Thameside, 0, Griffin Manor Way, THAMESMEAD, SE28 0FJ](#)

**DROP OFF CONTACT**

sherri

03300605400

[ldreception@jenner.com](ldreception@jenner.com)

**PROOF OF DELIVERY PHOTO**



**Need help?**

Call us on **(+44) (0)20 7387 8888**

MAKE ANOTHER BOOKING ›

    WWW.ADDISONLEE.COM

Addison Lee's Terms and Conditions of Trading which can be accessed at [http://www.addisonlee.com/terms-2/](http://www.addisonlee.com/terms-2/) apply to all bookings and are incorporated in and form part of all contracts for services unless agreed otherwise by Addison Lee in writing. When making a non-account booking, the customer contracts directly with the driver allocated. Additional charges will apply for any changes you make to the original booking including, but not limited to, change of route, waiting time, car parking, additional pickups or drop offs, address changes or vehicle changes. For more information, please

see our terms and conditions.

Please see our Privacy Notice https://www.addisonlee.com/privacy-notice/ for details of how we handle your personal data including the information collected, how it may be used and when it may need to be shared.

© 2025 Addison Lee Limited | Registered in England: No. 01205530 | Registered Office: The Point, 37 North Wharf Road, London, England, W2 1AF



**Exhibit 3**
Certificate of Service

I HEREBY CERTIFY that on October 22, 2025, I caused a copy of the foregoing letter, with exhibits, to be served upon the following parties by the manner specified.

/s/ *Carl N. Wedoff*
Carl N. Wedoff

**By Courier and First Class Post**

Mr. Nirav Modi
Prisoner no: A7604EH
HMP Pentonville
Caledonian Road
London, N7 8TT
United Kingdom
*Pro se*

**By ECF**

Nicole Sullivan
White and Williams, LLP
7 Times Square, Suite 2900
New York NY 10036
sullivann@whiteandwilliams.com
*Counsel for Mihir and Rakhi Bhansali*

Sam Amir Toossi
Akrivis Law Group, PLLC
747 Third Avenue, 32nd Floor
New York NY 10022
atoossi@akrivislaw.com
*Counsel for Ami Javeri, Central Park South 50 Properties LLC, and Central Park Real Estate LLC*

Benjamin Suess
Mueller Haberman Law Group
19 Engle Street
Tenafly, New Jersey 07670
bsuess@muellerfirm.com
*Counsel for Purvi Mehta*

Derrick J. Carman
Robins Kaplan LLP
1325 Avenue of the Americas, Suite 2601
New York NY 10019
DCarman@RobinsKaplan.com

Timothy W. Billion
Robins Kaplan LLP
150 E. 4th Place, Suite 704
Sioux Falls SD 57104
tbillion@robinskaplan.com
*Counsel for Trident Trust Company (South Dakota) Inc., as trustee of the Ithaca Trust*