**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FIRESTAR DIAMOND, INC., *et al.*<br><br>  Debtors. | Chapter 11<br><br>No. 18-10509 (DSJ)<br><br>(Jointly Administered) |
| RICHARD LEVIN, trustee for the liquidating trust of FIRESTAR DIAMOND, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>NIRAV DEEPAK MODI and MIHIR BHANSALI,<br><br>  Defendants. | Adv. Proc. No. 19-1102 (DSJ) |
| RICHARD LEVIN, trustee for the liquidating trust of FIRESTAR DIAMOND, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>AMI JAVERI *et al.*,<br><br>  Defendants. | Adv. Proc. No. 20-1054 (DSJ) |
| RICHARD LEVIN, trustee for the liquidating trust of FIRESTAR DIAMOND, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>MIHIR BHANSALI and RAKHI BHANSALI,<br><br>  Defendants. | Adv. Proc. No. 24-1321 (DSJ) |

## MEMORANDUM ENDORSED ORDER

  The Court appreciates the status update that this letter provides. The letter does not appear to request judicial action of any kind. Further, the Court has received an undocketed communication (on which the Trustee's counsel was copied), and that communication may moot Mr. Modi's reported desire (but not application) for an extension of the fact discovery deadline. The Court will consider any application if and when such an application is properly submitted

to the Court.

So ordered.

Dated: New York, New York
       October 23, 2025

                                        *s/ David S. Jones*
                                      Honorable David S. Jones
                                      United States Bankruptcy Judge