1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711                    JENNER&BLOCK LLP

**BY ECF AND EMAIL**

November 21, 2025

Carl N. Wedoff
Tel 212 891 1653
cwedoff@jenner.com

The Honorable David S. Jones
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004
jones.chambers@nysb.uscourts.gov

Re:   *Levin v. Javeri*, Adv. Proc. No. 20-1054

Dear Judge Jones,

This firm is counsel to Richard Levin, not individually but in his capacity as liquidating trustee (the "**Trustee**") of the Firestar Diamond Liquidating Trust and as plaintiff in the adversary proceeding referenced above. We write to provide a status update regarding the parties' discussions concerning the Trustee's *Motion for Order Regarding Attachment* [Dkt. 276] in accordance with the Court's November 7, 2025 scheduling order. [Dkt. 286].

The Trustee and Ami Javeri have reached an agreement in principle regarding the stipulation. However, the parties require additional time to finalize the agreement. No later than November 26, 2025, the parties will file either (a) an agreed stipulation, or (b) an additional status report.

We thank the Court for its consideration of this matter.

Sincerely,

/s/ *Carl N. Wedoff*
Carl N. Wedoff