UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| FIRESTAR DIAMOND, INC., et al., | Case No. 18-10509 (DSJ) |
| Debtors. | (Jointly Administered) |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 19-1102 (DSJ) |
| Plaintiff, v. | |
| MIHIR BHANSALI and NIRAV MODI, | |
| Defendants. | |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 20-1054 (DSJ) |
| Plaintiff, v. | |
| AMI JAVERI et al., | |
| Defendants. | |
| RICHARD LEVIN, Chapter 11 Trustee of FIRESTAR DIAMOND, INC., FANTASY, INC., and OLD AJ, INC. f/k/a A. JAFFE, INC., | Adv. Proc. No. 24-1321 (DSJ) |
| Plaintiff, v. | |
| MIHIR BHANSALI and RAKHI BHANSALI, | |
| Defendants. | |

**AMENDED SCHEDULING AND PRE-TRIAL ORDER**

-2-

**The parties cannot amend this order by stipulation or otherwise, and the Court will not amend it unless presented with (i) proof of cause beyond the control of the party seeking amendment and (ii) timely application as soon as possible after the party seeking amendment learns of the cause. FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN DISMISSAL OR OTHER SANCTION. If delay or other act or omission of your adversary may result in a sanction against you, it is incumbent on you to promptly bring this matter to the Court for relief.**

It is hereby ORDERED as follows:

1. Expert discovery shall be completed by **June 6, 2026** and proceed as follows:

    a. The Defendants shall produce any expert report(s) and all documents relied upon by the experts in reaching their opinions to the Trustee by **March 6, 2026**.

    b. The Trustee shall produce any rebuttal expert report(s) and all documents relied upon by the experts in support to the Defendants by **April 10, 2026**.

    c. Expert depositions may commence on or after **April 27, 2026**, beginning with the Trustee's expert(s) in his case in chief, followed by the Defendants' expert(s) and then the Trustee's rebuttal expert(s). Each party shall be responsible for paying the costs of their respective experts to prepare for and testify at depositions.

2. The parties will comport with the obligations under the Local Bankruptcy Rules to move for summary judgment under Fed. R. Bankr. P. 7056 after completion of discovery.

Dated: New York, New York
       February 10, 2026

                                      *s/ David S. Jones*
                                      Honorable David S. Jones
                                      United States Bankruptcy Judge