1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER & BLOCK LLP

**BY EMAIL AND ECF**

May 29, 2026

Carl N. Wedoff
Tel 212 891 1653
cwedoff@jenner.com

The Honorable David S. Jones
United States Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, New York 10004
dsj.orders@nysb.uscourts.gov

Re:   *Levin v. Modi*, Adv. Proc. No. 19-1102
      *Levin v. Javeri*, Adv. Proc. No. 20-1054
      *Levin v. Bhansali*, Adv. Proc. No. 24-1321

Dear Judge Jones,

This firm is counsel to Richard Levin, not individually but in his capacity as liquidating trustee (the "**Trustee**") of the Firestar Diamond Liquidating Trust and as plaintiff in the adversary proceedings referenced above.

Due to various scheduling conflicts involving expert witnesses and counsel, we write on behalf of all parties to request a 12-day extension to the Court's *Amended Pretrial and Scheduling Order* (Dkt. 249 in Adv. 19-1102; Dkt. 289 in Adv. 20-1054; Dkt. 34 in Adv. 24-1321), by which the close of expert discovery would be extended from June 6, 2026 through and including June 18, 2026.

After conferring with Defendants' counsel, the parties have agreed to schedule all noticed expert depositions by June 18, 2026.

The proposed order also incorporates paragraphs 4 and 5 of the Court's form of Scheduling Order.  The Parties are available to appear for a post-discovery pretrial conference on July 16, 2026 at 10:00 a.m. EDT.

The current Scheduling Order provides that "the Court will not amend [the Order] unless presented with (i) proof of cause beyond the control of the party seeking amendment and (ii) timely application as soon as possible after the party seeking amendment learns of the cause." Both requirements are met here.

CENTURY CITY CHICAGO LONDON LOS ANGELES NEW YORK SAN FRANCISCO WASHINGTON, DC          JENNER.COM

The Honorable David S. Jones
May 29, 2026
Page 2

Cause exists to modify the current Scheduling Order. The parties have worked diligently to complete expert depositions, but given unavoidable scheduling conflicts, a short extension is warranted. The parties have endeavored to agree upon dates that do not unduly delay the case. The request is also timely, as the deposition availability and scheduling was only finalized this week.

For these reasons, the Parties respectfully request that this Court enter an Amended Scheduling and Pre-Trial Order substantially in the form attached with this letter.

We thank the Court for its consideration of this matter.

Sincerely,

/s/ *Carl N. Wedoff*
Carl N. Wedoff

Cc:     All Counsel of Record (by email and ECF)
        Nirav Modi, *pro se* (by first-class post to HMP Wandsworth)